# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

William J. Webb Jr,
    Plaintiff,
    v.

First Correction Medical,
EtAl
    Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 0 7 - 3 1

I, William J. Webb Jr., declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

     If "YES" state the place of your incarceration Delaware Correctional Center

     **Inmate Identification Number (Required):** 00256056

     Are you employed at the institution? Np  Do you receive any payment from the institution? No

     *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

FILED JAN 16 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

2.    Are you currently employed? ☐ Yes    ☒ No

     a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. N/A

     b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. February 20, 2005
         D.C.C. Kitchen @ $.50/hr.

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ | ☒ |
| b. | Rent payments, interest or dividends | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
| d. | Disability or workers compensation payments | ☐ | ☒ |
| e. | Gifts or inheritances | ☒ | ☐ |
| f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive. Money for Commissary by aunt and sister $20.00 every once in awhile, don't expect any.

4.  Do you have any cash or checking or saving accounts?  ☐ Yes  ☒ No

    If "Yes" state the total amount $

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.
    Gabrielle and William Webb 3rd -owe @ $40,000 in child support.

    I declare under penalty of perjury that the above information is true and correct.

    January 11, 2007
    DATE

    _William J. Webb Jr._
    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have **multiple accounts**, perhaps because you have been in multiple institutions, attach one certified statement of each account.

07-31

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: William Webb  SBI#: 256056

07-31

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: January 8, 2007



FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of July 1, 2006 to December 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 1.65 |
| Aug | 8.22 |
| Sept | 6.22 |
| Oct | 1.02 |
| Nov | 18.65 |
| Dec | 14.69 |

Average daily balances/6 months: 8.31

Attachments
CC: File

Stacy Shane
1/8/07

1/8/07

# Individual Statement

Date Printed: 1/8/2007

Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.51 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |
| Current Location: | D/E | | Comments: | QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.65) | $0.51 | 288890 | | 10/16/2005 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.79) | $0.51 | 288972 | | 7/1/06 | |
| Visit | 7/12/2006 | $6.00 | $0.00 | $0.00 | $6.51 | 290570 | 08481488451-03529 | | E. WEBB |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $6.12 | 294030 | | 6/13/06 | |
| Supplies-MailP | 7/19/2006 | ($6.12) | $0.00 | ($2.73) | $0.00 | 294297 | | 6.22/06 | |

Ending Mth Balance: **$0.00**

Total Amount Currently on Medical Hold: ($0.47)

Total Amount Currently on Non-Medical Hold: ($5.07)

# Individual Statement

Date Printed: 1/8/2007

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |
| Current Location: | D/E | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.78) | $0.00 | 307098 | | 8/9/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 309913 | | 8/10/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($5.00) | $0.00 | 309932 | | 8/16/06 | |
| Misc | 8/25/2006 | $7.88 | $0.00 | $0.00 | $7.88 | 310880 | 5240829 | | GRIEVANCE LOST PR |
| Misc | 8/25/2006 | $19.81 | $0.00 | $0.00 | $27.69 | 310883 | 5240829 | | GRIEVANCE LOST PR |
| Mail | 8/28/2006 | $20.00 | $0.00 | $0.00 | $47.69 | 311323 | 93115431134 | | C. WEBB |
| Canteen | 8/31/2006 | ($19.15) | $0.00 | $0.00 | $28.54 | 312608 | | | |
| | | | | Ending Mth Balance: | $28.54 | | | | |

Total Amount Currently on Medical Hold: ($0.47)

Total Amount Currently on Non-Medical Hold: ($5.07)

# Individual Statement

## For Month of September 2006

Date Printed: 1/8/2007    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | Beg Mth Balance: | $28.54 |
| Current Location: | D/E | | | Comments: QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.78) | $28.54 | 315817 | | 8/29/06 | |
| Canteen | 9/7/2006 | ($15.10) | $0.00 | $0.00 | $13.44 | 316153 | | | |
| Supplies-MailP | 9/8/2006 | ($0.78) | $0.00 | $0.00 | $12.66 | 317075 | | 8/9/06 | |
| Supplies-MailP | 9/8/2006 | ($0.63) | $0.00 | $0.00 | $12.03 | 317175 | | 8/10/06 | |
| Supplies-MailP | 9/8/2006 | ($5.00) | $0.00 | $0.00 | $7.03 | 317190 | | 8/16/06 | |
| Supplies-MailP | 9/8/2006 | ($0.65) | $0.00 | $0.00 | $6.38 | 317328 | | 10/16/2005 | |
| Supplies-MailP | 9/8/2006 | ($2.73) | $0.00 | $0.00 | $3.65 | 317326 | | 6.22/06 | |
| Supplies-MailP | 9/8/2006 | ($2.79) | $0.00 | $0.00 | $0.86 | 317349 | | 7/1/06 | |
| Supplies-MailP | 9/8/2006 | ($0.78) | $0.00 | $0.00 | $0.08 | 317711 | | 8/29/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($0.63) | $0.08 | 322810 | | 9/15/06 | |
| | | | | Ending Mth Balance: | $0.08 | | | | |

Total Amount Currently on Medical Hold: ($0.47)
Total Amount Currently on Non-Medical Hold: ($5.07)

# Individual Statement

## For Month of October 2006

Date Printed: 1/8/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 | |
|---|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | | |
| Current Location: | D/E | | Comments: QOL4 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.32) | $0.08 | 334397 | | 8/22/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.38) | $0.08 | 334426 | | 8/14/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($0.39) | $0.08 | 334430 | | 9/27/06 | |
| Supplies-MailP | 10/20/2006 | ($0.08) | $0.00 | ($0.55) | $0.00 | 335638 | | 9/15/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 337413 | | 10/20/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 337414 | | 10/20/06 | |
| Supplies-MailP | 10/25/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 337485 | | 10/18/06 | |
| Mail | 10/25/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 337922 | 08519643046 | | E WEBB |
| Canteen | 10/26/2006 | ($18.34) | $0.00 | $0.00 | $1.66 | 338222 | | | |
| | | | | Ending Mth Balance: | $1.66 | | | | |

Total Amount Currently on Medical Hold: ($0.47)

Total Amount Currently on Non-Medical Hold: ($5.07)

# Individual Statement

Date Printed: 1/8/2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.66 | |
|---|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | | |

Current Location: D/E   Comments: QOL4

## For Month of November 2006

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.30) | $1.66 | 340611 | | LAW LIBRARY 10/10/ | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.28) | $1.66 | 340612 | | LAW LIBRARY 10/18/ | |
| Supplies-MailP | 11/3/2006 | ($1.66) | $0.00 | ($2.54) | $0.00 | 342154 | | 10/20/06 | |
| Mail | 11/8/2006 | $25.00 | $0.00 | $0.00 | $25.00 | 343805 | 93115435577 | | C. WEBB |
| Canteen | 11/22/2006 | ($12.99) | $0.00 | $0.00 | $12.01 | 349404 | | | |
| Mail | 11/29/2006 | $40.00 | $0.00 | $0.00 | $52.01 | 351572 | 491579166 | | NC, DE |

Ending Mth Balance: $52.01

Total Amount Currently on Medical Hold: ($0.47)

Total Amount Currently on Non-Medical Hold: ($5.07)

# Individual Statement

## For Month of December 2006

Date Printed: 1/8/2007    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $52.01 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |
| Current Location: | D/E | | | Comments: QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/6/2006 | ($38.78) | $0.00 | $0.00 | $13.23 | 354673 | | | |
| Supplies-MailP | 12/8/2006 | ($2.54) | $0.00 | $0.00 | $10.69 | 356381 | | 10/20/06 | |
| Supplies-MailP | 12/8/2006 | ($4.20) | $0.00 | $0.00 | $6.49 | 356382 | | 10/20/06 | |
| Supplies-MailP | 12/8/2006 | ($2.79) | $0.00 | $0.00 | $3.70 | 356472 | | 10/18/06 | |
| Supplies-MailP | 12/8/2006 | ($0.55) | $0.00 | $0.00 | $3.15 | 356592 | | 9/15/06 | |
| Supplies-MailP | 12/8/2006 | ($0.32) | $0.00 | $0.00 | $2.83 | 356639 | | 8/22/06 | |
| Supplies-MailP | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $2.44 | 356643 | | 9/27/06 | |
| Supplies-MailP | 12/8/2006 | ($0.38) | $0.00 | $0.00 | $2.06 | 356642 | | 8/14/06 | |
| Supplies-MailP | 12/8/2006 | ($0.28) | $0.00 | $0.00 | $1.78 | 356876 | | LAW LIBRARY 10/18/ | |
| Supplies-MailP | 12/8/2006 | ($0.30) | $0.00 | $0.00 | $1.48 | 356875 | | LAW LIBRARY 10/10/ | |
| Mail | 12/13/2006 | $20.00 | $0.00 | $0.00 | $21.48 | 358769 | 93115438503 | | C WEBB |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($0.87) | $21.48 | 358973 | | 12/8/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($4.20) | $21.48 | 359106 | | 11/28/06 | |
| Canteen | 12/20/2006 | ($15.95) | $0.00 | $0.00 | $5.53 | 361422 | | | |
| Medical | 12/22/2006 | $0.00 | ($6.00) | $0.00 | $5.53 | 362609 | | 12/18/06 | |
| Medical | 12/22/2006 | ($5.53) | ($0.47) | $0.00 | $0.00 | 363089 | | 12/18/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: ($0.47)
Total Amount Currently on Non-Medical Hold: ($5.07)