To: Clerk of the U.S. Dist. Ct. for Delaware

From: William Joseph Webb Jr.

\# 00256056 / D/E F1 7T

1181 Paddock Road

Smyrna, DE 19977

Subject: Filing of Complaint.

January 11, 2007

07 - 31



FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

Please find the enclosed Complaint with the proper amount of copies.

Thank you and have a nice day,

Respectfully,

Will J. Webb Jr.