IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL, )<br>CORRECTIONAL MEDICAL SERVICES, )<br>GOVERNOR RUTH ANN MINNER, )<br>COMMISSIONER STANLEY W. TAYLOR,)<br>BUREAU CHIEF PAUL W. HOWARD, )<br>MS. GINA WOLKEN, )<br>DR. ALI, DR. NIAZ, )<br>DR. JOHN DOE, DR. JANE DOE, )<br>CORRECTIONAL MEDICAL SERVICES )<br>GRIEVANCE HEARING STAFF, )<br>MS. ROSALIE VARGAS, )<br>JOHN DOE, JANE DOE, )<br>)<br>Defendants. | Civil Action No. 07-31 GMS |



FILED
FEB 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AUTHORIZATION**

I, William Joseph Webb, Jr., SBI #256056, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $5.29 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _February 6_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _February 10_, 2007.

                                                  _____
                                                  Signature of Plaintiff