To: Clerk of the U.S. Dist. Ct. Delaware

Fr: William Joseph Webb Jr.
#256056 / D/E F17T
1181 Paddock Road
Smyrna, DE 19977

Subject: Improper filing fee dispersement of trust funds.

Case #s: 1-06-CV-734-GMS
1-07-CV-31-GMS

April 19, 2007

Dear Clerk,

On the dates of March 13, 2007 and April 9, 2007, the Court received two Prison-issued checks for the amounts of $8.00 for only case # 1-06-CV-734, where they were to be separated payments of $4.00 per the above listed case #s.

The basic statement to be made is they took 40% and only put the 1-06-CV-734 CASE #.

Please make the appropriate corrections and issue new receipts for the correct case #s.

Thank You and have a nice day.

FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Respectfully,

William J. Webb Jr.

IM William J. Walkington Jr.
SBI# 256056  UNIT W-B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
2 MAY 2007 PM 1 L

U.S. Dist. Court for Delaware
c/o Clerk Peter Dalleo
844 King Street
Wilmington DE
19801