OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 4, 2007

TO: William Joseph Webb, Jr.
SBI # 256056
DCC

*RE: Response to Inquiry Regarding Payment of Filing Fees in
CA 07-31 GMS and CA 06-734 GMS*

Dear Mr. Webb:

This is a response to your letter dated April 19, 2007 regarding filing fee payments.

Please be advised that the docket reports for each of the above cases indicate payments posted on 3/13/2007; $5.29 in CA 07-31 GMS, and $8.00 in CA 06-734 GMS. On 4/9/07, a single payment of $8.00 was received and posted to CA 06-734 GMS. You will find copies of both case docket sheets, along with an account ledger for all of your cases attached for your reference.

If you feel that the DCC Business Office submitted your payments incorrectly, perhaps you may want to discuss the matter with them.

Sincerely,

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet, CA 06-734 GMS, 07-31 GMS
Financial Administrator

PRISONER LITIGATION LEDGER

**WILLIAM JOSEPH WEBB, JR. V. STATE OF DE, ETC**
CA 00-766-GMS
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 8/21/2000 | | | | 150 |
| 9/25/2000 | 5100PL | 129368 | 17 | 133 |
| | | | | 133 |
| | | | | 133 |
| | | | | 133 |
| | | | | 133 |
| | | | | 133 |
| | | | | 133 |
| | | | | 133 |

**WEBB V. STATE OF DE ATTORNEY GEN OFFICE**
**PUBLIC DEF OFF, PANKOWSKI, ET AL**
CA 02-521-GMS
CASE #2

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 6/10/2002 | | | | 150 |
| 7/10/2002 | 5100PL | 132565 | 5 | 145 |
| 7/19/2002 | 5100PL | 132725 | 10.5 | 134.5 |
| 4/29/2003 | 5100PL | 134108 | 2 | 132.5 |
| 6/30/2003 | 5100PL | 134425 | 25 | 107.5 |
| 7/29/2003 | 5100PL | 134586 | 4 | 103.5 |
| 8/12/2003 | 5100PL | 134660 | 8 | 95.5 |
| 9/12/2003 | 5100PL | 134821 | 10 | 85.5 |
| 10/7/2003 | 5100PL | 134946 | 10 | 75.5 |
| 11/10/2003 | 5100PL | 135147 | 15.5 | 60 |
| 11/10/2003 | 0869PL | 135147 | 21.5 | 38.5 |
| 12/8/2003 | 0869PL | 135303 | 18 | 20.5 |
| 1/15/2004 | 0869PL | 135577 | 20.5 | 0 |

**WILLIAM JOSEPH WEBB JR. V. MINNER ET AL.**
CA 06-734-GMS
CASE #3

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/19/2007 | | | | 350 |
| 2/8/2007 | 5100PL | 146403 | 3.45 | 346.55 |
| 3/13/2007 | 5100PL | 146834 | 8 | 338.55 |
| 4/9/2007 | 5100PL | 147135 | 8 | 330.55 |
| | | | | 330.55 |
| | | | | 330.55 |
| | | | | 330.55 |
| | | | | 330.55 |

**WILLIAM JOSEPH WEBB JR. V. FIRST CORRECTION MEDICAL ET AL**
CA 07-31-GMS
CASE #4

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 2/6/2007 | | | | 350 |
| 3/5/2007 | 5100PL | 146709 | 6 | 344 |
| 3/13/2007 | 5100PL | 146834 | 5.29 | 338.71 |
| | | | | 338.71 |
| | | | | 338.71 |
| | | | | 338.71 |
| | | | | 338.71 |
| | | | | 338.71 |

To: Clerk of the U.S. Dist. Ct. Delaware

Fr: William Joseph Webb Jr.
#256056 / D/E F17T
1181 Paddock Road
Smyrna, DE 19977

Subject: Improper filing fee dispersement of trust funds.

Case #s: 1-06-CV-734-GMS
1-07-CV-31-GMS

April 19, 2007

Dear Clerk,

On the dates of March 13, 2007 and April 9, 2007, the Court received two Prison-issued checks for the amounts of $8.00 for only case # 1-06-CV-734, where they were to be separated payments of $4.00 per the above listed case #s.

The basic statement to be made is they took 40% and only put the 1-06-CV-734 CASE #.

Please make the appropriate corrections and issue new receipts for the correct case #s.

Thank You and have a nice day.

FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Respectfully,

*[signature: William J. Webb]*


IM William J. Webb Jr.
SBI# 256055   UNIT 21/C/17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 APR 2007 PM 1 L

1980145513

U.S. Dist. Court for Delaware
C/o Clerk Peter Dalleo
844 King Street
Wilmington, DE
19801

PaperDocuments

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00031-GMS
## Internal Use Only

Webb v. First Correction Medical et al
Assigned to: Honorable Gregory M. Sleet
Related Cases: 1:00-cv-00766-GMS
               1:02-cv-00521-GMS
               1:02-cv-00583-GMS
               1:03-cv-00974-GMS
               1:06-cv-00734-GMS
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/16/2007
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**William Joseph Webb, Jr.**         represented by  **William Joseph Webb, Jr.**
                                                                        SBI #256056
                                                                        Delaware Correctional Center
                                                                        1181 Paddock Road
                                                                        Smyrna, DE 19977
                                                                        PRO SE

V.

**Defendant**

**First Correction Medical**

**Defendant**

**Correctional Medical Services**

**Defendant**

**Governor Ruth Ann Minner**

**Defendant**

**Commissioner Stanley W. Taylor**

**Defendant**

**Bureau Chief Paul W. Howard**

**Defendant**

**Ms. Gina Wolken**

**Defendant**

**Dr. Ali**

**Defendant**

Dr. Niaz

**Defendant**

Dr. John Doe

**Defendant**

Dr. Jane Doe

**Defendant**

Correctional Medical Services
*Grievance Hearing Staff*

**Defendant**

Ms. Rosalie Vargas

**Defendant**

John Does

**Defendant**

Jane Does

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2007 | 7 | Letter to Clerk of Court from William J. Webb, Jr. regarding partial filing fees. (mmm) (Entered: 05/04/2007) |
| 03/13/2007 |   | Partial Filing Fee Received from William Joseph Webb, Jr: $ 5.29, receipt number 146834 (copy to business office) (rbe) (Entered: 03/14/2007) |
| 02/23/2007 | 6 | Authorization by William Joseph Webb, Jr requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (asw) (Entered: 02/26/2007) |
| 02/06/2007 | 5 | ORDER granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. An initial partial filing fee of $5.29 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.). Notice of Compliance deadline set for 3/12/2007. Signed by Judge Gregory M. Sleet on 2/6/07. (mmm) (Entered: 02/06/2007) |
| 01/24/2007 |   | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 01/24/2007) |
| 01/16/2007 | 4 | Letter to Clerk from William J. Webb, Jr. regarding copies of Complaint - re 2 Complaint,. (els) (Entered: 01/17/2007) |

| | | |
|---|---|---|
| 01/16/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (els) (Entered: 01/17/2007) |
| 01/16/2007 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against First Correction Medical, Correctional Medical Services, Ruth Ann Minner, Stanley W. Taylor, Paul W. Howard, Gina Wolken, Ali, Niaz, John Doe, Jane Doe, Correctional Medical Services(Grievance Hearing Staff), Rosalie Vargas, John Does, Jane Does - filed by William Joseph Webb, Jr.(els) (Entered: 01/17/2007) |
| 01/16/2007 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by William Joseph Webb, Jr. (Attachments: # 1 Financial Statement)(els) (Entered: 01/17/2007) |

PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00734-GMS
### Internal Use Only

Webb v. Minner et al
Assigned to: Honorable Gregory M. Sleet
Related Cases: 1:00-cv-00766-GMS
              1:02-cv-00521-GMS
              1:02-cv-00583-GMS
              1:03-cv-00974-GMS
              1:07-cv-00031-GMS
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/05/2006
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

### Plaintiff

**William Joseph Webb, Jr.**         represented by  **William Joseph Webb, Jr.**
                                                                                            SBI #256056
                                                                         Delaware Correctional Center
                                                                         1181 Paddock Road
                                                                         Smyrna, DE 19977
                                                                         PRO SE

V.

### Defendant

**Governor Ruth Ann Minner**

### Defendant

**Director Jaime H. Rivera**
*D.H.S.S.*

### Defendant

**Chief Marvin Newton**
*City Plumbing Inspector*

### Defendant

**Warden Rafael Williams**

### Defendant

**Comm. Stanley W. Taylor**

### Defendant

**Supervisor Paul Paceco**

### Defendant

**Jane Doe(s)**

**Defendant**

**John Doe(s)**
*Sued in official and individual capacities*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2007 | 8 | Letter to Clerk of Court from William J. Webb, Jr. regarding partial filing fees. (mmm) (Entered: 05/04/2007) |
| 04/09/2007 | | Partial Filing Fee Received from William Joseph Webb, Jr: $ 8.00, receipt number 147135 (copy to business office) (rbe) (Entered: 04/10/2007) |
| 03/13/2007 | | Partial Filing Fee Received from William Joseph Webb, Jr: $ 8.00, receipt number 146834 (copy to business office) (rbe) (Entered: 03/14/2007) |
| 02/08/2007 | | Partial Filing Fee Received from William Joseph Webb, Jr: $ 3.45, receipt number 146403 (copy to business office) (rpg) (Entered: 02/09/2007) |
| 02/05/2007 | 7 | Authorization by William Joseph Webb, Jr requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (mmm) (Entered: 02/07/2007) |
| 01/19/2007 | 6 | ORDER granting Motion to Proceed IFP. Filing Fee of $350.00 Assessed. An initial partial filing fee of $3.45 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.). Notice of Compliance deadline set for 2/23/2007. Signed by Judge Gregory M. Sleet on 1/19/07. (mmm) (Entered: 01/19/2007) |
| 12/13/2006 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 12/13/2006) |
| 12/11/2006 | 5 | Letter to Clerk of Court from William Webb Jr. regarding enclosing documents with original signatures - re 1 MOTION for Leave to Proceed in forma pauperis, 2 Complaint,. (ead) (Entered: 12/11/2006) |
| 12/11/2006 | | CORRECTING ENTRY: DI 1(IFP) and DI 2(Complaint) replaced with original signature documents. (ead) (Entered: 12/11/2006) |
| 12/06/2006 | 4 | Letter to William Joseph Webb, Jr. from Deputy Clerk, U.S. District Court regarding lack of signatures on Complaint and IFP. (Attachments: # 1 Complaint and IFP)(rbe) (Entered: 12/06/2006) |
| 12/05/2006 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction |

| | | |
|---|---|---|
| | | (els) (Entered: 12/06/2006) |
| 12/05/2006 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Ruth Ann Minner, Jaime H. Rivera, Marvin Newton, Stanley W. Taylor, Paul Paceco, Jane Doe(s), John Doe(s) - filed by William Joseph Webb, Jr. (els) Additional attachment(s) added on 12/11/2006 (ead, ). (Entered: 12/06/2006) |
| 12/05/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by William Joseph Webb, Jr. (Attachments: # 1 Financial Statement)(els) Additional attachment(s) added on 12/11/2006 (ead, ). Modified on 12/11/2006 (ead, ). (Entered: 12/06/2006) |