To: Clerk of the U.S. Dist. Ct. for Delaware

From: William J. Webb Jr. # 256056
D/E F17T 1181 Paddock Road
Smyrna, DE 19977

Case #: 07-31-GMS

Subject: Receipt of U.S. Marshal Forms.

May 10, 2007

FILED
MAY 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Clerk,

As soon as you receive this package with the enclosed USM-285 Forms (10), please notify me.

Thank you and have a nice day.

Respectfully,
William J. Webb

I/M: William J. Webb Jr.
SBI# 256056   UNIT D/E F17T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

[US Postage $02.56, MAY 11 2007, MAILED FROM ZIP CODE 19977]

Clerk of the U.S. Dist. Ct.
844 N King Street
Lock box 18
Wilmington, 19801-3570

"Legal Mail"