OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 17, 2007

TO: William Joseph Webb, Jr.
    SBI #256056
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
  *Civ. No. 07-31 GMS*

Dear Mr. Webb:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Gregory M. Sleet
    U.S. Marshal
    Pro Se Law Clerk