U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | William J. Webb Jr. |
| COURT CASE NUMBER | 07-31-GMS |
| DEFENDANT | First Collection Medical, Et. Al. |
| TYPE OF PROCESS | 1983 Civil Suit |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Dr. Ali

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1181 Paddock Road Smyrna, DE 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William J. Webb Jr. # 256056  
D/E FITT 1181 Paddock Road  
Smyrna, DE 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Correctional Medical Services  
1201 College Park Drive  
Suite 101  
Dover, DE 19904

Signature of Attorney or other Originator requesting service on behalf of: Will J. Webb Jr.  
☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: N/A  
DATE: 5/10/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Signature of Authorized USMS Deputy or Clerk: BF  
Date: 5-18-07

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 5/18/07  
Signature of U.S. Marshal or Deputy: BF

REMARKS: No longer @ DCC  
Ret. unexecuted

PRIOR EDITIONS MAY BE USED  
**1. CLERK OF THE COURT**  
FORM USM-285 (Rev. 12/15/80)