To: Clerk of the Court — c/o Gregory M. Sleet

From: William J. Webb Jr.
#256056 / D/E F12T
1181 Paddock Road
Smyrna, DE 19977

Case #: 07-31-GMS

Subject: Extension of time for Affidavit on the Medical Malpractice portion of this suit or in the alternative Appointment of an Expert to complete said Affidavit due to my incarceration.

June 2, 2007

07cv031 GMS
FILED
JUN -5 2007
KG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Honorable,

I'm requesting time to seek out a doctor who will fill out the proper affidavit, I have solicited a few doctors, but only one has responded — (Ex. A). I have recently wrote the A.C.L.U. — (Ex. B), possibly with a chance of obtaining an Affidavit through them, that letter is still pending an outcome.

Due to my situation, I'm requesting an extended amount of time of at least 45 days or alternatively appointment of an expert where I cannot go to a doctor's office on my own.

Respectfully,

To: Peluso Susan, MD

Fr: William J. Webb Jr.
   #256056 / D/EF17T
   1181 Paddock Road
   Smyrna, DE  19977

**Subj.: An affidavit as to the standard of care for Hepatitis C Interferon shots and pills.**

May 10, 2007

Dear Physician:

   I filed a lawsuit against a doctor who tried to give me Interferon shots and the pills associated with said treatments prior to ordering a liver biopsy, awaiting HIV/AIDS testing, or a Mental Health evaluation.

   The Hon. Judge Gregory M. Sleet has ordered that I supply an affidavit of merit signed by an expert witness being (1) the applicable standard of care, (2) the alleged deviation from that standard, and (3) the casual link between the deviation and the alleged injury.

   On April 19, 2006, a Dr. Niaz tried to give me the Interferon shots without ever having a liver biopsy done, a HIV/AIDS test done, nor a Mental Health Evaluation.

   I need an affidavit as outlined above stating what the standard of care is, that what happened to me is a deviation from that standard, and what the links are between the deviation and the alleged injury which could have resulted in some serious problems.

   If you are or not willing to fill out the said affidavit I need confirmation that you received this letter and within 2 weeks.

   Thank you for your time and hopefully a prompt response.

*As I do not prescribe interferon, I cannot comment on what the standard of care is.*

*Susan L. Peluso MD 5-15-07*

Respectfully,

William J. Webb Jr.

*P.S. Our records show that you are not a patient with this practice.*

*Susan L. Peluso MD*

Ex. A

To: Julia Graff, Esq.

Fr: William J. Webb Jr.
    #256056 / D/EF17T
    1181 Paddock Road
    Smyrna, DE  19977

**Subject: Finding an affidavit from an expert on the standard of care for Hep. C diagnosis and the procedures before starting treatments—Interferon shots and meds.**

Tuesday, May 29, 2007

**Dear Julia,**

    I have received a letter from the Wash. D.C. office with your name as the contact person for my concerns about the way I have been treated.

    On April 19, 2006, Dr. Niaz, here at D.C.C. tried to give me the Interferon shots and other medications without having a liver biopsy done, the H.I.V. /A.I.D.S. test performed, also the required mental health evaluation due to the side effects.

    I filed a §1983 suit against the Gov., Comm., FCM, CMS, various doctors, and nurses which has so far survived due to the seriousness of my condition. However, the medical malpractice part has been temporarily dismissed until I have an **affidavit as to (1) The Standard of Care for the treatment of Hepatitis C; (2) the alleged deviation from that standard; and (3) the casual link between the deviation and the alleged injury.**

    If you can achieve this within the next couple of weeks, please send the affidavit c/o Judge Gregory M. Sleet case # CIV. ACT. NO. : 07-31-GMS, stating that it is the affidavit that is needed for my Medical Malpractice Claim filed to proceed.

Enclosed is a copy of the §1983 and the order of the Court.

    Thank you for your time and hopefully the necessary accomplishment.

Respectfully,
*Will J. Webb*

XC: File
    U.S. DIST. CT. w/o Enclosures.

Ex. B

I/M William J. Webb Jr.
SBH# 256052   UNIT D/E E171
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 JUN 2007 PM 3 T

U.S. Dist. Ct. Clerk's Office
c/o Hon. J. Gregory M. Sleet
844 King Street Lockbox 18
Wilmington DE
19801