IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-31-GMS |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of State Defendants Ruth Ann Minner and Stanley W. Taylor. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Date: July 9, 2007        Attorney for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on July 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: William Joseph Webb, Jr.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us