To: Clerk of the U.S. Dist. Ct. for DE.

From: William Joseph Webb Jr.
#256056 / N/E FITT
1181 Paddock Road
Smyrna, DE 19977

Case #: 07-31-GMS and a letter.

Re: Motion being filed, USM 285 Forms returned, and June 5, 2007 letter.

July 16, 2007

**FILED**
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear Clerk,

Please find the enclosed Motion and docket it. I still haven't received the returned USM-285 Forms that service was made upon the known Defendants.

Also, on June 5, 2007, I sent you a copy of a letter that I sent to Atty. Gen. Beau Biden; did you receive it?

Thank you for your time and a considerable response.

Respectfully,
Will J. Webb Jr.