IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-31 - GMS |
| : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| GOVERNOR RUTH ANN MINNER, : | |
| COMMISSIONER STANLEY W. TAYLOR, : | TRIAL BY JURY OF |
| BUREAU CHIEF PAUL W. HOWARD, : | TWELVE DEMANDED |
| MS. GINA WOLKEN, : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL : | |
| SERVICES GRIEVANCE HEARING STAFF, : | |
| MS. ROSALIE VARGAS, : | |
| JOHN DOE, AND JANE DOE, : | |
| : | |
| Defendants. : | |

**DEFENDANTS' CORRECTIONAL MEDICAL SERVICES' NOTICE OF WITHDRAWAL OF CROSS CLAIMS AGAINST CO-DEFENDANTS**

Defendant Correctional Medical Services, Inc., hereby withdraws any and all cross claims against Co-Defendants Governor Ruth Ann Minner, Commissioner Stanley W. Taylor, Bureau Chief Paul W. Howard, and any other State of Delaware Employees or State of Delaware Official, in the above matter.

Marks, O'Neill, O'Brien & Courtney, P.C.

By: _____
Patrick G. Rock, Esquire/ID No. 4632
Megan T. Mantzavinos, Esquire/ID No. 3802
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendants*

DATED: 8/15/07

DE088792.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR.,, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-31 - GMS |
| | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| GOVERNOR RUTH ANN MINNER, | : | |
| COMMISSIONER STANLEY W. TAYLOR, | : | |
| BUREAU CHIEF PAUL W. HOWARD, | : | |
| MS. GINA WOLKEN, | : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, | : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL | : | |
| SERVICES GRIEVANCE HEARING STAFF, | : | |
| MS. ROSALIE VARGAS, | : | |
| JOHN DOE, AND JANE DOE, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **15th** day of **August**, 2007, two copies of the attached **Notice of Withdrawal of Cross-Claims** were served by regular mail, first class, postage prepaid, upon the following individual:

    Inmate William Joseph Webb, Jr., *Pro Se*
    SBI #256056
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    Eileen Kelly, Esquire
    Department of Justice
    State of Delaware
    Carvel State Office building
    820 North French Street, 6th Floor
    Wilmington, DE 19801

                            **/s/ Patrick G. Rock**

Patrick G. Rock, Esquire (No. 4632)
*Attorney for Defendants*

DE087239.1