**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-31-GMS |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GOVERNOR RUTH ANN MINNER'S
## MOTION TO DISMISS

COMES NOW Defendant Governor Ruth Ann Minner, by and through the undersigned counsel, and hereby moves this Honorable Court to enter an Order granting her Motion to Dismiss on the grounds set forth in the accompanying Memorandum of Points and Authorities.

         **DEPARTMENT OF JUSTICE**
         **STATE OF DELAWARE**

         /s/ Eileen Kelly
         Deputy Attorney General
         Department of Justice
         820 N. French St., 6th Floor
         Wilmington, DE 19801
         (302) 577-8400
         eileen.kelly@state.de.us
         Attorney for Defendant
         Governor Ruth Ann Minner

Dated: August 23, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-31-GMS |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | JURY TRIAL REQUESTED |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS SO ORDERED** this _____ day of _____, _____ that:

1.   Defendant Governor Ruth Ann Minner's Motion to Dismiss is granted; and

2.   All claims against Defendant Governor Ruth Ann Minner are dismissed, with prejudice.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2007, I electronically filed *Defendant Governor Ruth Ann Minner's Motion to Dismiss* with the Clerk of Court using CM/ECF which will send notification to Megan T. Mantzavinos, Esquire and Patrick G. Rock, Esquire.  I hereby certify that on August 23, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  William Joseph Webb, Jr.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us