# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

**WILLIAM JOSEPH WEBB JR.,**
                    **Plaintiff,**

**CIV. ACT. NO. : 07-31-GMS**

v.

**FIRST CORRECTIONAL MEDICAL,**
**ET. AL.,**
                    **Defendants.**

**JURY TRIAL REQUESTED**

## PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT CMS.

1. Any and all statements, descriptions of statements, summaries of statements, memoranda, records or writing (signed or unsigned) of any and all witnesses, including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.



RESPONSE: Due to an investigation is going on and discovery from all defendants has not been completed in their respective manner, Plaintiff is going to defer this portion until a later time.

2. All photographs, recordings, films, charts, sketches, graphs and diagrams taken and/or prepared.

RESPONSE: Most of this request is already in Defendant CMS' possession, and the rest will be

made at a later date.

3. Any and all reports compiled or prepared by an individual who has been retained as an expert in

this matter.

RESPONSE: Plaintiff intends to file a motion with the Court for funds and/or appointment of an

expert.

4. The names, home and business addresses of all experts contacted.

| RESPONSE: James Ley | Marshall Williams | Susan Peluso | GI Consultants |
|---|---|---|---|
| 537 Christiana Rd. | 537 Christiana Rd. | 550 Christiana Rd. | 1001 S. Bradford St. |
| Newark,DE 19713 | Newark,DE 19713 | Newark, DE 19713 | Dover, DE 19904 |

Julia Graff-ACLU DE
100 W. 10TH St.
Wilmington, DE 19802

5. All writings, memoranda, date and/or tangible things which related directly or indirectly to the

incident and damages set forth in Plaintiff's Complaint.

RESPONSE: Plaintiff defers this request until a later date due to John and Jane Does along with Dr.

John and Jane Does have not been identified and the full statements of other defendants have not been fully

discovered, but you can refer to the attached documents as preliminary discovery.

6. Any and all copies of Internal Revenue Service Tax Returns for five full years prior to, and all

years subsequent to the date referred to in Plaintiff's Complaint.

RESPONSE: Plaintiff has not filed any returns within the last five years prior to the filing of said

Complaint, but did pay taxes on the sale of 33 University Avenue after the death of His Mother.

7. Any and all documents, records, evidence, and anything whatsoever which will be introduced at

trial for use in direct examination or impeachment.

RESPONSE: Attached hereto with the exception of various statements and documents that have not

been received yet by different authorities/experts.

- 2 -

8. Any document or thing the Plaintiff has read or referred to in preparation of any pleadings in the instant case.

RESPONSE: His medical file from both medical provider defendants in this case, Eighth Amendment U.S.C.A., various newspaper articles, some of the attached discovery.

The Plaintiff states anything that is not attached hereto is not to be taken as failure to make available for discovery where there are numerous factors that make total discovery available until all defendants have been identified, further investigation completed, awaiting medical records, and possibly an intervening party in a singular and/or plural manner.

Plaintiff William Joseph Webb Jr. under the penalty of perjury states that the foregoing facts are true and correct to the best of His knowledge on this 20th day of August, 2007.

Respectfully,

William Joseph Webb Jr.
#256056 / D/EF17T
1181 Paddock Road
Smyrna, DE 19977

- 3 -

AU/O

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI#    : 00256056 | Institution   : DCC |
| Grievance #   : 60046 | Grievance Date   : 08/03/2006 | Category   : Individual |
| Status    : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Medical Staff | Incident Date   : 08/02/2006 | Incident Time : |
| IGC    : Merson, Lise M | Housing Location : Bldg 23, Upper, Tier A, Cell 10, Bottom | |

### APPEAL REQUEST

Appeal arrived 10/9/2006. Appeal accepted, Cpl Merson did not collect grievances/appeals due to being out on leave.
Appeal states: The reasons I should be granted a medical release from prison are:

1. I'm being denied medical care that is below standard of care due to me in which on February 20. 2005 I almost died.
2. The staff here is trying to cut corners in medical where I have Hepatitis C and again the doctor tried to shortch the procedures to gave money which could have proved deadly.
3. On August 3, 2006 I filed a sick call slip the same day as this grievance being appealed was filed and have yet to be seen for medical attention, therefore I qualify to be released so I can get my own medical insurance, I don't need the staff trying to avoid serious situations and lying trying to avoid their job.
4. Medicals actions amount to malpractice, gross and wanton negligence, I have been more then fair I need medical attention that is adequate not speedy to save money, I can get a job and get my own insurance.

### REMEDY REQUEST

**DEPARTMENT OF CORRECTION**
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

November 28, 2006

Inmate WEBB WILLIAM J J
SBI # 00256056
DCC Delaware Correctional Center
SMYRNA DE, 19977

Dear WILLIAM WEBB:

We have reviewed your Grievance Case # 14406 dated 05/19/2005.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 14406 | Grievance Date : 05/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 12/06/2006 |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/19/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: I was to be scheduled for an ultrasound on my legs due to I have had cellulitis three times in my left leg and once in my right. My legs are still having swelling problems.

Remedy Requested   : To have the ultrasound taken and have other tests performed to see what is wrong with my health

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 06/09/2005 |
| Investigation Sent : 06/09/2005 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI#       : 00256056 | Institution      : DCC |
| Grievance #    : 14406 | Grievance Date  : 05/19/2005 | Category      : Individual |
| Status         : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date      : 05/19/2005 | Incident Time : |
| IGC            : Merson, Lise M | Housing Location :Bldg D-EAST, Tier F, Cell 17, Top | |

### INFORMAL RESOLUTION

Investigator Name   : Wolken, Gina                                    Date of Report  06/09/2005

Investigation Report : Will schedule you to see a medical provider
                       Refused to sign

Reason for Referring:

---

Offender's Signature:_____

Date                :_____

Witness (Officer)   :_____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 14406 | Grievance Date : 05/19/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/19/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | |

### IGC

Medical Provider: Date Assigned

Comments:

[x] Forward to MGC            [ ] Warden Notified

[ ] Forward to RGC           Date Forwarded to RGC/MGC : 06/21/2005

[x] Offender Signature Captured     Date Offender Signed :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 14406 | **Grievance Date** : 05/19/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/19/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | | |

| APPEAL REQUEST |
|---|

Appeal due 10-23-2005. Appeal received 10-24-2005.
The reasons I'm appealing are:
1. I was denied medical attention because of a monetary purpose not a medical perspective.
2. I have life threatening issues.
3. My symptoms are the same as a person suffering poor blood circulation in the legs.

Relief requested: Immediate tests done on my legs to see if I have poor blood circulation in my legs, an ultrasound if necessary.
Respectfully Submitted,
Joseph Webb.

| REMEDY REQUEST |
|---|

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC | |
| Grievance # : 14406 | Grievance Date : 05/19/2005 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/19/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | | |

| REFERRED TO | | | |
|---|---|---|---|
| Due Date : 03/08/2006 | Referred to: Person | Name: Welch, James | |

Type of Information Requested :
Grievant states he was promised a leg ultrasound he has not received.

| DECISION | | | |
|---|---|---|---|
| Date Received : 10/25/2005 | | | |
| Decision Date : 09/26/2006 | Vote : Deny | | |
| Comments : | | | |

I/M diagnosed with chronic cellulitis and is his treatment is being followed on the chronic care case load

Page 5 of 7

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/06/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC | |
| Grievance # : 14406 | Grievance Date : 05/19/2005 | Category : Individual | |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/19/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | | |

### MGC

Date Received : 06/21/2005        Date of Recommendation: 10/25/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Wright, Matthalina | Deny |
| Staff | | Prather, Mary | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : 0 | Deny : 2 | Abstain : 1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

hearing held 10-20-2005.

Deny: Ultrasound was denied by medical director per patient. Inmate was seen 6-16-2005 and diagnosed with chronic cellulitis. Will be inserted in CC system.

D. Plante RN - deny

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

William J. Webb Jr,
_Name (Print)_

D/EF17
_Housing Location_

10/21/72
_Date of Birth_

256056
_SBI Number_

January 13 2007
_Date Submitted_

Complaint (What type of problem are you having)?

Want testing for Meningitis and immediate disbursement of the proper antibiotics or something guaranteed in writing that the Said inmate in the paper did not have said ailment.

Will J. Webb Jr.
_Inmate Signature_

January 13 2007
_Date_

**The below area is for medical use only. Please do not write any further.**

S: This facility is cleared — tll

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

William Webs
Name (Print)

N/E/F17   F17
Housing Location

10/21/72
Date of Birth

56056
SBI Number

7/3/07
Date Submitted

Complaint (What type of problem are you having)? I'm having
a reoccurance of boils and need immediate
medical attention

Will Well
Inmate Signature

7/3/07
Date

**The below area is for medical use only. Please do not write any further.**

S: appt c medical MD will be made
declined

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____          _____
Provider Signature & Title                              Date & Time

3/1/99 DE01
FORM#:
MED
263

2

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

William J. Webb Jr.                           D/E  F/T
_____            _____
Name (Print)                                  Housing Location

10/21/72              0025605C              April 10 2007
_____            _____
Date of Birth            SBI Number            Date Submitted

Complaint (What type of problem are you having)? I have a large lump on my right
leg that isn't going away and a rash on my chest and buttacks.
I had this lump when I was last seen in February by
Nurse Practitioner Ianomi (not sure abut spelling) — not a doctor
as the Sick call 1st stated.

William J Webb Jr.                           April 10 2007
_____            _____
Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled   SBC  gw

**RECEIVED**
**APR 1 2 2007**

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

EDUCATIONAL MATERIAL
CORRECTIONAL MEDICAL SERVICES

A:

P:

E:

_____            _____
Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

William J. Webb Jr.
_____
Name (Print)

D/E F17
_____
Housing Location

10/21/72
_____
Date of Birth

256052
_____
SBI Number

6/6/07
_____
Date Submitted

Complaint (What type of problem are you having)? The doctor said if the lump on my leg does not go down put in a Sick Call slip also I have a lump on my back and boils on my buttocks that are not going away.

Will J. Webb Jr.
_____
Inmate Signature

6/6/07
_____
Date

**The below area is for medical use only. Please do not write any further.**

S: NSC scheduled for evaluation
CD Medical

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED

No. _____ Date 1-9-07

For _____ Webb Wm _____

Directions
_____ Keflex 500mg
_____ by mouth twice
_____ daily with food
Dr. _____ finish all

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

William J. Webb Jr.                    D/E F /7T
Name (Print)                           Housing Location

10/21/72            256056            6/6/07
Date of Birth       SBI Number        Date Submitted

Complaint (What type of problem are you having)? The doctor said if
the lump on my leg does not go down put in a
sick call slip 9/50 I have a lump on my back
and bors on my buttocks that are not going away.

William J. Webb                        6/6/07
Inmate Signature                       Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Wibb, Wichar?_   SBI # _25056_

(Last, First MI)

Facility _DCC_   Date _12/18/06_

_/_ Chargeable Visit   $4.00
 Non Chargeable Visit   -0-
_/_ Medication Handling Fee ($2.00 X _____ )   $ _2.00_

**Total Amount Charged To Inmate Account**   $ _6.00_

Health Care Staff Signature: _Kathy FKialzce 1u_

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

Inmate Signature: _____   Date: _____

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office   Posted/Entered by _____ Date _____
Copy:   Inmate Medical Record (yellow)
      Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

====================================================

Inmate Name Webb William     SBI # 256056

(Last, First MI)

Facility Dcc     Date 9-5-06

_ Chargeable Visit     $4.00
✓ Non Chargeable Visit     -0-
_ Medication Handling Fee ($2.00 X ____ )     $ _____

### Total Amount Charged To Inmate Account     $ 0

Health Care Staff Signature: KC

====================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____     Date: _____

1) *Witness Signature: _____     Date: _____

2) *Witness Signature: _____     Date: _____

====================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office     Posted/Entered by _____     Date _____
Copy:     Inmate Medical Record (yellow)
          Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

================================================================

Inmate Name _____  SBI # _____

(Last, First MI)

Facility _____  Date _____

    ___ Chargeable Visit                                    $4.00
    ✓ Non Chargeable Visit                              -0-
    ___ Medication Handling Fee ($2.00 X _____ )      $_____

**Total Amount Charged To Inmate Account**         $_____

Health Care Staff Signature: _____

================================================================

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

Inmate Signature: _____  Date: ___8-23-06___

1) *Witness Signature: _____  Date: _____ .

2) *Witness Signature: _____  Date: _____

================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original:  Facility Business Office      Posted/Entered by_____ Date_____

Copy:     Inmate Medical Record (yellow)
          Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #:  621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _____    SBI # _____
           (Last, First MI)

Facility _____    Date _____

          ___ Chargeable Visit                                        $4.00
          ✓ Non Chargeable Visit                                      -0-
          ___ Medication Handling Fee ($2.00 X _____ )              $_____

          **Total Amount Charged To Inmate Account**              $_____

Health Care Staff Signature: _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES
DESCRIBED ABOVE.

Inmate Signature: _____    Date: _____

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount
deducted generates a negative balance. Any funds received by you will first be applied to any
negative balance. Any negative balance remaining on your account when you are released will
remain active for three (3) years after the date of release. Should you return to Delaware Department
of Correction as an inmate within that three (3) year period, the negative balance will be applied to
your inmate account on your new commitment.

Distribution:
Original: Facility Business Office      Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay 96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Webb William_     SBI # _256056_

(Last, First MI)

Facility _DCC_     Date _3/9/06_

| | | |
|---|---|---|
| ___ | Chargeable Visit | $4.00 |
| ✓ | Non Chargeable Visit | -0- |
| | Medication Handling Fee ($2.00 X ___ ) | $ ___ |

### Total Amount Charged To Inmate Account     $ _0_

Health Care Staff Signature: _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _Will Webb_     Date: _3/9/06_

1) *Witness Signature: _____     Date: _____

2) *Witness Signature: _____     Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original:  Facility Business Office     Posted/Entered by_____ Date_____
Copy:     Inmate Medical Record (yellow)
             Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay 96:Form.4)

## Delaware Department of Correction
### Health Care Services Fee Sheet

===============================================================

Inmate Name _Webb whitan_          SBI # _ 35 5 56 _

      (Last, First MI)

Facility ___ Dcc ___          Date _ 8/22/66 _

      ___ **Chargeable Visit**                              $4.00
      _✓_ **Non Chargeable Visit**                        -0-
      ___ **Medication Handling Fee ($2.00 X _____ )**    $_____

      **Total Amount Charged To Inmate Account**      $_0_

**Health Care Staff Signature:** _____✗_____

===============================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: ✗ _____ IP. Webb _____          Date: _ 8/22/66 _

1) *Witness Signature: _____          Date: _____

2) *Witness Signature: _____          Date: _____

===============================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
        Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Webb Willian_       SBI # _257056_

(Last, First MI)

Facility _DCC_                       Date _12-22-05_

____ **Chargeable Visit**                          $4.00
__✓__ **Non Chargeable Visit**                      -0-
____ **Medication Handling Fee ($2.00 X ____ )**    $ ____

**Total Amount Charged To Inmate Account**    $ _0_

**Health Care Staff Signature:** _J. Hill NP_

---

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

**Inmate Signature:** X _____   **Date:** X _____

**1) *Witness Signature:** _____   **Date:** _____

**2) *Witness Signature:** _____   **Date:** _____

---

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office       Posted/Entered by _____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

## Delaware Department of Correction
## Health Care Services Fee Sheet

========================================================================

Inmate Name _Webb William_  SBI # _2??????_

(Last, First MI)

Facility _____  Date __11/30/05__

     ___ Chargeable Visit                    $4.00
     ___ Non Chargeable Visit              -0-
     ___ Medication Handling Fee ($2.00 X ____ )    $_____

### Total Amount Charged To Inmate Account      $ O

Health Care Staff Signature: _____

========================================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____  Date: __11/30/05__

1) *Witness Signature: _____  Date: _____

2) *Witness Signature: _____  Date: _____

========================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
       Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
FORM #: 621

3 part NCR

(C:Copay.96:Form.4)

# Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name _Webb, Wilson_    SBI # _256646_

(Last, First MI)

Facility _DCC_    Date _4/16/07_

- [X] Chargeable Visit    $4.00
- [ ] Non Chargeable Visit    -0-
- [X] Medication Handling Fee ($2.00 X _____ )    $ 2.00

**Total Amount Charged To Inmate Account**    $ 6.00

Health Care Staff Signature: _Kathy Kintner RN_

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: X _Will Webb_    Date: _4/16/7_

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original: Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

William Webb
_____     D/R F17
Name (Print)                              Housing Location

10/21/72        0025608Z        2/5/07
Date of Birth      SBI Number        Date Submitted

Cipro
Complaint (What type of problem are you having)?  Need more antibiotics
due to the Staph infection is in my bloodstream
and need to see the doctor.

Will. 1. Webb.        2/5/07
Inmate Signature          Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled ē MD/MLP.-9m

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

FEB 06 2007

_____        _____
Provider Signature & Title                  Date & Time

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

William J. Webb Jr.                D/E F12T
Name (Print)                       Housing Location

10/21/72          256056          January 13, 2007
Date of Birth     SBI Number      Date Submitted

Complaint (What type of problem are you having)?

Want testing for Meningitis and immediate
disbursement of the proper antibiotics or something in the
guaranteed in writing that the said inmate did not on paper.
have said ailment.

Will J. Webb Jr.                January 13 2007
Inmate Signature               Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

William J. Webb Jr.                          D/E F 17
_____              _____
Name (Print)                                Housing Location

10/21/72          00256056          April 10 2007
_____         _____         _____
Date of Birth         SBI Number              Date Submitted

Complaint (What type of problem are you having)? I have a large lump on
my right leg that isn't going away and a rash on
my chest and buttocks.
I have had this lump when I was last seen in February by
Will P. Wilh     Nurse Practioner — not a Doctor as Sick Call
                 list stated — I'm not (not definite).
_____              April 10, 2007
Inmate Signature                    Date

**The below area is for medical use only. Please do not write any further.**

S: _____

_____

_____

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

_____

E: _____

_____

_____

_____        _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

DCC **Delaware Correctional Center** **Date:** 06/13/2005
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14406 | **Grievance Date** : 05/19/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/19/2005 | **Incident Time :** |
| **IGC** : Vargas, Rosalie | **Housing Location :** Bldg 21, Lower, Tier A, Cell 7, Bottom |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was to be scheduled for an ultrasound on my legs due to I have had cellulitis three times in my left leg and once in my right. My legs are still having swelling problems.

**Remedy Requested** : To have the ultrasound taken and have other tests performed to see what is wrong with my health

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES    **Date Received by Medical Unit :** 06/09/2005

**Investigation Sent :** 06/09/2005    **Investigation Sent To** : Wolken, Gina

**Grievance Amount :**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/13/2005

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC | |
| Grievance # : 14406 | Grievance Date : 05/19/2005 | Category : Individual | |
| Status : Unresolved | Resolution Status: | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/19/2005 | Incident Time : | |
| IGC : Vargas, Rosalie | Housing Location :Bldg 21, Lower, Tier A, Cell 7, Bottom | | |

### INFORMAL RESOLUTION

Investigator Name : Wolken, Gina                Date of Report 06/09/2005

Investigation Report :

Reason for Referring:

Will schedule you to see medical provider.

Offender's Signature: _Refused to sign._

Date : _6/14/05_

Witness (Officer) : _Kind Sommaker_

Emergency Grievance

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

INMATE'S NAME: William Joseph Webb Jr.

HOUSING UNIT: 21A27

DATE SUBMITTED: October 10, 2005

SBI#: 00256052

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Ongoing Situation

TYPE OF MEDICAL PROBLEM:

I have poor blood circulation in my legs, I have been intentionally denied the ultrasounds on my legs by Dr. Alindo originally said I would receive them. I'm having problems with breathing and pains in my chest. I fear for my life because of the medical staff's sadistic manner. My health problems are life threatening.

GRIEVANT'S SIGNATURE: William Joseph Webb Jr.    DATE: October 10, 2005

ACTION REQUESTED BY GRIEVANT: The ultrasounds completed by an outside specialist due to there are fund available before I have to take other actions for me to protect my life and health.

DATE RECEIVED BY MEDICAL UNIT: _____

XC: U.S. Attorney General's Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D.C.C.

DATE SUBMITTED: May 19, 2005

INMATE'S NAME: William Joseph Webb Jr.

SBI#: 00256056

HOUSING UNIT: Bldg. 21 AL7

CASE #:

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: March 11, 2005 until current date

TYPE OF MEDICAL PROBLEM:

I was to be scheduled for an Ultrasound on my legs due to I have had cellulitis ~~four~~ three times in my left and once in my right. The last time I was in the hospital I was denied tylenol and ice until my temperature rose to 104° by a Dr. A whoever that is; this was on February 20, 2005. My legs are still having swelling problems and I have something going on with my lungs due to these denials of medical attention, negligence, and failure to perform duties.

GRIEVANT'S SIGNATURE: Will Joseph Webb Jr.    DATE: May 19, 2005

ACTION REQUESTED BY GRIEVANT: To have the Ultrasound taken and have other tests performed to see what is wrong with my health.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Inmate Copy

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 14406 | Grievance Date : 05/19/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/19/2005 | Incident Time : |
| IGC : Vargas, Rosalie | Housing Location : Bldg 21, Lower, Tier A, Cell 7, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was to be scheduled for an ultrasound on my legs due to I have had cellulitis three times in my left leg and once in my right. My legs are still having swelling problems.

**Remedy Requested** : To have the ultrasound taken and have other tests performed to see what is wrong with my health

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 06/09/2005 |
| Investigation Sent : 06/09/2005 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WEBB, WILLIAM J J

**Grievance #** : 14406

**Status** : Unresolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Vargas, Rosalie

**SBI#** : 00256056

**Grievance Date** : 05/19/2005

**Resolution Status:**

**Incident Date** : 05/19/2005

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :**

**Housing Location :** Bldg 21, Lower, Tier A, Cell 7, Bottom

### INFORMAL RESOLUTION

**Investigator Name** : Wolken, Gina

**Date of Report** 06/09/2005

**Investigation Report :**

**Reason for Referring:**

February 20 to March 2 2005 for stay at
hospital

May 19, 2005 for filing of Medical
grievance

Offender's Signature:_____

Date             :_____

Witness (Officer) :_____

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI#    : 00256056 | Institution    : DCC |
| Grievance #    : 14406 | Grievance Date   : 05/19/2005 | Category    : Individual |
| Status    : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 05/19/2005 | Incident Time : |
| IGC    : Merson, Lise M | Housing Location : Bldg 21, Lower, Tier A, Cell 7, Bottom | |

| APPEAL REQUEST |
|---|

Appeal due 10-23-2005. Appeal received 10-24-2005.
The reasons I'm appealing are:
1. I was denied medical attention because of a monetary purpose not a medical perspective.
2. I have life threatening issues.
3. My symptoms are the same as a person suffering poor blood circulation in the legs.

Relief requested: Immediate tests done on my legs to see if I have poor blood circulation in my legs, an ultrasound if necessary.
    Respectfully Submitted,
        Joseph Webb.

| REMEDY REQUEST |
|---|

## Inmate Copy

INMATE/PATIENT EDUCATION
RASH

Many things can cause rashes:

> Plants such as poison ivy
> Chemicals such as harsh detergents
> Some medications
> Infections
> Certain clothing and hygiene products

Often it is impossible to identify the cause of a rash.

Treatment for rashes is to remove what is causing the rash, if known, and to relieve the symptoms.

You should do the following things:

1. Wash or bathe in cool water only.

2. If you know what caused the rash, try to avoid it.

3. You may be given cortisone cream to apply to the rash 2-3 times a day. Use a little and rub in well. Wash your hands before and after applying the cream. Use for 3 days only.

4. The following are signs that infection may be starting:

> Increased redness
> Increased swelling
> Pus formation
> Increased warmth
> Red streaks
> Increased pain

If you experience any of these signs, return to sick call.

Return to sick call if your rash spreads or does not get better after using cream for 3 days.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/26/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 60046 | Grievance Date : 08/03/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Medical Staff | Incident Date : 08/02/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 23, Upper, Tier A, Cell 10, Bottom |

### MGC

Date Received : 08/29/2006        Date of Recommendation: 09/26/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Heddinger, Brenda | Deny |
| Staff | | Prather, Mary | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : 0 | Deny : 3 | Abstain :1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 9/26/2006.

Deny: According to med records it appears that inmate is receiving treatment for his medical problems.
Not for medical to determine his release due to negligence per inmate.

Inmate verbally informed of MGC decision and appeal form was supplied.
Appeal due 10/3/2006.

# <u>Correctional Medical Services</u>

<u>DATE</u>: 04/05/06

<u>FROM</u>:  MHU MEDICAL

<u>TO</u>:  WEBB, WILLIAM  256056   MHU  2?

<u>RE</u>:  X-RAY

**YOUR VENOUS DOPPLER STUDY SHOWED NO CLOTS.  YOUR X-RAY WAS
NORMAL.**

**ᴀWARE DEPARTMENT OF CORRECTIONS
ſ FOR MEDICAL/DENTAL SICK CALL SERVICES
ILITY: DELAWARE CORRECTIONAL CENTER
.st is for (circle one): MEDICAL   DENTAL   MENTAL HEALTH**

ᴧm. Webb

Name (Print)

D/E F177

Housing Location

10/21/72

Date of Birth

00256056

SBI Number

January 2, 2007

Date Submitted

Complaint (What type of problem are you having)? Approximetly a week and a half ago I was at sick call concerning a Staph infection, the nurse sent me back saying it was not the area has gotten worse and with large bumps and pain need immedrate medical attention

Will C. 1. Webb

Inmate Signature

January 2, 2007

Date

**The below area is for medical use only. Please do ɴot write any further.**

S: Appt. schedule — FU/LON

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

· E:

Provider Signature & Title                          Date & Time

**3/1/99 DE01**
FORM#:
MED

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

DATE SUBMITTED: October 10, 20

INMATE'S NAME: William Joseph Webb Jr.

SBI#: 00256056

HOUSING UNIT: 21AL7

CASE #: 19264

///////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Ongoing Situation

TYPE OF MEDICAL PROBLEM:

I have poor blood circulation in my legs. I have been intentionally denied the ultrasounds on my legs by Dr. Ali who originally said I would receive them. I'm having problems with breathing and pains in my chest. I fear for my life because of the Medical staff's sadistic manner. My health problems are life threatening

GRIEVANT'S SIGNATURE: Will Joseph Will     DATE: October 10, 2005

ACTION REQUESTED BY GRIEVANT: The ultrasounds completed by an outside specialist due to there are funds available; before I have to take other actions for me to protect my life and health

DATE RECEIVED BY MEDICAL UNIT: _____

XC: U.S. Attorney General's Office

**RECEIVED**

OCT 12 2005

Inmate Grievance Office

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ Vulgar/Abusive or Threatening Language. The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ Non-Grievable. This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

_____ Disciplinary Action     _____ Parole Decision     _____ Classification Action

_____ Request. Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

√ Duplicate Grievance(s). This issue has been addressed previously in Grievance # 14406 .

_____ Original Grievances must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ Inquiry on behalf of other inmates. Inmates cannot submit grievances for other inmates.

_____ Expired Filing period. Grievance exceeds seven (7) days from date of occurrence.

*You have already grieved and appealed this issue. It is now at the BGO level*

OCT 2 6 2005

Inmate Grievance Chairperson                                          Date

## What does it mean to be Hepatitis C Positive?

If you have hepatitis C virus in your blood, you are hepatitis C positive. Most persons with chronic HCV infection will remain healthy, but over time a small number of persons will develop serious liver disease. Talk to your health care provider about your personal health status and risk of liver disease.

## How did you get Hepatitis C?

You have to mix someone else's blood with yours in order to get it, either by injecting drugs from a used needle, getting a tattoo from a used needle, or getting a blood transfusion. You might get it other ways, but having sex with someone does not often transmit it. Doctors do not think you can get it from just being around someone who has the infection.

## Tests you may need to find out if treatment with medicines is an option for you:

- Chronic (long-term) hepatitis C is diagnosed using special blood tests that can detect the presence of the virus in the blood or the antibody to the virus.
- ALT is a liver enzyme – something that is produced by your liver and released into the blood. The level of ALT in the blood is increased when the liver is inflamed for any reason, not just hepatitis C infection. In some cases of hepatitis C infection, the presence of a high ALT value in the blood may indicate liver damage.
- A liver biopsy is the only way to tell for sure about the condition of the liver. A biopsy is a test where a doctor removes a small piece of your liver through a special needle and checks the piece of liver for damage.
- If you have very little inflammation on the biopsy, you will probably get no benefit from currently available medications. You should continue to see your health care team and ask questions. New medications are being tested that may help in the future.
- If the liver biopsy shows that you have cirrhosis, that is when your liver is scarred, there is no proven benefit from the medications, but there is plenty you can do to live a long life.

## What treatment is available?

- Following a good diet, avoiding alcohol and drugs and periodic testing by your doctor. Medications are also available if you and your doctor decide your condition needs it.
- If you have chronic hepatitis C, there are two drugs that are currently available: Interferon and Ribavirin. Current drug treatment options are moderately effective. Newer medications are being developed and should be available in the future that will improve treatment options. Talk to your health care provider to decide if medications are a good option for you at this time.
- Interferon is given by shots three times a week or by a new kind of shot once a week.
- Ribavirin is a capsule taken by mouth every day.
- The Interferon alone or both of the drugs are taken for up to 12 months.

## Do the medicines "cure" Hepatitis C?

Getting rid of the hepatitis C virus depends on the virus type, the medicines given and individual responses to the medicines. Only about half of the people who receive the medicines will get rid of the virus. Doctors are still uncertain about who will get a good outcome from taking the medicines, and who will get sick from them. The decision to offer you medications is complicated and should be discussed with your doctor.

## How will the medicines make you feel? (side effects)

- "Flu-like" symptoms– fever, muscle aches, and chills.
- Fatigue, which is feeling very tired.
- Feeling sick to your stomach (nausea) and loss of appetite.
- Being short-tempered (irritable) and depressed happens to some people.
- Difficulty sleeping and confusion can also happen to some people.

## What will you need to do?

- You **MUST** be off drugs and alcohol and be evaluated by the health care staff.
- You will be required to have blood tests and if needed a liver biopsy.
- If you are considered for medications, you must promise (and sometimes be willing to sign a contract) to take the medications without missing any doses. This is necessary to make sure the medications have a chance to work.
- DO be willing to make a commitment (promise) not to do the actions that may have caused infection with hepatitis C.
- DO NOT shoot drugs, drink alcohol, have sex with other inmates, or get a tattoo or body piercings while in prison or after release.
- DO expect to talk with the Mental Health Staff before starting medications. Some of the medications can make some mental illnesses worse.
- DO NOT try to have children while being treated with ribavirin, and for 6 months after you stop taking it. Severe birth defects can happen.
- DO NOT share any personal items that might have your blood on them, things like toothbrushes, razors, dental appliances, etc.
- DO cover cuts and skin sores to keep blood from contacting other persons.
- DO talk to a health care provider about how you can reduce the risk of transmitting HCV to others.
- DO talk to a health care provider before you taking any new medications, even over the counter medicines like NSAIDs.
- DO seek medical attention once you are released so you can continue your treatment plan.
- DO NOT donate blood, organs, tissue or semen.

CMS 7636 10/2004-Side A - English

*Received 4/19/06 after Dr. Niaz tried to g⁴⁰/e me.*
*Interferon Shots*

Original article:
http://aolsvc.health.webmd.aol.com/content/Article/64/72317.htm

---

Newly Diagnosed with
Hepatitis C

## Day One ...
## We're here to help.



- Day One
- What Is I
- How Do I Know I Have It?
- What Is the Treatment
- 10 Questions to Ask Your Doctor

Most people are surprised to hear they test positive for hepatitis C. You probably feel fine. Your doctor likely ordered the blood test because of something that put you at risk: a blood transfusion before 1992, for example.

If you've tested positive on a hepatitis C antibody test, you'll need one or more new blood tests to confirm the result. Get that second test! Sometimes the first test turns out to be a false alarm. More often, however, a person who tests positive really does have hepatitis C infection. In this case, knowledge is power. You can do a lot to keep well.

- Visit the Hepatitis Health C...
- Get the WebMD Daily Newsletter

Four out of five people with hepatitis C infection don't have any signs or symptoms. But that changes over time. Seven out of 10 infected people eventually develop liver disease. While fewer than 5% of infected people die of hepatitis C-related liver disease, it's a leading cause of liver transplants.

People get hepatitis C from infected blood. Right now, how you got the infection isn't as important as what you're going to do to keep from infecting others. Don't donate blood, semen, or tissues. Don't share razors or toothbrushes with family members. If you get a piercing or tattoo, make sure the artist or piercer follows good health practices. If you are an injection drug user, please get into a treatment program. If you can't stop, don't share needles or works with other people.

You can't spread hepatitis C by hugging or kissing, by sharing eating utensils, or by casual household contact. There's no reason to stay away from people at work or at play.

What about sex? The chances of spreading hepatitis C through sexual intercourse are small. And oral sex doesn't spread hepatitis C. If you have one steady partner, you need not change your sexual practices. But if you and your partner want to make extra sure, you may wish to start using latex condoms. Condoms aren't proven to prevent hepatitis spread, but they may reduce transmission if used correctly. If you have multiple sexual partners, it's wise to use condoms every time. You should also get vaccinated against hepatitis B.

Take a friend or trusted person with you when you go to see the doctor. This is not just for moral support. An extra pair of ears will help you remember important information.

As your doctor will tell you, there are new treatments that get rid of the virus in five out of 10 people. And there are things you can do for yourself:

- Stop using alcohol. If you can't stop, cut way back. Alcohol makes liver disease worse.

- See your doctor on a regular basis.
- Check with your doctor before taking any new over-the-counter drugs or herbal supplements. Some of these products make liver disease worse.
- Talk with other people who have hepatitis C. Join a support group.

**Yours in health,**
Michael W. Smith, MD

Medically reviewed by Cynthia Haines, MD, July 2004.

© 2004 WebMD Inc. All rights reserved.

Original article:
http://aolsvc.health.webmd.aol.com/content/Article/64/72318.htm

Newly Diagnosed with
Hepatitis C

## What Is It?



Hepatitis C is a virus. It's not easy to catch. You can only get infected if blood or
body fluids from an infected person enter your body. It spreads by sharing the
needles or works used to inject drugs, by accidental needlestick injuries in health-
care settings, or from an infected mother to her baby during birth. Other ways you
might be exposed to hepatitis C-infected blood include sharing razors or
toothbrushes with an infected person or by getting a tattoo or body piercing at a
place that reuses needles. Some people got infected through blood transfusions or
organ transplants before 1992. Since then, new screening tests have greatly reduced
the risk of infection from a transfusion or transplant. Hepatitis C may also be spread
through sex, although this is not very common.

- Day One
- What Is It?
- How Do I Know I Have It?
- What Is the Treatment?
- 10 Questions to Ask Your Doctor
- Visit the Hepatitis Health Center
- Get the WebMD Daily Newsletter

About 4 million Americans -- 2% of the population -- have hepatitis C. Hepatitis C
usually goes unnoticed for many years -- possibly up to 10 to 20 years -- and is often
first discovered through abnormal liver tests found in routine blood work.

A few people shake off hepatitis C infection soon after infection. Most -- 75% to 85% -- get a chronic
infection.

Eventually some seven out of 10 people with chronic hepatitis C infections will get liver disease. Fewer
than 5% of people die of this disease. However, so many people are infected it's become the leading
cause of liver transplants.

Medically reviewed by Cynthia Haines, MD, July 2004.

SOURCES: CDC. National Institute of Diabetes & Digestive & Kidney Diseases.

© 2004 WebMD Inc. All rights reserved.

Original article:
http://aolsvc.health.webmd.aol.com/content/Article/64/72343.htm

Newly Diagnosed with
Hepatitis C

## How Do I Know I Have It?

Symptoms of hepatitis C include:

- Jaundice, a yellowing of the skin and the whites of the eyes
- Feeling tired all the time
- Dark urine
- Abdominal pain
- Appetite loss
- Nausea

These symptoms appear in only 20% of patients. The only sure way to know if you
have hepatitis C infection is to get a blood test. You should get tested if:

- You are an injection drug user
- You received a blood transfusion or organ transplant before 1992
- You are on dialysis
- You have an undiagnosed liver problem
- You are health worker who has been exposed to the blood of someone known to be infe ed with
  hepatitis C



• Day One
• What Is J
• How Do . Know I
  Have It?
• What Is (
  Treatme
• 10 Questi s to Ask
  Your Do · r

• Visit the . :patitis
  Health C  ter
• Get the V  bMD
  Daily Ne  tter

If your blood test is positive for hepatitis C, your doctor may want to do a liver biopsy. It soun s scary,
but it's pretty simple. The doctor uses a needle to take a small sample of your liver. This is the est way
for the doctor to tell how much damage hepatitis C has done.

Children born to hepatitis C-infected mothers should be tested when they are 12-18 months ol

Hepatitis C can be spread by sex, but this is very rare. Your risk of infection is low if you are i  a
monogamous relationship with a partner who has hepatitis C infection.

Anyone who wants to get a hepatitis C test should ask his or her doctor.

Medically reviewed by Cynthia Haines, MD, July 2004.

SOURCES: CDC. National Institute of Diabetes & Digestive & Kidney Diseases.

© 2004 WebMD Inc. All rights reserved.

Original article:
http://aolsvc.health.webmd.aol.com/content/Article/64/72344.htm

Newly Diagnosed with
## Hepatitis C

## What's the Treatment?



- Day One
- What Is I
- How Do You t Have It?
- What Is Treatmer ?
- 10 Questions to Ask Your Do tr

- Visit the Hepatitis Health C ter
- Get the WMD Daily Ne Letter

If you test positive for hepatitis C, you need to see a doctor -- even if you feel fine. The first step is to find out whether you have liver disease.

Even if there's no disease, you should talk with your doctor about whether treatment is right for you.

The state-of-the-art treatment is combination therapy. One part of the treatment is a new form of interferon called pegylated interferon alpha -- this medicine is injected weekly. The second part of the treatment is the antiviral pill ribavirin.

Treatment is no walk in the park. It lasts for 24 to 48 weeks. Both interferon and ribavirin have serious side effects. About 50% of people with genotype 1 hepatitis C -- the most common form of hepatitis C -- respond to treatment. About 80% of people with genotypes 2 and 3 respond to treatment.

If you've had hepatitis C for many years and already have extensive liver damage, you may ne d a liver transplant. This means having your old liver removed and replaced with a liver from an organ donor. It's a serious operation, but one that is lifesaving for many people.

If you choose not to be treated right away -- or if treatment doesn't get rid of your hepatitis C - taking care of yourself becomes more important then ever before. It's very important to stop drinking alcohol and taking recreational drugs. Alcohol and drugs can kill liver cells. It's also important to check with your doctor before taking any kind of medicine or herbal remedy -- even if it's sold over the counter, and even if you've taken it before.

Fortunately, new treatments are on the way. It's likely that these new drugs will be used in combination with existing agents to improve the chances of a cure.

Medically reviewed by Cynthia Haines, MD, July 2004.

SOURCES: CDC. National Institute of Diabetes & Digestive & Kidney Diseases.

© 2004 WebMD Inc. All rights reserved.

Original article:
http://aolsvc.health.webmd.aol.com/content/Article/64/72223.htm

---

Newly Diagnosed with
Hepatitis C

## 10 Important Questions to Ask Your Doctor About Hepatitis C

1. What can I expect to happen to me?

2. What treatments are available and suitable for me?

3. Should I start treatment right away?

4. What are the side effects of treatment?

5. What else can I do to minimize my chances of liver disease? Can I still drink alcohol?

6. Are there any supplements or over-the-counter drugs I should take or avoid?

7. Where can I find emotional support for my family and for me?

8. How can I expect this to affect my marriage or other intimate relationships?

9. How do I explain my diagnosis to friends and family?

10. Are there any clinical trials I could participate in?

Medically reviewed by Cynthia Haines, MD, July 2004.

© 2004 WebMD Inc. All rights reserved.



**Start H**
- Day One
- What Is It?
- How Do I Know I Have It?
- What Is the Treatment?
- 10 Questions to Ask Your Doctor

**Learn Mc**
- Visit the Hepatitis Health Center
- Get the WebMD Daily Newsletter

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

William J. Webb Jr.                              23 AUG07
_____ Name (Print) _____                _____ Housing Location _____

10/21/72              00256-56           August 3 2006
_____ Date of Birth _____   _____ SBI Number _____   _____ Date Submitted _____

Complaint (What type of problem are you having)?  I need my blood tested for
lead poisoning, and an Ultrasound done on my liver.

William J. Webb Jr.                              August 3 2006
_____ Inmate Signature _____                _____ Date _____

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:

P:

E:

_____ Provider Signature & Title _____        _____ Date & Time _____

3/1/99 DE01
FORM#:
MED

**FORM #585**

## MEDICAL GRIEVANCE

FACILITY: D.C.C.

INMATE'S NAME: William Joseph Webb Jr.

HOUSING UNIT: 23 AUIOT

DATE SUBMITTED: August 3, 2006

SBI#: 00256056

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: August 2 2006

TYPE OF MEDICAL PROBLEM:

On April 19 August 2 2006, Dr. Niaz asked the nurse about my H.I.V. and T.Abberculosis tests' results which were supposed to be completed April 19 2006 or Shortly thereafter After reviewing my files I realized Dr. Niaz tried to start me on Interferon shots without following the proper medical procedures, such as a biopsy of my liver, Mental Health evalvation and discussing my blood platelet levels, and also discussing my the possible side effects.

GRIEVANT'S SIGNATURE: Will Joseph Webb    DATE: August 3, 2006

ACTION REQUESTED BY GRIEVANT: An investigation why these actions happened and keep happening, also a recommendation for me to be released since I have been treated two years now with such gross negligence; Also why on February 20 2005, I wasn't given Medications and ice for my fever of 101.7° until it reached 104+° and my leg was bright red and the nurse put a heat pad on my leg, Dr. H. was the doctor the nurse called.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Medical Journal

August 2, 2006 — Dr. Niaz and Nurse

Found out April 17, 2006 was supposed to have an H.I.V. test and Tuberculosis test, didn't happen. Rescheduled two weeks to see the doctor to schedule biopsy.

Earlier this year Dr. Niaz tried to give me the Interferon shots without following the procedures and without seeing Mental Health.

August 3, 2006 — Filed Sick Call Slip
requesting lead poisoning testing
and ultrasound on liver

April 3, 2006 — Filed Medical grievance
on Dr. Niaz who tried to shoot me
with the Interferon without following
procedures, also on February 20, 2005
where Dr. A. denied me meds and
Ice on my leg until my temp.
rose to 104+° and nurse put
a heat pad on my leg.

~~August 9, 2006~~ ~~Letter to be call up~~
~~for leting food of so ingnat ultrasound~~
~~for my liver~~

August 23, 2006 — Saw Dr. Niaz,

He didn't say anything about my H.I.V.
test results ordered that I see the regular
doctor for my infection put me on antibiotics
and ordered me ~~to be on~~ an ace bandage
for my burnt leg.

September 5, 2006
Dr. Rogers Saw doctor unknown and a nurse K.C.
doctor said she was going to put me on two more
weeks of antibiotics and tests for lead levels.

September 26, 2006
Had Level 2 grievance hearing and they lied
again saying I received adequate medical care
didn't address the Hepatitis C issues.

December 8, 2006
I filled out medical sick call stating I have
a staph infection.
Also received Grievance Appeal No.
14406 appeals denied
by Paul Howard about
Ultrasound for my legs.

December 18, 2006,
Went to medical nurse said it was nothing
gave me a tube of A+D ointment charged me
$6.00.

January 2, 2007
Filled out sick call slip.
January 9 2007
Went to sick call, got some antibiotics (10 day
supply)
and Bacitration

January 13, 2007
Filled out sick call slip to be
tested for Meningitis.

July 18, 2007

Saw Dr. Van Dussen, he said
that he was scheduling my liver biopsy
also ordered Cipro,
H.I.V. test came back negative.

August 13, 2007

Wrote Vandusen a letter stating
I realized I have a case of M.R.S.A.
and need another 15 day supply of
Cipro.

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

F-17

DIE,

~~January 24, 2007~~ 2007

Inmate WEBB WILLIAM J J
SBI # 00256056
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear WILLIAM WEBB:

We have reviewed your Grievance Case # 60046 dated 08/03/2006.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/16/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 60046 | | **Grievance Date** : 08/03/2006 | **Category** : Individual | |
| **Status** : Resolved | | **Resolution Status** : Level 3 | **Resol. Date** : 02/16/2007 | |
| **Grievance Type:** Medical Staff | | **Incident Date** : 08/02/2006 | **Incident Time :** | |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Dr. Niaz asked the nurse about my HIV and TB test results which were supposed to be completed 4/19/06 or shortly thereafter. After reviewing my files I realized Dr. Niaz tried to start me on Interferon shots without following the proper medical procedures, such as a biopsy of my liver, mental health evaluation, discussing my blood platelet levels, and the possible side effects.

**Remedy Requested** : An investigation why these actions happened and keep happening, also a recommendation for me to be released since I have been treated two years now with such gross negligence; Also why on 2/20/05, I wasn't given medications and ice for my fever of 101.7 until it reached 104+ and my leg was bright red and the nurse put a heat pad on my leg, Dr. A was the doctor the nurse called.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 08/14/2006 |
| **Investigation Sent :** 08/14/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WEBB, WILLIAM J J      **SBI#** : 00256056      **Institution** : DCC

**Grievance #** : 60046      **Grievance Date** : 08/03/2006      **Category** : Individual

**Status** : Resolved      **Resolution Status:** Level 3      **Inmate Status :**

**Grievance Type:** Medical Staff      **Incident Date** : 08/02/2006      **Incident Time :**

**IGC** : Merson, Lise M      **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah      **Date of Report** 08/14/2006

**Investigation Report :** SEEN BY;
DR DURST 3-29-06
DR NIAZ 4-19-06
NP OTT 6-16-05
BLOODWORK ORDERED 4-19-06

**Reason for Referring:**

**Offender's Signature:**

**Date** :

**Witness (Officer)** :

Page 2 of 7

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/16/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | |

### IGC

**Medical Provider:**              **Date Assigned**

**Comments:**

. [x] **Forward to MGC**          [ ] **Forward to Medical Provider**       [ ] **Warden Notified**

[ ] **Forward to RGC**            **Date Forwarded to MGC :**       08/29/2006

[ ] **Offender Signature Captured**       **Date Offender Signed**

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | |

### APPEAL REQUEST

Appeal arrived 10/9/2006. Appeal accepted, Cpl Merson did not collect grievances/appeals due to being out on leave.
Appeal states: The reasons I should be granted a medical release from prison are:
1. I'm being denied medical care that is below standard of care due to me in which on February 20. 2005 I almost died.
2. The staff here is trying to cut corners in medical where I have Hepatitis C and again the doctor tried to shortch the procedures to gave money which could have proved deadly.
3. On August 3, 2006 I filed a sick call slip the same day as this grievance being appealed was filed and have yet to be seen for medical attention, therefore I qualify to be released so I can get my own medical insurance, I don't need the staff trying to avoid serious situations and lying trying to avoid their job.
4. Medicals actions amount to malpractice, gross and wanton negligence, I have been more then fair I need medical attention that is adequate not speedy to save money, I can get a job and get my own insurance.

### REMEDY REQUEST

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 02/16/2007

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

| REFERRED TO | |
|---|---|
| **Due Date :** 10/18/2006 | **Referred to:** Person     **Name:** Welch, James |

**Type of Information Requested :**
Grievant is a HIV and TB patient seeking recommendation for early release.

| DECISION |
|---|
| **Date Received :** 10/11/2006 |
| **Decision Date** : 01/03/2007         **Vote :** Deny |
| **Comments** : |

Grievance process is not the proper mechanism to apply for early release. I/M should utilize sentence modification process through court.

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/16/2007

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : | |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time** : | |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | | |

| DECISION | |
|---|---|
| **Decision Date:** 01/04/2007 | **Vote** : Deny |
| **Comments** : | |

**Page 6 of 7**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 02/16/2007

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

## MGC

**Date Received :** 08/29/2006          **Date of Recommendation:** 09/26/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Heddinger, Brenda | Deny |
| Staff | | Prather, Mary | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold :** 0 | **Deny :** 3 | **Abstain :** 1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 9/26/2006.

Deny: According to med records it appears that inmate is receiving treatment for his medical problems.
Not for medical to determine his release due to negligence per inmate.

Inmate verbally informed of MGC decision and appeal form was supplied.
Appeal due 10/3/2006.

# Certificate of Service

I, William J. Webb Jr. hereby certify that I have served a true and correct cop(ies) of the attached First Set of Discovery Upon the following parties/persons:

To:    Eileen Kelly

820 North French Street

Wilmington, DE 19801


To:    Patrick G. Rock

913 Market Street

Suite 800

Wilmington, DE 19801


To:    First Correctional Medical

205 W. Giaconda Way

Suite 115

Tucson, AZ 85704


To:    Dr. Ali

1301 East 12th Street

Wilmington, DE 19899


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.


On this 20 day of August, 2007

William J. Webb Jr. #256056

FM: William Joseph Webb III.
SBIN 286056    UNIT N/E F/77
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. Dst. Ct.
844 King Street Lock box 19
Wilmington, DE
19801

"Legal Mail"