## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM JOSEPH WEBB, JR., )
 )
   Plaintiff, )
 )
   v. ) C. A. No. 07-31-GMS
 )
FIRST CORRECTIONAL MEDICAL, ) JURY TRIAL REQUESTED
et al., )
 )
   Defendants. )

## DEFENDANT STAN TAYLOR'S  RESPONSE
## TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

 Stan Taylor hereby responds to Plaintiff's Request for Production of Documents ("Request for Production"):

### GENERAL OBJECTIONS

 1. Defendant objects to the Request for Production to the extent that it seeks information or documents protected from disclosure by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

 2. Defendant objects to the Request for Production to the extent that it purports to require supplementation of these responses beyond that required by Federal Rule of Civil Procedure 26(e).

 3. Defendant objects to the Request for Production to the extent that it purports to place duties upon them not set forth in, or contemplated by, the Federal Rules of Civil Procedure.

 4. Defendant objects to the Request for Production to the extent that it purports to seek information or documents not in their possession, custody or control.

5.     Defendant objects to the Request for Production to the extent that it seeks the production of documents equally available to Plaintiff or Plaintiff's counsel.  Such documents will be identified by Defendants, but will not be produced.

6.     Defendant objects to the Request for Production to the extent that it purports to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.     Defendant objects to the Request for Production to the extent that it seeks the production of documents generated by or received from counsel for Defendant in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## **RESPONSES**

Subject to, and without waiver of the foregoing General Objections and those set forth in Defendant's Responses, Defendant responds, after a reasonable search, and subject to supplementation, as follows:

1.     That Defendant produce and permit Plaintiff to inspect and to copy each of the following documents:

a.     A complete copy of all documents, laws and statements that you plan to use as evidence to support your defenses and/or at trial. (Make sure that any statements are made under oath).

**RESPONSE:** Objection. This Request is premature. Answering Defendant will supplement this response as required by the Federal Rules of Civil Procedure. Without waiving these objections, Answering Defendant may use Plaintiff's medical file to

support his defenses. Plaintiff has requested his medical file from Correctional Medical Services ("CMS").

b.       A complete list of expert witnesses that you plan to use including their qualifications, educational status, employment status, along with whether or not they have ever been sued and/or internally written up by anybody and/or ever investigated for any reason(s).

**RESPONSE:** Answering Defendant has not yet retained any experts but reserves the right to do so and will supplement this Response as required by the Federal Rules of Civil Procedure.

c.       A complete list of expert witnesses that you plan to use including their qualifications, educational status, employment status, along with whether or not they have ever been sued and/or internally written up by anybody and/or ever investigated for any reason(s).

**RESPONSE:** See Response to Request b.

d.       A complete copy of any and all civil complaints, along with any internal or external write ups filed against you within the last 10 years to include all depositions, discovery and disposition(s)/final order(s).

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Further objection that this Request has no relevance to Plaintiff's claims, requests information beyond the scope of Rule 26, and is not designed to lead to the discovery of admissible evidence.

e.       A complete copy of the contracts signed between the Delaware Department of Corrections and First Correctional Medical.

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Further objection that this Request has no relevance to Plaintiff's claims, requests information beyond the scope of Rule 26, and is not designed to lead to the discovery of admissible evidence. Further objection that this Interrogatory seeks production for information protected from discovery by 29 *Del.C.* §10002(g)(13).

      f.     A complete copy of the contracts signed between the Delaware Department of Corrections and Correctional Medical Services.

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Further objection that this Request has no relevance to Plaintiff's claims, requests information beyond the scope of Rule 26, and is not designed to lead to the discovery of admissible evidence. Further objection that this Interrogatory seeks production fo information protected from discovery by 29 *Del.C.* §10002(g)(13).

      g.     A complete list of nurses and doctors that have been allowed to DCC's property between the years of 2005 and 2007 to include their name, employment status, color pictures and exactly what medical health care provider they worked for and the list of the doctors on call in case of an emergency.

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Without waiving this objection, the health care providers who treated Plaintiff are indicated in the Plaintiff's records, which Plaintiff has requested from CMS.

      h.     A complete copy of your work history.

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Without waiving this objection, see document attached hereto and Bates-stamped D00001-D00003, Exhibit A.

i.      A complete copy off all documents in your possession that may be directly or indirectly relevant to this litigation.

**RESPONSE:** Answering Defendant retired from the State of Delaware Department of Correction effective January, 2007 and has no documents in his possession relevant to this litigation.

j.      A complete copy of all grievances and appeals of grievances, etc..(with documentary evidence used to determine the outcome) filed by Plaintiff William Joseph Webb, Jr., #256056.

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Without waiving this objection, see document attached hereto and Bates-stamped D00004-D00054, Exhibit B.

k.      A complete copy of Plaintiff William Joseph Webb Jr.'s, #256056 write up history with complete documentation including appeals, preliminary reports, etc. and evidence to support such.

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Further objection that this Request has no relevance to Plaintiff's claims, requests information beyond the scope of Rule 26, and is not designed to lead to the discovery of admissible evidence. Further objection that this request seeks production of information protected from discovery by 11 *Del. C.* §4322(a).

l.      A complete copy of Plaintiff William Joseph Webb Jr.'s, #256056 classifications during his entire incarceration on this sentence to include appeals and documentary evidence to support he classification at all given/relevant times.

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome.

Further objection that this Request has no relevance to Plaintiff's claims, requests information beyond the scope of Rule 26, and is not designed to lead to the discovery of admissible evidence. Further objection that this request seeks production of information protected from discovery by 11 *Del. C.* §4322(a).

        m.     A complete copy of your criminal history within the past 10 years.

**RESPONSE:** Answering Defendant has no criminal history.

        n.     A complete copy of the banking accounts with information that your pay check is drawn from to include the name on the account, bank name and address etc..

**RESPONSE:** Objection. This Request is vague, overly broad and unduly burdensome. Further objection that this Request has no relevance to Plaintiff's claims, requests information beyond the scope of Rule 26, and is not designed to lead to the discovery of admissible evidence. Further objection that this Request is premature.

 

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated:  August 31, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on  August 31, 2007,  I electronically filed  *Defendant Stan Taylor's Response to Plaintiff's Request for Production of Documents*  with the Clerk of Court using CM/ECF.  I hereby certify that on  August 31, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

William Joseph Webb, Jr.
SBI#256056
Delaware Correctional Center
1181 Paddock Road
Smryna, DE  19977

/s/ Eileen Kelly
Eileen Kelly, ID#2884
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us

# EXHIBIT A

# D00001-D00003

Case 1:07-cv-00031-GMS     Document 46-2     Filed 08/31/2007     Page 2 of 4



# State of Delaware
## The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search  This Site  Your Search...          Citizen Services | Business Services | Visitor Info.

---

**Department of Correction (DOC)**

---

**HOME**
About DOC
Newsroom
Divisions / Programs
   Commissioner
   BMS
   BOCC
   BOP
FAQs
Employment
Related Links
Contact Information
DOC Locations
DOC Site Map

**SERVICES**

**INFORMATION**

## OFFICE OF THE COMMISSIONER



Biography
Department of Correction Commissioner
Stanley W. Taylor, Jr.

Stan Taylor is Commissioner of the Delaware Department of Correction. Commissioner Taylor is the first person in Delaware history to start his career as a correctional officer and rise through the ranks to lead the Department of Correction, the largest law enforcement agency in the First State.

Delaware has five prisons, one Boot Camp, three work release facilities, two Violation of Probation Centers and five probation & parole offices. Delaware has approximately 6,680 incarcerated offenders and 18,500 probationers

**Professional**

| | |
|---|---|
| 1976 | Started his career as a Correctional Officer at Sussex Correctional Institution (SCI) near Georgetown. |
| 1979 | Promoted to Correctional Counselor |
| 1980 | Promoted to Training Academy Director - Correction Training Programs and Services |
| 1982 | Promoted to Security Superintendent at the Sussex Correctional Institution (SCI). |
| 1983 | Promoted to Deputy Warden at Sussex Correctional Institution (SCI) |
| 1992 | Promoted to Warden at Sussex Correctional Institution (SCI) |
| 1993 | Promoted to Chief of the Bureau of Prisons (responsible for all prison operations) |
| 1995 | Appointed Commissioner by Governor Thomas Carper after then-Commissioner Robert Watson retired. The Delaware Senate unanimously confirmed the appointment January, 1996. |
| 1999 | In June, Commissioner Taylor led a DOC delegation to Argentina to take Delaware's internationally-acclaimed KEY drug treatment program to the South American nation. |
| 1999 | In December, Commissioner Taylor traveled to Washington, D.C. to participate in a national debate on treating prison inmates for substance abuse. The forum is attended by Drug Czar General Barry McCaffrey, then Attorney General Janet Reno and then Secretary of Health and Social Services Donna Shalala. |

2000    Asked by new Governor Ruth Ann Minner to continue as Commissioner. The Delaware Senate unanimously confirmed his appointment in January 2001.

**Memberships**

Northeast Association of Correctional Administrators (NACA)
Association of State Correctional Administrators (ASCA)
American Correctional Association (ACA)
Delaware Criminal Justice Council, Chair (01/1997-02/2002)
Delaware Sentencing Accountability Commission

**Awards**

1992    Delaware Award for Excellence and Commitment in State Service

2000    Order of the First State

**Personal**

Taylor, a Delaware resident since age 5, graduated from Indian River High School. He earned a Bachelor's Degree in Sociology from the University of Delaware. He lives in Sussex County with his wife and four children.

---

### *Role of the Office of the Commissioner*

The Commissioner's Office, including his executive committee, provides leadership, policy direction, moral guidance, monitoring of operations and support for ongoing activities related to the department's vision, mission statement, and its top priorities. Individual units within the Commissioner's Office include Personnel/Staff Training, Internal Affairs, Community Relations and Media Relations.

### *Human Resources and Employee Development*

Personnel provides the human resource services necessary for the operation of the Department in the areas of applicant and employee services, records maintenance, employee/labor relations, performance evaluations, benefits and classification. Staff Training develops, implements/coordinates and evaluates training for employees to improve departmental efficiency and effectiveness.

### *Internal Affairs Unit*

The Internal Affairs Unit is responsible for conducting all Internal Affairs investigations, and reviewing complaints of wrong doings within the Department of Correction.

### *Community Relations*

The Community Relations Unit provides information and support within Delaware communities. This office represents the agency at community events, support services to schools and youth organizations, and politicians. This office also coordinates staff recognition programs twice a year and fundraising efforts. In addition,

This office coordinates one-time events (i.e. ribbon cutting ceremonies, facility re-naming ceremonies, etc.).

### *Media Relations*

The Media Relations Unit handles all Department of Correction media-related activities. Through this, the Department is able to keep local, regional and national media and the public informed of the work and the development within the Department. The Media Relations Unit issues all Department press releases, organizes press events and conferences and acts as its public spokesperson. The Media Relations Unit also manages the Department's newly-created Internet site.

### *Inspections and Security*
The Chief of Inspections and Security (CIS) plans and directs the security, control and safety programs within all DOC institutions. This involves overseeing and coordinating the inspection, security, care and safety programs at all correctional facilities to ensure compliance with applicable laws, rules and regulations. The CIS also inspects all institutions on a regular basis ensuring that institutional security and sanitation policies and procedures are adequate and being enforced.

------------------------------------------

Messages From The Commissioner

List of Past Commissioners

Last Updated: Thursday, 20-Oct-05 13:52:49

J00003

# EXHIBIT B

# D00004-D00054

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 5090 | **Grievance Date** : 07/01/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Recreation | **Incident Date** : 07/01/2004 | **Incident Time** : |
| **IGC** : Davis, Jill D | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** THE ENTIRE D BLDG AND MOST LIKELY THE REST OF THE PRISON. THIS ENTIRE INCIDENT HAS NIGHT YARD STARTING WELL PAST 7:00 OR NONE AT ALL. THIS TYPE OF ACTION DEFEATS THE PURPOSE OF ALL THE FENCES SEPARATING EACH YARD FROM THE OTHER. IT WOULD APPEAR THAT YOUR STAFF IS CREATING ITS OWN DILEMA WITH THESE ABSURD ACTIONS.  THAT YOU EITHER FIX THE NIGHT YARD SITUATION OR TAKE THE FENCES DOWN THAT MAKE THIS LOOK LIKE A CONCENTRATION CAMP

**Remedy Requested** : DUPLICATE GRIEVANCE #4972

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

U00004

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | WEBB, WILLIAM J J | **SBI#** | : 00256056 | **Institution** | : DCC |
| **Grievance #** | : 5090 | **Grievance Date** | : 07/01/2004 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status:** | | **Inmate Status :** | |
| **Grievance Type:** | Recreation | **Incident Date** | : 07/01/2004 | **Incident Time :** | |
| **IGC** | : Davis, Jill D | **Housing Location :** | Bldg D-EAST, Tier F, Cell 17, Top | | |

### INFORMAL RESOLUTION

Offender's Signature:_____

Date              :_____

Witness (Officer)  :_____

U00005

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | | **SBI#** : 00256056 | | **Institution** : DCC | |
| **Grievance #** : 12488 | | **Grievance Date** : 03/04/2005 | | **Category** : Individual | |
| **Status** : Resolved | | **Resolution Status** : Level 2 | | **Resol. Date** : 07/11/2006 | |
| **Grievance Type:** Personal Property | | **Incident Date** : 03/04/2005 | | **Incident Time :** | |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On February 20, 2005, I was admitted into the hospital and all of my property was packed up by various inmates unknown to my knowledge. After being packed various items have become missing, I didn't have a chance to get an inventory sheet or any other paperwork while being housed at the infirmary D Iso.1. The following items ate missing and was in the possession of the DOC:
1 pr 3 x gray gym shorts
1 headphone 6 ft. extension
30 $.04 envelopes
2 hot cheese curls
1 hot potato chips
2 3x DOC sweatshirts
2 DOC Pants 4x
3 DOC shirts 4x
1 knit cap white

**Remedy Requested** : Either replace the items put the money back on my account  and/or send a memo to commissary so I can purchase new items without confusion and discouragement. Thank You.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** | |
| **Investigation Sent :** | **Investigation Sent To** : Dotson, Randall | |
| **Grievance Amount :** | | |

U00006

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | | **SBI#** : 00256056 | | **Institution** : DCC | |
| **Grievance #** : 12488 | | **Grievance Date** : 03/04/2005 | | **Category** : Individual | |
| **Status** : Resolved | | **Resolution Status:** Level 2 | | **Inmate Status :** | |
| **Grievance Type:** Personal Property | | **Incident Date** : 03/04/2005 | | **Incident Time :** | |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | | |

### INFORMAL RESOLUTION

**Investigator Name** : Dotson, Randall                 **Date of Report** 03/23/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Kromka, Frank                 **Date of Report** 03/29/2005

**Investigation Report :** On 3/2/05 the property room rejected inmate Webb`s property because all of the property was not listed on the 537 forms. It was returned to the 8-4 shift commander to be re-inventoried. As of this date the property room has yet to receive the revised inventory of property. This is not a property room grievance.

**Reason for Referring:**

---

**Investigator Name** : Henry, Janice                 **Date of Report** 04/12/2006

**Investigation Report :** Inmate was admitted to Infirmary after being seen by medical during an appointment. He was taken off D-bldg count at 1525. His property was not inventory by 4-12 per request of 8-4. There is documentation from him and Cpl. Kromka that he did purchase gray gym shorts and headphone (extension). As far as receipt for envelops and foof items, he may or may not have them due to staff not inventoring his property. As it stands now, we failed to collect inmates property and secure same and should replace said items. Grievance forward to IGC for further action / correction.

**Reason for Referring:** Capt. Henry,
          Would you please have someone do an investigation on this? Thanks. The inmate orginally came from D bldg.
          Cpl Merson

**Offender's Signature:**_____

**Date**                 :_____

**Witness (Officer)**    :_____

000007

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | | **SBI#** : 00256056 | | **Institution** : DCC | |
| **Grievance #** : 12488 | | **Grievance Date** : 03/04/2005 | | **Category** : Individual | |
| **Status** : Resolved | | **Resolution Status** : Level 2 | | **Inmate Status** : | |
| **Grievance Type:** Personal Property | | **Incident Date** : 03/04/2005 | | **Incident Time** : | |
| **IGC** : Merson, Lise M | | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | | | |

### IGC

**Medical Provider:**                          Date Assigned

**Comments:**


[ ] Forward to MGC               [ ]     Forward to Medical Provider      [ ]     **Warden Notified**

[x]  Forward to RGC              **Date Forwarded to MGC :**        04/21/2006

[ ] Offender Signature Captured       **Date Offender Signed**          :

DCC009

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 12488 | Grievance Date : 03/04/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 2 | Inmate Status : |
| Grievance Type: Personal Property | Incident Date : 03/04/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | |

### RGC

Date Received : 04/08/2005    Date of Recommendation: 05/31/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00333101 | BROKENBROUGH, RORY L | Uphold |
| Inmate | 00176129 | WYANT, WARREN J | Uphold |
| Staff | | Schrader, Sarah | Uphold |
| Staff | | Merson, Lise M | Uphold |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

Uphold : 4                    Deny : 0                    Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 5/31/2006:
Investigation revealed property was mishandled.
replace items verified by receipts.

U00009

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 12488 | Grievance Date : 03/04/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 2 | Inmate Status : |
| Grievance Type: Personal Property | Incident Date : 03/04/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | |

### REFERRED TO

Due Date :                     Referred to:              Name:

Type of Information Requested :

### DECISION

**Date Received** : 05/31/2006

**Decision Date** : 06/26/2006              **Vote** : Uphold

**Comments** : Upheld.  Inmate Webb shall be reimbursed a total of $19.81 for property lost by staff on or about Feb. 20,2005:
1 shorts purchased 4/19/04 @ 16.99 less 7.08 depreciation considering 2 yr. life expectancy = $9.91
1 headphone purchased 1/31/05 @ 4.50 (no depreciation)
30 envelopes purchased 2/8/05 @ .04 = 1.20
2 hot cheese curls purchased 2/15/05 @ 1.40 = 2.80
1 hot potato chips purchased 2/8/05 @ 1.40

Additionally, by way of a copy of this decision, I am directing Storekeeper Dill to work with Webb's housing unit leadworker to ensure that he has all DOC state-issued clothing and linens to which he is entitled.

cc Storekeeper Dill
    Support Services Manager Smith
    IGC
    Inmate

WARDEN / WARDEN'S DESIGNEE SIGNATURE                    DATE

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)      YES:_____        NO:_____

GRIEVANT'S SIGNATURE                    DATE

I.G.C. SIGNATURE                    DATE

**DOC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 12488 | **Grievance Date** : 03/04/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 03/04/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### APPEAL REQUEST

Appeal sent Wednesday 28 June 2006. Appeal due Wednesday 5 July 2006. Appeal returned Wednesday 5 July 2006: Inmate does not wish to appeal.

### REMEDY REQUEST

000011

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#**        : 00256056 | **Institution**   :.DCC |
| **Grievance #**   : 14406 | **Grievance Date**  : 05/19/2005 | **Category**   : Individual |
| **Status**         : Resolved | **Resolution Status** : Level 3 | **Resol. Date**  : 12/06/2006 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**     : 05/19/2005 | **Incident Time :** |
| **IGC**           : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was to be scheduled for an ultrasound on my legs due to I have had cellulitis three times in my left leg and once in my right. My legs are still having swelling problems.

**Remedy Requested**    :  To have the ultrasound taken and have other tests performed to see what is wrong with my health

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 06/09/2005 |
| **Investigation Sent :** 06/09/2005 | **Investigation Sent To**      :  Wolken, Gina |
| **Grievance Amount :** | |

000012

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date:07/06/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 14406 | **Grievance Date** : 05/19/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/19/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

## INFORMAL RESOLUTION

**Investigator Name** : Wolken, Gina                **Date of Report**  06/09/2005

**Investigation Report :** Will schedule you to see a medical provider
                                         Refused to sign

**Reason for Referring:**

**Offender's Signature:**_____

**Date**                  :_____

**Witness (Officer)**   :_____

000013

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14406 | **Grievance Date** : 05/19/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/19/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments**:


[x] Forward to MGC        [ ]   Forward to Medical Provider      [ ]   **Warden Notified**

[ ] Forward to RGC          Date Forwarded to MGC :       06/21/2005

[ ] Offender Signature Captured      Date Offender Signed          :

000014

DCC  Delaware Correctional Center
Date: 07/06/2007

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | WEBB, WILLIAM J J | **SBI#** | : 00256056 | **Institution** | : DCC |
| **Grievance #** | : 14406 | **Grievance Date** | : 05/19/2005 | **Category** | : Individual |
| **Status** | : Resolved | **Resolution Status :** | Level 3 | **Inmate Status :** | |
| **Grievance Type:** | Health Issue (Medical) | **Incident Date** | : 05/19/2005 | **Incident Time :** | |
| **IGC** | : Merson, Lise M | **Housing Location :** | Bldg D-EAST, Tier F, Cell 17, Top | | |

### APPEAL REQUEST

Appeal due 10-23-2005. Appeal received 10-24-2005.
The reasons I'm appealing are:
1. I was denied medical attention because of a monetary purpose not a medical perspective.
2. I have life threatening issues.
3. My symptoms are the same as a person suffering poor blood circulation in the legs.

Relief requested: Immediate tests done on my legs to see if I have poor blood circulation in my legs, an ultrasound if necessary.
     Respectfully Submitted,
          Joseph Webb.

### REMEDY REQUEST

CC0015

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# | : 00256056 | Institution    : DCC |
| Grievance # : 14406 | Grievance Date : 05/19/2005 | | Category    : Individual |
| Status    : Resolved | Resolution Status : Level 3 | | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date    : 05/19/2005 | | Incident Time : |
| IGC    : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | | |

### REFERRED TO

**Due Date :** 03/08/2006          **Referred to:** Person          **Name:** Welch, James

**Type of Information Requested :**
Grievant states he was promised a leg ultrasound he has not received.

**Response to Information Requested :**

### DECISION

**Date Received :** 10/25/2005

**Decision Date :** 09/26/2006          **Vote :** Deny

**Comments    :**

I/M diagnosed with chronic cellulitis and is his treatment is being followed on the chronic care case load

000016

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14406 | **Grievance Date** : 05/19/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/19/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | |

### DECISION

**Decision Date:** 11/29/2006          **Vote :** Deny

**Comments** :


## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14406 | **Grievance Date** : 05/19/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/19/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | |

### MGC

**Date Received** : 06/21/2005          **Date of Recommendation** : 10/25/2005

#### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Wright, Matthalina | Deny |
| Staff | | Prather, Mary | Deny |
| Staff | | McCreanor, Michael | Abstain |

#### VOTE COUNT

| | | |
|---|---|---|
| **Uphold :** 0 | **Deny :** 2 | **Abstain :** 1 |

#### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

#### RECOMMENDATION

hearing held 10-20-2005.
Deny: Ultrasound was denied by medical director per patient. Inmate was seen 6-16-2005 and diagnosed with chronic cellulitis. Will be inserted in CC system.

000017

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | WEBB, WILLIAM J J | **SBI#** | : 00256056 | **Institution** | : DCC |
| **Grievance #** | : 17275 | **Grievance Date** | : 05/19/2005 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status :** | | **Resol. Date** | : |
| **Grievance Type:** | Personal Property | **Incident Date** | : 04/29/2005 | **Incident Time :** | |
| **IGC** | : McCreanor, Michael | **Housing Location :** | Bldg D-EAST, Tier F, Cell 17, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On April 29, 2005 I was moved to Building 21 under hearsay by someone who called here from Judge Cooch. Somebody called Lt. Lee and Inv. Ron Drake to have me moved here with nothing but the clothes I had on and 2 orange uniforms. It has now been almost 3 weeks since my arrival and I have yet to receive an inventory sheet, much less any of my property. I have legal work due in Superior Court on June 17, 2005. All my legal notes and paperwork is currently in the possession of the Dept. of Corrections; denying me access to the courts. Next, on May 18, 2005 I had a Grievance Hearing, and due to I don't have the envelop containing all my receipts the hearing had to be rescheduled denying me the effective grievance process.

**Remedy Requested** : An investigation as to wherre all my legal work, appliances, and commissary are located and an explanation as to why normal institution policies as not being followed and a note sent to the Supreme Court of Delaware stating I won't be able to file my brief on time in Case#185,2005

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** | |
| **Investigation Sent :** | **Investigation Sent To** | : |
| **Grievance Amount :** | | |

U00018

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 17275 | **Grievance Date** : 05/19/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 04/29/2005 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### INFORMAL RESOLUTION

**Offender's Signature:**_____

**Date**            :_____

**Witness (Officer)** :_____

U00019

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI# :** 00256056 | **Institution :** DCC |
| **Grievance # :** 17275 | **Grievance Date :** 05/19/2005 | **Category :** Individual |
| **Status :** Non Grievable | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date :** 04/29/2005 | **Incident Time :** |
| **IGC :** McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### IGC

**Medical Provider:**                          **Date Assigned**

**Comments:**

Grievance returned because:

Request.  You need to write Cpl. Kromka in the Property Room.

[ ] Forward to MGC            [ ]     Forward to Medical Provider      [ ]     **Warden Notified**

[ ] Forward to RGC            **Date Forwarded to MGC :**     09/14/2005

[ ] **Offender Signature Captured**     **Date Offender Signed         :**

U00020

DCC   Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14475 | **Grievance Date** : 05/27/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Resol. Date** : 07/18/2006 |
| **Grievance Type:** Personal Property | **Incident Date** : 05/27/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On April 29, 2005 I was moved back here and never received an inventory sheet. On May 27, 2005 my property was brought to me and the 8 x 4 shift would not give me an inventory sheet. While obtaining my stuff I asked the officer about my Oakley sunglasses. The other items missing are :
1 - 8 oz. tasters choice
1 - 4 oz. Maxwell house
1 - jalapeno potato chip
1 - hot potato chops
10size 12 shower shoes
1 mirror
1 nail clippers
10 4cent envelopes
Due to I have no inventory sheet other items might be missing. Also my tv has been damaged and the remote doesn't work to it.

**Remedy Requested** : The money placed back on my account, an investigation as to why my property was never properly inventoried, along with my sunglasses being replaced or the $90 to $110 value being placed on my account as well. Due to my mother's death I will not be able to produce the receipt for the glasses.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Dotson, Randall |
| **Grievance Amount :** | |

U00021

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 14475 | **Grievance Date** : 05/27/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Personal Property | **Incident Date** : 05/27/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

### INFORMAL RESOLUTION

**Investigator Name** : Dotson, Randall          **Date of Report** 06/10/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Kromka, Frank          **Date of Report** 06/13/2005

**Investigation Report :** The property room never received any property belonging to inmate Webb during the date listed in his complaint. This is not a property room grievance.

**Reason for Referring:**

---

**Investigator Name** : Hazzard, Karl          **Date of Report** 11/09/2005

**Investigation Report :**

**Reason for Referring:** Capt. Hazzard,
    Inmate was moved from W to 21 on 4-29-05. Please see the response from Cpl. Kromka and continue investigation in your area. Thank You.
    Merson
    Note: Grievance has reached the 150 day warning.

---

**Investigator Name** : McCreanor, Michael          **Date of Report** 04/12/2006

**Investigation Report :**

**Reason for Referring:** Capt. McCreanor,
    There still has not been any movement on this grievance.
    Cpl Merson

---

**Investigator Name** : Merson, Lise M          **Date of Report** 04/23/2006

**Investigation Report :**

**Reason for Referring:** Cpl. Merson,

    Schedule for a hearing

    Capt. McCreanor

000022

DCC Delaware Correctional Center Date 07/06/2007

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | WEBB, WILLIAM J J | **SBI#** | : 00256056 | **Institution** | : DCC |
| **Grievance #** | : 14475 | **Grievance Date** | : 05/27/2005 | **Category** | : Individual |
| **Status** | : Resolved | **Resolution Status:** | Level 3 | **Inmate Status :** | |
| **Grievance Type:** | Personal Property | **Incident Date** | : 05/27/2005 | **Incident Time :** | |
| **IGC** | : Merson, Lise M | **Housing Location :** | Bldg D-EAST, Tier F, Cell 17, Top | | |

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | WEBB, WILLIAM J J | **SBI#** | : 00256056 | **Institution** | : DCC |
| **Grievance #** | : 14475 | **Grievance Date** | : 05/27/2005 | **Category** | : Individual |
| **Status** | : Resolved | **Resolution Status :** | Level 3 | **Inmate Status :** | |
| **Grievance Type:** | Personal Property | **Incident Date** | : 05/27/2005 | **Incident Time :** | |
| **IGC** | : Merson, Lise M | **Housing Location :** | Bldg D-EAST, Tier F, Cell 17, Top | | |

### IGC

**Medical Provider:**            **Date Assigned**

**Comments:**

[ ] Forward to MGC      [ ]    Forward to Medical Provider    [ ]    **Warden Notified**

[x] **Forward to RGC**      **Date Forwarded to MGC :**     04/24/2006

[ ] **Offender Signature Captured**      **Date Offender Signed** : 

000023

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261
Date: 07/06/2007

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14475 | **Grievance Date** : 05/27/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Personal Property | **Incident Date** : 05/27/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### RGC

**Date Received** : 04/24/2006          **Date of Recommendation:** 05/31/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00333101 | BROKENBROUGH, RORY L | Uphold |
| Inmate | 00176129 | WYANT, WARREN J | Uphold |
| Staff | | Schrader, Sarah | Uphold |
| Staff | | Merson, Lise M | Uphold |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold : 4** | **Deny : 0** | **Abstain : 1** |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 5/30/2006:
Nail clippers sent home with locker box.
Date on 537 form does not match dates in grievance.
Inmate threatened Judge during trial that's reason for move.
Uphold only items verified with receipt.

000024

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14475 | **Grievance Date** : 05/27/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 05/27/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

## REFERRED TO

**Due Date :**          **Referred to:**          **Name:**

**Type of Information Requested :**

## DECISION

**Date Received** : 05/31/2006

**Decision Date** : 06/26/2006          **Vote :** Uphold

**Comments** : Upheld in part and Denied in part.  Inmate Webb will be reimbursed a total of $7.88  for personal property lost on or about April 29, 2005, as follows:

1 Maxwell house coffee @ 2.38
1 Jalepeno chips @ 1.75
1 Hot chips @ 1.40
1 mirror @ 1.95
10 stamps @ .04 = .40

| | |
|---|---|
| Total | $7.88 |

He will not be reimbursed for Oakley sunglasses and additional commissary since he provided no proof of ownership, purchase, or loss due to negligence by staff.

cc IGC
  Inmate
  Support Services Manager Smith
  Cpl. Kromka

_____          _____
**WARDEN / WARDEN'S DESIGNEE SIGNATURE**          **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**     YES:_____     NO:_____

_____          _____
**GRIEVANT'S SIGNATURE**          **DATE**

_____          _____
**I.G.C. SIGNATURE**          **DATE**

000025

DCC  Delaware Correctional Center    Date: 07/06/2007

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 14475 | Grievance Date : 05/27/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Personal Property | Incident Date : 05/27/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | |

### APPEAL REQUEST

Appeal sent Wednesday 28 June 2006. Appeal due Wednesday 5 July 2006. Appeal arrived Wednesday 5 July 2006: 1. The receipts for the taster's Choice was copied and erroneously dismissed. See attached ex. A & ex. B
1. My witnesses that could have proved I had the sunglasses are C/O Vorous, C/O Pritchett, C/O Mr. Wus, C/o Hall, Sgt. Outten (who  filed a grievance on in 2001 for damaging my sunglasses, Capt. Hazzard, Lt. Reynolds formerly Sgt D-bldg. Were never questioned as they were put on my handwritten grievance. C/O Vorous had special knowledge along with C/O Mr. Wus due to they worked D-bldg gate and talk about our Oakley sunglasses.

Note to BGO: Exibits sent via state mail.

### REMEDY REQUEST

P00026

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 14475 | Grievance Date : 05/27/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Personal Property | Incident Date : 05/27/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | |

### REFERRED TO

Due Date :              Referred to:              Name:

Type of Information Requested :

Response to Information Requested :

### DECISION

Date Received : 07/13/2006

Decision Date : 07/13/2006          Vote : Deny

Comments :
I concur with the Warden's decision.

P00027

**DCC   Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 14475 | **Grievance Date** : 05/27/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 05/27/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### DECISION

**Decision Date:** 07/13/2006        **Vote :** Uphold

**Comments** :

Insofar as the Warden's recommendation.

C00028

DCC   Delaware Correctional Center
Date: 07/06/2007

**DCC   Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 19264 | **Grievance Date** : 10/10/2005 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/10/2005 | **Incident Time :** | |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I have poor blood circulation in my legs. I have been intentionally denied the ultrasound on my legs by Dr. Ali [Alie] who originally said I would receive them. I'm having problems breathing and pains in my chest. I fear for my life because of the medical staff's sadistic manner. My health problems are life threatening.

**Remedy Requested** : The ultrasounds by an outside specialist due to there are funds available before I have to take other action to protect my life and health.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 10/26/2005 |
| **Investigation Sent :** 10/26/2005 | **Investigation Sent To** : |
| **Grievance Amount :** | |

U00029

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI# :** 00256056 | **Institution** : DCC | |
| **Grievance # :** 19264 | **Grievance Date :** 10/10/2005 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 10/10/2005 | **Incident Time :** | |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

### INFORMAL RESOLUTION

**Offender's Signature:**_____

**Date**                 :_____

**Witness (Officer)**    :_____

000030

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261
Date: 07/06/2007

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI# :** 00256056 | **Institution :** DCC |
| **Grievance # :** 19264 | **Grievance Date :** 10/10/2005 | **Category :** Individual |
| **Status :** Non Grievable | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 10/10/2005 | **Incident Time :** |
| **IGC :** McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

## IGC

**Medical Provider:**                              **Date Assigned**

**Comments:**

This Grievance returned because:

Duplicate Grievance #14406. You have already grieved and appealed this issue. It is now at the BGO level.

[ ] **Forward to MGC**            [ ]    **Forward to Medical Provider**        [ ]    **Warden Notified**

[ ] **Forward to RGC**            **Date Forwarded to MGC :**        10/26/2005

[ ] **Offender Signature Captured**        **Date Offender Signed**        :

Ū00031

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI# :** 00256056 | **Institution :** DCC |
| **Grievance #** : 33224 | **Grievance Date :** 04/07/2006 | **Category :** Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date :** 04/16/2007 |
| **Grievance Type:** Personal Property | **Incident Date :** 04/04/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: On April 4, 2006 at a visit I was informed by my sister Elizabeth Webb that my locker box had finally arrived at her address with 4 bottles of spring water and a pair of toe nail clippers. They were supposed to be sent last June.
 I can finally confirm the following items are missing:
 a) clothes hooks which were still in the wrapper/box;
 b) 8 ft. three pronged extension cord (was sold as a single cord);
 c) 6 ft. headphone extension cord;
 d) stereo adapter;
 e) pair of 3x sweatpants;
 f) 2, 5ft cable cords;
 g) 1 uhf/vhf splitter

**Remedy Requested** : That the items be replaced or the money placed back on my books/inmate trust account. Note the depreciation can only apply to the sweatpants.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Dotson, Randall |
| **Grievance Amount :** | |

000032

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI# :** 00256056 | **Institution :** DCC |
| **Grievance # :** 33224 | **Grievance Date :** 04/07/2006 | **Category :** Individual |
| **Status :** Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date :** 04/04/2006 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :**Bldg D-EAST, Tier F, Cell 17, Top | |

## INFORMAL RESOLUTION

**Investigator Name    :** Dotson, Randall                           **Date of Report** 04/21/2006

**Investigation Report :** Property sent to mailroom on 06/17/05 and was not mailed out until 03/07/06 according to the documentaion. This property sat in the mailroom for a 9 month period.

**Reason for Referring:**

---

**Investigator Name    :** Kromka, Frank                              **Date of Report** 05/10/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date               :**_____

**Witness (Officer)   :**_____

000033

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 33224 | **Grievance Date** : 04/07/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 04/04/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### IGC

**Medical Provider:**          **Date Assigned**

**Comments:**

[ ] Forward to MGC      [ ]    Forward to Medical Provider    [ ]    **Warden Notified**

[x] **Forward to RGC**      **Date Forwarded to MGC :**    09/11/2006

[ ] **Offender Signature Captured**      **Date Offender Signed**    :

U00034

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 33224 | **Grievance Date** : 04/07/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Personal Property | **Incident Date** : 04/04/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | |

### RGC

**Date Received** : 09/11/2006          **Date of Recommendation:** 10/19/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00333101 | BROKENBROUGH, RORY L | Uphold |
| Inmate | 00298538 | FOX, MICHAEL D | Uphold |
| Staff | | Kramer, William | Uphold |
| Staff | | Smith, Patrick | Uphold |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

**Uphold** : 4                **Deny** : 0                **Abstain** : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 18 October 2006.
Uphold: 3 prong extension cord and toenail clippers were found. Wants reimbursement for missing items as they now cost in commissary.

U00035

DCC   Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - WARDEN

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 33224 | **Grievance Date** : 04/07/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : | |
| **Grievance Type:** Personal Property | **Incident Date** : 04/04/2006 | **Incident Time** : | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

### REFERRED TO

**Due Date :**                      **Referred to:**                      **Name:**

**Type of Information Requested :**

### DECISION

**Date Received**      : 10/19/2006

**Decision Date**      : 03/16/2007              **Vote :** Deny

**Comments**      : Denied.  Inm. Webb provided no proof of ownership of the items that he alleged are missing, provided no proof that the items were in the locker box when it was sent to the DCC Mail Room, and provided no proof that the items were not in the locker box when it was received on the street.

          cc IGC
               Inmate

---

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**                              **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**      YES:_____          NO:_____

**GRIEVANT'S SIGNATURE**                              **DATE**

**I.G.C. SIGNATURE**                              **DATE**

000036

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 33224 | **Grievance Date** : 04/07/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Personal Property | **Incident Date** : 04/04/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### APPEAL REQUEST

Appeal received 29 March 2007.
Appeal contains many attachments. Appeal copied. Original placed in inmates grievance file. Copies to BGO and grievant.

### REMEDY REQUEST

U00037

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 33224 | **Grievance Date** : 04/07/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Personal Property | **Incident Date** : 04/04/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### REFERRED TO

**Due Date :**                **Referred to:**              **Name:**

**Type of Information Requested :**

**Response to Information Requested :**

### DECISION

**Date Received :** 03/30/2007

**Decision Date :** 03/30/2007              **Vote :** Deny

**Comments        :**

I concur with the Warden's decision.

000038

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

| GRIEVANCE INFORMATION - Bureau Chief | | |
|---|---|---|
| OFFENDER GRIEVANCE INFORMATION | | |

| | | |
|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC |
| Grievance # : 33224 | Grievance Date : 04/07/2006 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Personal Property | Incident Date : 04/04/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | |

| DECISION | |
|---|---|
| Decision Date: 04/02/2007 | Vote : Deny |
| Comments : | |

000039

DCS  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WEBB, WILLIAM J J | SBI# : 00256056 | Institution : DCC | |
| Grievance # : 42573 | Grievance Date : 05/10/2006 | Category : Individual | |
| Status : Non Grievable | Resolution Status : | Resol. Date : | |
| Grievance Type: Counselors | Incident Date : 05/06/2006 | Incident Time : | |
| IGC : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On May 6, 2006 I had a meeting with Counselor Todd Kramer and the only thing he had to say was that I need to be here without knowing anything about my rehabilitation status, my needs, my file, or anything else for that matter. He didn't even know my classification status where I am not classiefied to education or work. After the meeting I was told he was a former Correctional Officer; his now being a Counselor is a deliberate indifference to inmate rehabilitation needs, along with his creating a hostile environment with his smart mouthing and trying false actions is keeping me from progressing back to my college lourses I have paid for and moving forward.

**Remedy Requested** : Either he be reassigned to another duty, provide what qualifies him to be a Counselor, or give him the option to resigned or be fired. Pass this Grievance to the Commissioner, Bureau Chief, Warden, Deputy wardens, Supervisory Counselors, and Mr. Kramer. THis is their official notice.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : |
| Grievance Amount : | |

U00040

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 42573 | **Grievance Date** : 05/10/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status** : |
| **Grievance Type:** Counselors | **Incident Date** : 05/06/2006 | **Incident Time** : |
| **IGC** : McCreanor, Michael | **Housing Location** :Bldg D-EAST, Tier F, Cell 17, Top | |

## INFORMAL RESOLUTION

**Offender's Signature:**_____

**Date**                    :_____

**Witness (Officer)**    :_____

U00041

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | | **SBI#** : 00256056 | | **Institution** : DCC | |
| **Grievance #** : 42573 | | **Grievance Date** : 05/10/2006 | | **Category** : Individual | |
| **Status** : Non Grievable | | **Resolution Status** : | | **Inmate Status** : | |
| **Grievance Type:** Counselors | | **Incident Date** : 05/06/2006 | | **Incident Time** : | |
| **IGC** : McCreanor, Michael | | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | | | |

### IGC

**Medical Provider:**                                **Date Assigned**

**Comments:**

This Grievance returned because:

Inmates cannot request staff be reassigned or disciplined. Invalid Action Request.

[] Forward to MGC                [ ]        Forward to Medical Provider        [ ]        **Warden Notified**

[ ] Forward to RGC                **Date Forwarded to MGC :**        05/28/2006

[ ] **Offender Signature Captured**        **Date Offender Signed**        :

U00042

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI# :** 00256056 | **Institution :** DCC |
| **Grievance # :** 44208 | **Grievance Date :** 05/17/2006 | **Category :** Individual |
| **Status :** Non Grievable | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Mail | **Incident Date :** 05/16/2006 | **Incident Time :** |
| **IGC :** McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On various dates this month letters were sent ot me by my sister and a friend through the US Postal Office with my proper name and SBI number and location within the institution. The Mail Room sent on letter back to my sister stating DCC doesn't accept mail with out proper postage. The second letter had my name does not match the SBI number, I've had the same SBI number since 1991. So there is a crime being committed with my mail being sent here via the US Postal Office and being returned under false circumstances. The second letter contained a money order. I will finad out and update if it was opened or not.

**Remedy Requested :** A list of the names that work in the Mail Room
An apology letter sent to my sister
A memorandum put up that any more violations will result in criminal charges and/or civil action
Finally, an investigation . This is your official notice so please forward a copy to the Commissioner, Bureau Chief, Warden, bith Deputy Wardens, and all Mail Room staff.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To :** |
| **Grievance Amount :** | |

000043

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#**            : 00256056 | **Institution** : DCC |
| **Grievance #**   : 44208 | **Grievance Date** : 05/17/2006 | **Category**   : Individual |
| **Status**        : Non Grievable | **Resolution Status:** | **Inmate Status** : |
| **Grievance Type:** Mail | **Incident Date**   : 05/16/2006 | **Incident Time** : |
| **IGC**           : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

## INFORMAL RESOLUTION

**Offender's Signature:**_____

**Date**                  :_____

**Witness (Officer)**  :_____

U00044

**DCC   Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 44208 | **Grievance Date** : 05/17/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Mail | **Incident Date** : 05/16/2006 | **Incident Time** : |
| **IGC** : McCreanor, Michael | **Housing Location** : Bldg D-EAST, Tier F, Cell 17, Top | |

### IGC

**Medical Provider:**                     **Date Assigned**

**Comments**:

This Grievance returned because:

Write to T. Smith, Support Services Manager.

[ ] Forward to MGC          [ ]        Forward to Medical Provider        [ ]        **Warden Notified**

[ ] Forward to RGC          **Date Forwarded to MGC** :        06/05/2006

[ ] **Offender Signature Captured**          **Date Offender Signed**          :

U00045

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Resol. Date** : 02/16/2007 |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: Dr. Niaz asked the nurse about my HIV and TB test results which were supposed to be completed 4/19/06 or shortly thereafter. After reviewing my files I realized Dr. Niaz tried to start me on Interferon shots without following the proper medical procedures, such as a biopsy of my liver, mental health evaluation, discussing my blood platelet levels, and the possible side effects.

**Remedy Requested** : An investigation why these actions happened and keep happening, also a recommendation for me to be released since I have been treated two years now with such gross negligence; Also why on 2/20/05, I wasn't given medications and ice for my fever of 101.7 until it reached 104+ and my leg was bright red and the nurse put a heat pad on my leg, Dr. A was the doctor the nurse called.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 08/14/2006 |
| **Investigation Sent :** 08/14/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

000046

DCC  Delaware Correctional Center                    Date:07/06/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Medical Staff | | **Incident Date** : 08/02/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | | **Housing Location** :Bldg D-EAST, Tier F, Cell 17, Top | |

## INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah                    **Date of Report** 08/14/2006

**Investigation Report :** SEEN BY;
DR DURST 3-29-06
DR NIAZ 4-19-06
NP OTT 6-16-05
BLOODWORK ORDERED 4-19-06

**Reason for Referring:**

**Offender's Signature:**_____

**Date**                    :_____

**Witness (Officer)**    :_____

000047

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** :Level 3 | **Inmate Status** : |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**

[x] **Forward to MGC**          [ ]   **Forward to Medical Provider**      [ ]   **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**     08/29/2006

[ ] **Offender Signature Captured**     **Date Offender Signed**      :

U00049

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC | |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status :** | |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | | |

### APPEAL REQUEST

Appeal arrived 10/9/2006. Appeal accepted, Cpl Merson did not collect grievances/appeals due to being out on leave.
Appeal states: The reasons I should be granted a medical release from prison are:
1. I'm being denied medical care that is below standard of care due to me in which on February 20. 2005 I almost died.
2. The staff here is trying to cut corners in medical where I have Hepatitis C and again the doctor tried to shortch the procedures to gave money which could have proved deadly.
3. On August 3, 2006 I filed a sick call slip the same day  as this grievance being appealed was filed and have yet to be seen for medical attention, therefore I qualify to be released so I can get my own medical insurance, I don't need the staff trying to avoid serious situations  and lying trying to avoid their job.
4. Medicals actions amount to malpractice, gross and wanton negligence, I have been more then fair I need medical attention that is adequate not  speedy to save money, I can get a job and get my own insurance.

### REMEDY REQUEST

000049

DCC  Delaware Correctional Center                                    Date:07/06/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top |

### REFERRED TO

**Due Date :** 10/18/2006      **Referred to:** Person      **Name:** Welch, James

**Type of Information Requested :**
Grievant is a HIV and TB patient seeking recommendation for early release.

**Response to Information Requested :**

### DECISION

**Date Received :** 10/11/2006

**Decision Date :** 01/03/2007      **Vote :** Deny

**Comments :**

Grievance process is not the proper mechanism to apply for early release. I/M should utilize sentence modification process through court.

Ũ00059

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### DECISION

**Decision Date:** 01/04/2007          **Vote :** Deny

**Comments** :

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 60046 | **Grievance Date** : 08/03/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Medical Staff | **Incident Date** : 08/02/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### MGC

**Date Received :** 08/29/2006          **Date of Recommendation:** 09/26/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Heddinger, Brenda | Deny |
| Staff | | Prather, Mary | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold :** 0 | **Deny :** 3 | **Abstain :**1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 9/26/2006.
Deny: According to med records it appears that inmate is receiving treatment for his medical problems.

Page 6 of 6

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WEBB, WILLIAM J J | **SBI#** : 00256056 | **Institution** : DCC |
| **Grievance #** : 78327 | **Grievance Date** : 10/14/2006 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Food | **Incident Date** : 10/14/2006 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D-EAST, Tier F, Cell 17, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On this date C/O Knowles was told by be that my dinner's turkey ham steak had a piece of bone in it throughout. I redwuested to get another piece of meat but was told "no" in violation of the rules at DCC. C/O Knowles went on to tell me "I don't know what to tell you". This dedprived me of the dfood money is provided for me to eat properly prepared meals from the kitchen. My turkey ham steak had sharp pieces of bone in it and C/O Knowles tried to put my life in danger and expose me to harmful conditions. Witnesses are Kenneth Adams (23 AU 3), Kenneth Holland (23 AU 3) and Wayne (23 AU7).

**Remedy Requested** : That Officer Knowles be referred to the proper supervisor for action to be taken and told to refrain from further actions to deprive and cause harm to the things I am entitled to by law.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

000052

DCC Delaware Correctional Center
Case 1:07-cv-00031-GMS    Smyrna Landing Road  Filed 08/31/2007    Page 51 of 52
SMYRNA DE, 19977
Phone No. 302-653-9261

Date:07/06/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : WEBB, WILLIAM J J | | **SBI#** : 00256056 | | **Institution** : DCC | |
| **Grievance #** : 78327 | | **Grievance Date** : 10/14/2006 | | **Category** : Individual | |
| **Status** : Non Grievable | | **Resolution Status:** | | **Inmate Status :** | |
| **Grievance Type:** Food | | **Incident Date** : 10/14/2006 | | **Incident Time :** | |
| **IGC** : McCreanor, Michael | | **Housing Location** :Bldg D-EAST, Tier F, Cell 17, Top | | | |

## INFORMAL RESOLUTION

**Offender's Signature:**_____

**Date**            :_____

**Witness (Officer)**   :_____

Ul00053

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : WEBB, WILLIAM J J | | SBI# | : 00256056 | Institution | : DCC |
| Grievance # | : 78327 | Grievance Date | : 10/14/2006 | Category | : Individual |
| Status | : Non Grievable | Resolution Status : | | Inmate Status : | |
| Grievance Type: Food | | Incident Date | : 10/14/2006 | Incident Time : | |
| IGC | : McCreanor, Michael | Housing Location : Bldg D-EAST, Tier F, Cell 17, Top | | | |

### IGC

**Medical Provider:**                              Date Assigned

**Comments:**

This grievance returned because:

Inmates cannot request staff be disciplined.

[ ] Forward to MGC            [ ]    Forward to Medical Provider      [ ]    Warden Notified

[ ] Forward to RGC                Date Forwarded to MGC :        11/04/2006

    [ ] Offender Signature Captured    Date Offender Signed        :

000054