RECEIVED
SEP -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB JR.,<br>Plaintiff, | CIV. ACT. NO. : 07-31-GMS |
| V. | JURY TRIAL REQUESTED |
| FIRST CORRECTIONAL MEDICAL,<br>ET. AL.,<br>Defendants. | |

### PLAINTIFF'S BRIEF IN OPPOSITION TO THE DEFENDANT GOVERNOR RUTH ANN MINNER'S MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES.

Comes now, Plaintiff William Joseph Webb Jr. in presenting this Brief opposing Defendant's Motion to Dismiss and Memorandum of Points and Authorities for the good cause shown, the Court should deny the Motion to Dismiss:

**I. STANDARD FOR MOTION TO DISMISS.**

A Motion to Dismiss is to be made before an answer is filed. Governor Ruth Ann Minner has already Answered the Complaint, therefore this Motion to Dismiss is frivolous and without merit.

**II. GOVERNOR MINNER WAS DELIBERATELY INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS.**

The Complaint clearly states that during the hearings held in Dover in connection with the Medical Care Provider, First Correctional Medical's care of Delaware inmates, that Governor Ruth Ann Minner knew of Plaintiff's needs where His sister attended those meetings and spoke on the behalf of Plaintiff describing in detail most of the claims made in the Complaint with the exception of all 2006 incidents which refer to Defendant "CMS".

The second statement made by Plaintiff in the Complaint states that Plaintiff was denied adequate medical care where Governor Minner refused to do anything to ensure that inmates including Plaintiff

were receiving medical care until the federal government had to step in and force the hand with an agreement to force the State of Delaware to get a grip on its duties to inmates under its care.

It is clear that the Plaintiff is stating in the Complaint that Governor Minner knew that constitutional violations were occurring and failed her position and her civil duty to treat all with humanity.

A Motion to Dismiss is to be made before an answer is filed. Governor Ruth Ann Minner has already Answered the Complaint, therefore this Motion to Dismiss is frivolous and without merit.

### III. GOVERNOR MINNER HAD PERSONAL INVOLVEMENT IN THE ALLEGED CONSTITUTIONAL VIOLATIONS AFTER SHE PERSONALLY FAILED TO LIFT A HAND TO A CONSTITUENT UNDER HER CARE.

It is clear personal involvement when you know of a situation and fail to remedy that situation.

A Motion to Dismiss is to be made before an answer is filed. Governor Ruth Ann Minner has already Answered the Complaint, therefore this Motion to Dismiss is frivolous and without merit.

### IV. GOVERNOR MINNER HAS FAILED HER BURDEN TO SHOW THAT SHE RECEIVES HER PAYCHECK FROM A STATE ACCOUNT AND NOT A COUNTY ACCOUNT WHICH WOULD DISQUALIFY SOVEREIGN IMMUNITY ALONG WITH QUALIFIED IMMUNITY.

It is the burden of the defendant to prove with documentary evidence that they qualify for any immunities they claim as a defense. Defendant Governor Minner has failed this burden and waived sovereign immunity under the Eleventh Amendment.

A Motion to Dismiss is to be made before an answer is filed. Governor Ruth Ann Minner has already Answered the Complaint, therefore this Motion to Dismiss is frivolous and without merit.

**RELIEF REQUESTED:** The Supreme Court has stated that a plaintiff with an "arguable" claim should be permitted to amend the complaint before a pending motion to dismiss is ruled on. (See Neitzke v. Williams 490 U.S. 319 (1989).

- 3 -

Therefore, Plaintiff requests that the Court either deny the Defendant's Motion to Dismiss or grant Plaintiff leave to amend His Complaint.

Dated: August 27, 2007

Respectfully Submitted,

*William Joseph Webb* (signature)

William Joseph Webb Jr.

# 256056 / D/EF17T

1181 Paddock Road

Smyrna, DE   19977

## Certificate of Service

I, William J. Webb Jr. hereby certify that I have served a true and correct cop(ies) of the attached Brief in Opposition to Motion to Dismiss Upon the following parties/persons:

To:   Eileen Kelly
      820 North French Street
      Wilmington, DE 19801


To:   Patrick G. Rock
      913 Market Street
      Suite 800
      Wilmington, DE 19801


To:   First Correctional Medical
      205 Giaconda Way
      Suite 115
      Tucson, AZ 85704


To:   Dr. Ali
      1301 East 12th Street
      Wilmington, DE 19809


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 27 day of August, 2007

_____
William J. Webb Jr. #256056

IM William Biggs Wilson Sr
SBI# 256052  UNIT Mef1st
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

Clerk U.S. Dist Crt DE
844 Kings Street
Lock box 18
Wilmington DE
19801

U.S.M.S.
X-RAY

UNITED STATES POSTAGE
02 1A
0004508975
MAILED FROM ZIPCODE 19977
$00.58⁰
AUG 31 2007
PITNEY BOWES