

To: Governor Ruth Ann Minner

Fr: William Joseph Webb Jr.
    #256056 / D/EF17T
    1181 Paddock Road
    Smyrna, DE 19977

**Subject: April 2006 letter in connection with lead poisoning at H.R.Y.C.I. and other violations by Officials at D.C.C.**

August 28, 2007

Dear Governor,

**Lead poisoning:**

    I would like to know why you have yet to respond to a letter I sent you over a year ago about the situation at the Former Gander Hill Prison. The letter was in connection with case docket # 05-576 of the U.S. Dist. Ct. for DE. I have asked the medical provider here at D.C.C. to perform the tests necessary to see if I suffer from the effects of lead poisoning. I have yet to have the tests performed.

    This is an official notice to you that I have been and still am being denied adequate medical care in violation of my constitutional and civil rights.

    I would like to inform you that the Key Program is a federally funded program, so I would suggest that you contact the Environmental Protection Agency on the situation that Dorms I and II were intentionally built with 50/50 solder in which has left many inmates suffering the effects of lead poisoning.

**Violations by D.C.C. Staff "Officials":**

    Since 2001, all of my Class I write-ups have all fell short of D.C.C. policies in the following order:

    December 2001: Was written up for disorderly and threatening behavior also failure to obey an order. Asked to confront my accuser, was denied that by Lt. Roberts, but found guilty without the accuser.

    July 2005: Was written up again by Captain Sagers who was the same person who destroyed the evidence that was to be used at the hearing to find me guilty. At the hearing,

Lt. Savage found me guilty based on the actions at the hearing not the evidence, my appeal was denied based on the reports, no evidence.

August 2005: Counselor Sarah Forbes writes me up and was found guilty without being able to confront my accuser, where at the preliminary stages I told the Lt. I wanted to confront my accuser, my appeal was denied stating that I didn't want to confront my accuser.

September 2005: Counselor Sarah Forbes classifies me to max as a retaliatory action and not based on the new adopted point system which deprived me of a fair classification. Furthermore, Lt. Seacord and Sarah Forbes denied me the due process of being at my classification along with the chance for me to be heard. I did not get classified out until February 2006.

August 2006: I asked Counselor Todd Kramer to put me in for a 11 Del.C. § 4217 modification due to I qualified for it under 11 Del.C. § 4217 (f), He personally discriminated against me stating he wasn't putting his name on any paper.

August 2004 until present: I have been denied the right to be heard on appeal of my classifications every single time I filed one.

I have given all of the officials a chance to correct their actions, but they fail to accept responsibility for their actions to correct the injustice done to me, in which is causing me emotional distress. It is clear that I have no problem with using absolute power to fix things, due to I have overcome a lot of boundaries, I wish for you to address these matters and order that the

write-ups be removed from my file and the Delaware Department of Corrections file a modification on my behalf due to I qualify for it under 11 Del.C. § 4217 (f).

Thank you and have a nice Labor Day and hopefully you will be at the September 4, 2007 Executive Committee Meeting where my sister will again be speaking on my behalf. She will have documentation to support my claims.

I did file a lawsuit in the Superior Court of the State of Delaware in New Castle County this year in the form of a Writ of Mandamus, but Judge Babiarz denied to hear my claims.

**Respectfully,**

_____

William Joseph Webb Jr.

XC: U.S. DIST. CT. FOR DE
    COMMISSIONER DANBERG
    WARDEN CARROLL
    ELIZABETH P. WEBB