IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB JR., <br> Plaintiff, | CIV. ACT. NO. : 07-31-GMS |
| v. | |
| FIRST CORRECTIONAL MEDICAL, <br> ET. AL., <br> Defendants. | JURY TRIAL REQUESTED |

**PLAINTIFF'S AMENDED RESPONSES TO DEFENDANT CMS' FIRST SET OF INTERROGATORIES TO QUESTIONS #3 AND #10**

3.   If you have been convicted of, or plead guilty to, any crime(s), please state the date of conviction(s) or plea(s), the Court(s) where the judgment(s) or plea(s) was entered, and the crime(s) for which you were convicted or plead, and the sentence imposed for such conviction(s) or plea(s).
**AMENDED RESPONSE:** See attached Criminal History R.A.P. Sheet.[1]

10.   If you have ever been a party in any other civil lawsuits, either as a plaintiff or defendant, please indicate the Court which adjudicated the case, a general description of the claims that involved you and how those claims resolved and when they resolved.
**AMENDED RESPONSE:** After reviewing paperwork, the only relevant case would be William Joseph Webb Jr. v. Governor Ruth Ann Minner, Attorney General Carl Danberg, Commissioner Stanley Taylor, Warden Sherese Carr, Warden Raphael Williams, Correctional Medical Services, Et. Al.— Civil Action No. 06-734-GMS—U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE. This is a lead poisoning case. There is something in the discovery that was previously made available to this defendant.



Dated: September 4, 2007


Submitted,
William Joseph Webb Jr.

---

1.   The blacked out sections are cases that were Dismissed, Found Not Guilty, NOLP, or Withheld Adjudication

- 2 -

## Verification of Facts

I, William Joseph Webb Jr. declare under the penalty of perjury that the foregoing facts are true and correct to the best of my knowledge on this 4th day of September, 2007.

_____
William Joseph Webb Jr. #256056
D/E F17T 1181 Paddock Road
Smyrna, DE  19977

## Certificate of Service

I William Joseph Webb Jr. hereby certify that I served a true and correct copy of the attached Plaintiff's Amended Responses to Questions 3 & 10 upon the following by placing the same in the U.S. Post Office mailbag at D.C.C. 1181 Paddock Road, Smyrna, DE 19977 on this 4th day of September, 2007:

To: Eileen Kelly
    820 North French Street
    Wilmington, DE 19801

To: Patrick G. Rock
    913 Market Street
    Suite 800
    Wilmington, DE 19801

To: First Correctional Medical
    205 W. Giaconda Way
    Suite 115
    Tucson, AZ 85704

To: Dr. Ali
    1301 East 12th Street
    Wilmington, DE 19809

_____
William Joseph Webb Jr. #256056
D/E F17T 1181 Paddock Road
Smyrna, DE 19977

This is the criminal record of:
WILLIAM    J WEBB              J        DOB 10/21/72    SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| NEW CASTLE COUNTY SUPERIOR COURT WILMINGTON | WILLIAM J WEBB J ATTORNEY: NONE | 07/27/99 07/27/99 | VIOLATION OF PROBATION | DISP=VIOL DISP=07/27/99 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 01/12/99 11/23/98 | 3298129704 UNAUTHORIZED USE OF A VEHICLE GROSS DEVIATION FROM AGREED TIME OF POSSESSION | DISP=DISM DISP=05/05/99 |
| NEW CASTLE COUNTY PD NEW CASTLE NC97001732 | WILLIAM J WEBB J ATTORNEY: STEIN SCOTT J. | 02/23/97 02/23/97 | 3297020660 CRIMINAL MISCHIEF OVER $1500 DAMAGE PROPERTY | DISP=WDPH DISP=03/05/97 |
| NEW CASTLE COUNTY PD NEW CASTLE NC97001732 | WILLIAM J WEBB J ATTORNEY: STEIN SCOTT J. | 02/23/97 02/23/97 | 3297020660 CRIMINAL MISCHIEF OVER $1500 DAMAGE PROPERTY | DISP=WDPH DISP=03/05/97 DISP=NOLP29 DISP=05/05/97 SENT=05/01/97 |
| NEW CASTLE COUNTY PD NEW CASTLE NC97001732 | WILLIAM J WEBB J ATTORNEY: STEIN SCOTT J. | 02/23/97 02/23/97 | 3297020660 BURGLARY SECOND DEGREE DWELLING | DISP=WDPH DISP=03/05/97 |
| NEW CASTLE COUNTY PD NEW CASTLE NC97001732 | WILLIAM J WEBB J ATTORNEY: STEIN SCOTT J. | 02/23/97 02/23/97 | 3297020660 BURGLARY SECOND DEGREE DWELLING | DISP=WDPH DISP=03/05/97 DISP=PG DISP=05/01/97 SENT=05/01/97 CC:$77.80 CONF:8Y SUSP AFT:1Y AFTER |

This is the criminal record of:
WILLIAM   J WEBB           J         DOB 10/21/72    SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| | | | | SERVING 1 YEAR AT LEVEL 5, THIS SENTENCE IS SUSPENDED FOR 7 YEARS AT LEVEL 3. AFTER SERVING 18 MO |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 10/03/96 10/03/96 | UNREGISTERED MOTOR VEHICLE | DISP=NOLP83 DISP=04/22/97 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 10/03/96 10/03/96 | FICTITIOUS OR CANCELLED REGISTRATION CARD NUMBER PLATE OR TAG | DISP=NOLP83 DISP=04/22/97 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 10/03/96 10/03/96 | FICTITIOUS OR CANCELLED REGISTRATION CARD NUMBER PLATE OR TAG | DISP=GLTY DISP=04/22/97 FINE:$50.00 VCF:$9.00 CC:$40.00 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 10/03/96 10/03/96 | UNREGISTERED MOTOR VEHICLE | DISP=NOLP83 DISP=04/22/97 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 10/03/96 10/03/96 | FAILURE TO HAVE INSURANCE IDENTIFICATION IN POSSESSION | DISP=NOLP83 DISP=04/22/97 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 10/03/96 10/03/96 | DRIVING WHILE | AMENDED TO: NO VALID LICENS DISP=PGLI |

This is the criminal record of:
WILLIAM    J WEBB               J         DOB 10/21/72    SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| | | | SUSPENDED OR REVOKED | DISP=04/22/97 FINE:$75.00 VCF:$13.50 CC:$40.00 |
| TROOP 3 STATE POLICE WOODSIDE | WILLIAM J WEBB J ATTORNEY: NONE | 05/12/96 05/12/96 | FAILURE TO HAVE INSURANCE IDENTIFICATION IN POSSESSION | DISP=PG DISP=04/08/97 SENT=04/08/97 FINE:$1,500.00 SUSP:$1,350.00 VCF:$270.00 CC:$81.00 Unsup Prob CONCURRENT |
| TROOP 3 STATE POLICE WOODSIDE | WILLIAM J WEBB J ATTORNEY: NONE | 05/12/96 05/12/96 | DRIVING WHILE SUSPENDED OR REVOKED | DISP=GLTY DISP=07/29/96 SENT=07/29/96 FINE:$230.00 VCF:$41.40 CC:$46.00 SUSPENDED |
| New Castle County Court of Common Pleas Wilmington | WILLIAM J WEBB J ATTORNEY: NONE | 03/07/96 02/03/96 | U496001306 CRIMINAL MISCHIEF UNDER $1000 DAMAGE PROPERTY | DISP=GLTY DISP=07/09/96 SENT=02/24/97 FINE:$75.00 VCF:$13.50 CC:$40.00 CONSECUTIVE |
| New Castle County Court of Common Pleas Wilmington | WILLIAM J WEBB J ATTORNEY: NONE | 03/07/96 02/03/96 | U496001306 THEFT UNDER $500 | DISP=NOLP DISP=07/09/96 |
| New Castle County Court of Common Pleas Wilmington | WILLIAM J WEBB J ATTORNEY: NONE | 03/07/96 02/03/96 | U496001306 CRIMINAL TRESPASS FIRST DEGREE | DISP=NOLP DISP=07/09/96 |
| NEW CASTLE COUNTY PD | WILLIAM J WEBB J ATTORNEY: NONE | 02/05/96 02/03/96 | 3296012191 CRIMINAL | DISP=WDPH DISP=02/14/96 |

This is the criminal record of:
WILLIAM    J WEBB          J    DOB 10/21/72    SBI # 00256056

| Arr. Agy./<br>AG Case # | Name (inc Alias)/<br>Attorney | DOA/<br>DOO | Complaint #/<br>Charge | Disposition |
|---|---|---|---|---|
| NEW CASTLE<br>NC96001083 | | | MISCHIEF<br>UNDER $1000<br>DAMAGE<br>PROPERTY | |
| NEW CASTLE<br>COUNTY PD<br>NEW CASTLE<br>NC96001083 | WILLIAM J WEBB J<br>ATTORNEY: NONE | 02/05/96<br>02/03/96 | 3296012191<br>CRIMINAL<br>MISCHIEF<br>UNDER $1000<br>DAMAGE<br>PROPERTY | DISP=WDPH<br>DISP=02/14/96<br>DISP=NOLP05<br>DISP=02/27/96<br>SENT=02/27/96 |
| NEW CASTLE<br>COUNTY PD<br>NEW CASTLE<br>NC96001083 | WILLIAM J WEBB J<br>ATTORNEY: NONE | 02/05/96<br>02/03/96 | 3296012191<br>THEFT UNDER<br>$500 | DISP=WDPH<br>DISP=02/14/96 |
| NEW CASTLE<br>COUNTY PD<br>NEW CASTLE<br>NC96001083 | WILLIAM J WEBB J<br>ATTORNEY: NONE | 02/05/96<br>02/03/96 | 3296012191<br>THEFT UNDER<br>$500 | DISP=WDPH<br>DISP=02/14/96<br>DISP=NOLP05<br>DISP=02/27/96<br>SENT=02/27/96 |
| NEW CASTLE<br>COUNTY PD<br>NEW CASTLE<br>NC96001083 | WILLIAM J WEBB J<br>ATTORNEY: NONE | 02/05/96<br>02/03/96 | 3296012191<br>BURGLARY<br>SECOND<br>DEGREE<br>DWELLING | DISP=WDPH<br>DISP=02/14/96 |
| NEW CASTLE<br>COUNTY PD<br>NEW CASTLE<br>NC96001083 | WILLIAM J WEBB J<br>ATTORNEY: NONE | 02/05/96<br>02/03/96 | 3296012191<br>BURGLARY<br>SECOND<br>DEGREE<br>DWELLING | DISP=WDPH<br>DISP=02/14/96<br>DISP=NOLP05<br>DISP=02/27/96<br>SENT=02/27/96 |
| NEW CASTLE<br>COUNTY PD<br>NEW CASTLE | WILLIAM J WEBB J<br>ATTORNEY: NONE | 06/06/94<br>05/16/94 | 3294047026<br>AGGRAVATED<br>HARASSMENT<br>REPEATED OR<br>ANONYMOUS<br>TELEPHONE<br>CALLS | DISP=WDJA<br>DISP=06/16/94 |
| NEW CASTLE<br>COUNTY PD | WILLIAM J WEBB J<br>ATTORNEY: SURLES | 05/07/94<br>05/07/94 | 3294043689<br>ENDANGERING | DISP=GLTY<br>DISP=12/01/94 |

This is the criminal record of:
WILLIAM    J WEBB        J    DOB 10/21/72    SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| NEW CASTLE NC94003813 | ROBERT | | THE WELFARE OF A CHILD DO OR FAIL TO DO ANY ACT RESULT CHILD NEGLC | |
| NEW CASTLE COUNTY PD NEW CASTLE NC94003813 | WILLIAM J WEBB J ATTORNEY: SURLES ROBERT | 05/07/94 05/07/94 | 3294043607 ASSAULT THIRD DEGREE INTENTIONALLY RECKLESSLY CAUSE PHYSICAL INJURY | DISP=DISM DISP=12/01/94 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 09/26/93 09/26/93 | 3293097117 POSSESS/ CONSUME ALCOHOL BY PERS PROBHTED | DISP=GLTY DISP=10/20/93 FINE:$200.00 VCF:$36.00 CC:$40.00 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 09/26/93 09/26/93 | PED SOLICITING RIDE | DISP=NOLP01 DISP=10/20/93 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 09/26/93 09/26/93 | WALK ON HWY UNDER INFL OF DRUG/ LIQUOR | DISP=GLTY DISP=10/20/93 FINE:$50.00 VCF:$9.00 CC:$40.00 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 09/26/93 09/26/93 | PED ON HWY WHEN SIDEWALKS AVAILABLE | DISP=NOLP01 DISP=10/20/93 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 09/26/93 09/26/93 | PEDESTRIANS CARRY LIGHTS / REFLCTOR | DISP=GLTY DISP=10/20/93 FINE:$25.00 SUSP:$25.00 |

This is the criminal record of:
WILLIAM    J WEBB            J        DOB 10/21/72   SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
|  |  |  | DEV | VCF:$4.50 |
| NEWARK PD NEWARK | WILLIAM J WEBB J ATTORNEY: NONE | 11/01/92 11/01/92 | OPER OF VEH UNDER INFLUENCE LQUOR/DRUGS | DISP=FOOP86 DISP=02/24/93 SENT=02/24/93 CC:$15.00 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 09/23/92 09/20/92 | 3292089750 THEFT UNDER $500 | DISP=FNGL DISP=10/26/92 SENT=10/26/92 |
| NEW CASTLE COUNTY PD NEW CASTLE | WILLIAM J WEBB J ATTORNEY: NONE | 09/23/92 09/23/92 | MALICIOUS MISCHIEF BY A MV | DISP=GLTY DISP=09/23/92 SENT=09/23/92 FINE:$50.00 VCF:$9.00 CC:$15.00 |
| TROOP 6 STATE POLICE WILMINGTON | WILLIAM J WEBB J ATTORNEY: NONE | 04/16/92 04/16/92 | FOLLOWING TOO CLOSELY W/O REGARD T /SAFTY | DISP=GMI DISP=04/28/92 FINE:$25.00 VCF:$4.50 CC:$8.50 |
| NEWARK PD NEWARK | WILLIAM J WEBB J ATTORNEY: NONE | 03/14/92 03/14/92 | NK126646 OBEY TRAFFIC CONTROL DEVICE | DISP=GMI DISP=04/21/92 SENT=04/21/92 FINE:$25.00 VCF:$4.50 CC:$12.00 |
| NEWARK PD NEWARK | WILLIAM J WEBB J ATTORNEY: NONE | 10/26/91 10/26/91 | 3191008196 ENTER & REMAIN IN PACKAGE STORE | DISP=GLTY DISP=11/11/91 SENT=11/11/91 FINE:$50.00 VCF:$9.00 CC:$17.00 |
| NEW CASTLE CITY PD NEW CASTLE NC91001895 | WILLIAM J WEBB J ATTORNEY: NONE | 07/29/91 07/29/91 | 3391003597 RECKLESS ENDANGERING FIRST DEGREE | DISP=NOLP40 DISP=08/14/91 |
| NEW CASTLE | WILLIAM J WEBB J |  07/29/91 | 3391003597 | DISP=NOLP40 |

This is the criminal record of:
WILLIAM    J WEBB          J        DOB 10/21/72    SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| CITY PD NEW CASTLE NC91001895 | ATTORNEY: NONE | 07/29/91 | POSSESS/ CONSUME ALCOHOL BY PERS PROBHTED | DISP=08/14/91 |
| NEW CASTLE CITY PD NEW CASTLE NC91001895 | WILLIAM J WEBB J ATTORNEY: NONE | 07/29/91 07/29/91 | 3391003597 RECKLESS ENDANGERING FIRST DEGREE | DISP=NOLP40 DISP=08/14/91 |
| NEW CASTLE CITY PD NEW CASTLE NC91001895 | WILLIAM J WEBB J ATTORNEY: NONE | 07/29/91 07/29/91 | 3391003597 RECKLESS ENDANGERING FIRST DEGREE | DISP=NOLP40 DISP=08/14/91 |
| NEW CASTLE CITY PD NEW CASTLE NC91001895 | WILLIAM J WEBB J ATTORNEY: NONE | 07/29/91 07/29/91 | 3391003597 RECKLESS ENDANGERING FIRST DEGREE | DISP=NOLP40 DISP=08/14/91 |
| NEW CASTLE CITY PD NEW CASTLE NC91001895 | WILLIAM J WEBB J ATTORNEY: NONE | 07/29/91 07/29/91 | 3391003597 RECKLESS ENDANGERING FIRST DEGREE | DISP=NOLP40 DISP=08/14/91 |
| NEW CASTLE CITY PD NEW CASTLE NC91001895 | WILLIAM J WEBB J ATTORNEY: NONE | 07/29/91 07/29/91 | 3391003597 RECKLESS ENDANGERING FIRST DEGREE | DISP=NOLP40 DISP=08/14/91 |
| NEW CASTLE CITY PD NEW CASTLE NC91001895 | WILLIAM J WEBB J ATTORNEY: NONE | 07/29/91 07/29/91 | 3391003597 RECKLESS ENDANGERING FIRST DEGREE | DISP=NOLP40 DISP=08/14/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 BURGLARY THIRD DEGREE | DISP=NOLP29 DISP=03/20/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 THEFT OVER $500 | DISP=PG DISP=03/20/91 SENT=03/20/91 PROB:1YR |

This is the criminal record of:
         WILLIAM    J WEBB              J       DOB 10/21/72   SBI # 00256056

| Arr. Agy./<br>AG Case # | Name (inc Alias)/<br>Attorney | DOA/<br>DOO | Complaint #/<br>Charge | Disposition |
|---|---|---|---|---|
|  |  |  |  | CONF:6MO<br>SUSP:1YR |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>CONSPIRACY<br>SECOND<br>DEGREE | DISP=WDPH<br>DISP=01/17/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>CONSPIRACY<br>SECOND<br>DEGREE | DISP=WDPH<br>DISP=01/17/91<br>DISP=NOLP29<br>DISP=03/20/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>CRIMINAL<br>TRESPASS<br>SECOND<br>DEGREE | DISP=NOLP26<br>DISP=02/06/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>CONSPIRACY<br>SECOND<br>DEGREE | DISP=WDPH<br>DISP=01/17/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>CONSPIRACY<br>SECOND<br>DEGREE | DISP=WDPH<br>DISP=01/17/91<br>DISP=NOLP29<br>DISP=03/20/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>THEFT OVER<br>$500 | DISP=NOLP29<br>DISP=03/20/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>THEFT OVER<br>$500 | DISP=WDPH<br>DISP=01/17/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>THEFT OVER<br>$500 | DISP=WDPH<br>DISP=01/17/91<br>DISP=NOLP26<br>DISP=02/19/91 |
| TROOP 6 | WILLIAM J WEBB J | 01/08/91 | 0691001037 | DISP=NOLP29 |

This is the criminal record of:
WILLIAM   J WEBB   J   DOB 10/21/72   SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| STATE POLICE WILMINGTON NC910424 | ATTORNEY: BALICK ADAM L | 01/08/91 | BURGLARY SECOND DEGREE | DISP=02/06/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY | DISP=WDPH DISP=01/17/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY | DISP=WDPH DISP=01/17/91 DISP=NOLP26 DISP=02/19/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 CONSPIRACY SECOND DEGREE | DISP=WDPH DISP=01/17/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 CONSPIRACY SECOND DEGREE | DISP=WDPH DISP=01/17/91 DISP=NOLP29 DISP=03/20/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 CRIMINAL MISCHIEF $500 $1500 DAMAGE PROPERTY | DISP=WDPH DISP=01/17/91 |
| TROOP 6 STATE POLICE WILMINGTON NC910424 | WILLIAM J WEBB J ATTORNEY: BALICK ADAM L | 01/08/91 01/08/91 | 0691001037 CRIMINAL MISCHIEF $500 $1500 DAMAGE PROPERTY | DISP=WDPH DISP=01/17/91 DISP=NOLP26 DISP=02/19/91 |
| TROOP 6 | WILLIAM J WEBB J | 01/08/91 | 0691001037 | DISP=WDPH |

This is the criminal record of:
WILLIAM    J WEBB              J       DOB 10/21/72   SBI # 00256056

| Arr. Agy./<br>AG Case # | Name (inc Alias)/<br>Attorney | DOA/<br>DOO | Complaint #/<br>Charge | Disposition |
|---|---|---|---|---|
| STATE POLICE<br>WILMINGTON<br>NC910424 | ATTORNEY: BALICK<br>ADAM L | 01/08/91 | THEFT OF A<br>FIREARM | DISP=01/17/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>THEFT OF A<br>FIREARM | DISP=WDPH<br>DISP=01/17/91<br>DISP=NOLP29<br>DISP=03/20/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>THEFT UNDER<br>$500 | DISP=NOLP29<br>DISP=03/20/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>BURGLARY<br>SECOND<br>DEGREE | DISP=WDPH<br>DISP=01/17/91 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON<br>NC910424 | WILLIAM J WEBB J<br>ATTORNEY: BALICK<br>ADAM L | 01/08/91<br>01/08/91 | 0691001037<br>BURGLARY<br>SECOND<br>DEGREE | DISP=WDPH<br>DISP=01/17/91<br>DISP=PG<br>DISP=03/20/91<br>SENT=03/20/91<br>CC:$77.80<br>PROB:1YR<br>CONF:1YR<br>  SUSP:1YR<br>PC/200HRS COMM<br>SERV/EVAL SUB<br>ABUS/DIR<br>COUNSLNG,TEST/<br>TREAT/P.O. |
| NEW CASTLE<br>COUNTY PD<br>NEW CASTLE | WILLIAM J WEBB J<br>ATTORNEY: NONE | 10/07/90<br>10/07/90 | NY51773<br>SPEED<br>E<br>X<br>H<br>I<br>BITIONS;DRAG<br>RACING/<br>CONTESTS | DISP=GLTY<br>DISP=10/18/90<br>SENT=10/18/90<br>FINE:$25.00<br>VCF:$4.50<br>CC:$15.00 |
| NEWARK PD | WILLIAM J WEBB J | 08/11/90 | NK118182 | DISP=GLTY |

This is the criminal record of:
WILLIAM    J WEBB            J        DOB 10/21/72    SBI # 00256056

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| NEWARK | ATTORNEY: NONE | 08/11/90 | SPEED | DISP=08/28/90<br>SENT=08/28/90<br>FINE:$169.00<br>VCF:$25.35<br>CC:$8.50 |
| TROOP 7<br>STATE POLICE<br>LEWES | WILLIAM WEBB<br>ATTORNEY: NONE | 07/29/90<br>07/28/90 | 0790008173<br>CONSPIRACY<br>THIRD DEGREE | DISP=NOLP<br>DISP=08/08/90<br>SENT=08/08/90 |
| TROOP 7<br>STATE POLICE<br>LEWES | WILLIAM WEBB<br>ATTORNEY: NONE | 07/29/90<br>07/28/90 | 0790008178<br>CONSPIRACY<br>SECOND<br>DEGREE | DISP=NOLP<br>DISP=08/08/90<br>SENT=08/08/90 |
| TROOP 7<br>STATE POLICE<br>LEWES | WILLIAM WEBB<br>ATTORNEY: NONE | 07/29/90<br>07/28/90 | 0790008178<br>BURGLARY<br>SECOND<br>DEGREE | DISP=NOLP<br>DISP=08/08/90<br>SENT=08/08/90 |
| TROOP 7<br>STATE POLICE<br>LEWES | WILLIAM J WEBB J<br>ATTORNEY: NONE | 07/24/90<br>07/24/90 | SPF32163<br>POSSESSION<br>OF<br>REGISTRATION<br>CARD | DISP=DISM82<br>DISP=08/11/90 |
| TROOP 7<br>STATE POLICE<br>LEWES | WILLIAM J WEBB J<br>ATTORNEY: NONE | 07/24/90<br>07/24/90 | SPF32162<br>MUST HAVE<br>INS ID FOR<br>VEH WHILE IN<br>OPERA. | DISP=DISM82<br>DISP=08/11/90 |
| TROOP 7<br>STATE POLICE<br>LEWES | WILLIAM J WEBB J<br>ATTORNEY: NONE | 07/24/90<br>07/24/90 | SPF32161<br>55MPH ON 4<br>LANE<br>ROADWAYS | DISP=GLTY<br>DISP=08/11/90<br>SENT=08/11/90<br>FINE:$89.00<br>VCF:$13.35<br>CC:$15.00 |
| NEWARK PD<br>NEWARK | WILLIAM J WEBB J<br>ATTORNEY: NONE | 07/20/90<br>07/20/90 | 3190005863<br>UNDERAGE<br>POSSES | DISP=NOLP<br>DISP=01/14/91<br>SENT=01/14/91 |
| NEWARK PD<br>NEWARK | WILLIAM J WEBB J<br>ATTORNEY: NONE | 07/20/90<br>07/20/90 | 3190005863<br>CARRYING A | DISP=PG<br>DISP=01/14/91 |

This is the criminal record of:
WILLIAM    J WEBB           J        DOB 10/21/72    SBI # 00256056

| Arr. Agy./<br>AG Case # | Name (inc Alias)/<br>Attorney | DOA/<br>DOO | Complaint #/<br>Charge | Disposition |
|---|---|---|---|---|
| | | | CONCEALED<br>DEADLY<br>WEAPON | SENT=01/14/91<br>FINE:$100.00<br>VCF:$18.00<br>CC:$30.00<br>PROB:1Y<br>RESTITUTION |
| NEWARK PD<br>NEWARK | WILLIAM J WEBB J<br>ATTORNEY: NONE | 06/15/90<br>06/15/90 | NK105322<br>SPEED | DISP=GLTY<br>DISP=06/27/90<br>SENT=06/27/90<br>FINE:$25.00<br>VCF:$3.75<br>CC:$8.50 |
| TROOP 6<br>STATE POLICE<br>WILMINGTON | WILLIAM J WEBB J<br>ATTORNEY: NONE | 07/31/89<br>07/31/89 | SPE0012789<br>DR@SPEED<br>ACCORDING TO<br>CONDITION(S) | DISP=DISM<br>DISP=09/07/89 |

I/M William Joseph Webb Jr.
SBI# 256056  UNIT D/E-E11T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
CLERK U.S. DISTRICT
DISTRICT OF DELAWARE
2007 SEP 10  PM 4:04

"Legal Mail"

Clerk of the U.S. Dist. Ct. for DE
844 King Street
Lockbox 18
Wilmington, DE
19801

U.S. R-X MS.

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
000460B975
MAILED FROM ZIPCODE 19977
$00.750
SEP 07 2007