# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

WILLIAM JOSEPH WEBB JR.,
    PLAINTIFF,

V.

FIRST CORRECTIONAL MEDICAL,
ET. AL.,
    DEFENDANTS.

CIV. ACT. NO. : 07-31-GMS

JURY TRIAL REQUESTED

## MOTION FOR STAY OF PROCEEDINGS PENDING THE DISPOSITION OF MOTIONS

## AND STAY OF CLAIMS AND/OR PARTIES.
(Pursuant to Fed.R.ofCiv.Proc. Rules 62 (b) and (h).)

Comes now, Plaintiff, William Joseph Webb Jr. in presenting His Motion for Stay of Proceedings

Pending the Disposition of Motions and Stay of Claims and/or Parties to be heard before the Honorable

Court at its earliest convenience and in support thereof, the following cause is shown:

1. On September 17, 2007, Plaintiff had to be taken to Kent General Hospital with some type of

   illness due to the medical staff at D.C.C. refused to treat Plaintiff and waited until His

   temperature again reached a very high 104.8°.

2. On September 17, 2007, when Plaintiff was admitted into the hospital at D.C.C., D.O.C.

   Staff was to inventory and send Plaintiff's property to the Property Room at D.C.C., in which

   did not occur until September 22, 2007, which has resulted in all of Plaintiff's legal work

   including all but not limited to this subject matter, criminal cases under challenge, notes,

   books (Delaware Rules Ann. Vol. I & II 2001 ed., Federal Rules Ann. Lexis 2001 ed., Fed. R.

   of Civ. Jud. Proc. 2002 ed. West Law, Self-Help Litigation Man. 3d ed., Nolo Press How to

   Represent Yourself in Court 5th ed., 2 Georgetown Law Journals May 2001 & May 2006.),

   even envelopes of various sizes, valuable evidence to this litigation and finally Plaintiff's

   medical journal.

FILED

OCT 1 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

3.  Plaintiff is requesting this stay so He can have a Motion to Compel filed, a Motion to Amend the Complaint due to the newest collection of medical denials and failure to diagnose that have occurred, and finally a Motion for Default judgment due to CMS' failure to make discovery.

4.  Plaintiff is requesting this Motion in good faith.

5.  A stay is necessary due to the outcome of the missing materials would prevent a fair trial, in which Plaintiff will kill if He does not receive one.

6.  A great prejudice would occur in which would deny an American citizen guaranteed rights.

7.  A stay is necessary where additional occurrences would fall under this case and have all incidents addressed at one time will not waste anyone's time including numerous cases to handle ongoing occurrences involving the same defendants.

**RELIEF REQUESTED:**  That the Court issue an order staying the proceeding pending the outcome of pending motions being filed at the same time this Motion is, and stay of the claims and/or parties due to recent events.

- 3 -

Respectfully Submitted,

Dated: October 16, 2007

William Joseph Webb Jr.
#256056/ D/E F14B
1181 Paddock Road
Smyrna, DE   19977

# Certificate of Service

I, William J. Webb Jr. hereby certify that I have served a true and correct cop(ies) of the attached Motion for Stay Upon the following parties/persons:

To:    Catherine Damavandi

820 North French Street

Sixth Floor

Wilmington, DE 19801


To:    Patrick G. Rock

913 Market Street

Ste. 800

Wilmington, DE 19801


To:    First Correctional Medical

205 W. Giaconda Way

Ste. 115

Tucson, AZ 85704


To:    Dr. Ali

1301 E. 12th St.

Wilmington, DE 19809


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 16 day of October, 2007

_William J. Webb Jr. #256056_



I/M _William J. Webb Jr._

SBI# _256052_  UNIT _O/E F-14B_

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

" _Legal Mail_ "

UNITED STATES POSTAGE

$ 00.58⁰

PITNEY BOWES

02 1A

0004608975  OCT 18 2007

MAILED FROM ZIP CODE 19977

Clerk of the U.S. District Court

844 King Street

Lockbox 18

Wilmington DE

19801

19Do18O8519 CO12