IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-31-GMS |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY TRIAL REQUESTED |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S
### MOTION TO COMPEL AND MOTION TO STAY PROCEEDINGS

State Defendants Stan Taylor and Gov. Ruth Ann Minner ("State Defendants"), by and through their undersigned counsel, hereby file their response to Plaintiff's Motion to Compel [D.I. 56] and Motion to Stay Proceedings [D.I. 57]. In support of their position, State Defendants represent as follows:

1. William Joseph Webb, Jr. ("Plaintiff"), an inmate presently incarcerated at the Delaware Correction Center ("DCC") in Smyrna, Delaware, is a *pro se* litigant in the above-captioned action.

2. On or about January 17, 2007, Plaintiff filed a complaint pursuant to 42 *U.S.C.* §1983, with leave to proceed *in forma pauperis*. [D.I. 1, 2] In his complaint, Plaintiff appears to allege violations of his constitutional rights in connection with his medical treatment at DCC.

3. On October 16, 2007, Plaintiff filed a "Motion to Compel Delaware Dept. of Correction to Release Plaintiff from their Custody." [D.I. 56] In this Motion to Compel, Plaintiff describes an "animosity…which could prove deadly." ¶5. Contrary to Plaintiff's assurances that he poses "no threat to anyone," (¶6), he states that he "will have to protect

Himself by killing all those responsible for [unspecified] actions." ¶7.

4. Likewise, in Plaintiff's "Motion for Stay of Proceedings Pending the Disposition of Motions and Stay of Claims and/or Parties" [D.I. 57], Plaintiff writes that he "will kill" if he does not receive a fair trial. ¶5.

5. Notwithstanding that Plaintiff fails to allege circumstances warranting his release from DCC, his multiple references to criminal activity (i.e., death threats) provide adequate justification for his continued incarceration.

6. Plaintiff makes vague references to missing documents in his Motion to Stay. [D.I. 57]. Without commenting on the veracity of such statements, State Defendants take no position on Plaintiff's request to stay the proceedings pending Plaintiff's filing of additional documents with the Court.

WHEREFORE, for the reasons stated above, State Defendants respectfully request this Honorable Court to deny Plaintiff's Motion to Compel his release from the Delaware Department of Correction.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Date: October 24, 2007               Attorney for State Defendants

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 24, 2007, I electronically filed *Response to Plaintiff's Motion To Compel And Motion To Stay Proceedings* with the Clerk of Court using CM/ECF. I hereby certify that on October 24, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

**NAME AND ADDRESS OF RECIPIENT(S):**

William Joseph Webb, Jr.
SBI #256056
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400
Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-31-GMS |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | JURY TRIAL REQUESTED |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS SO ORDERED** this _____day of _____, 2007 that Plaintiff's Motion to Compel Delaware Department of Corrections to Release Plaintiff from their Custody is DENIED.

_____
United States District Judge