To: Clerk of the U.S. Dist. Ct. for DE

Fr: William J. Webb Jr.
#256056 / D/E F14B
1181 Paddock Road
Smyrna, DE 19977



FILED
OCT 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Subject: Complete Copy of record of cases under 28 U.S.C. § 2250

Case #s: 02-583-GMS, 06-734-GMS, and 07-31-GMS.

Dear Clerk,

I need a complete copy of the cases listed above due to the recent actions of the D.O.C which has left me without copies of the records that I need for further litigation purposes.

Also, I need an updated docket sheet.

Respectfully,
William Joseph Webb Jr.