IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR.,, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-31 - GMS |
| | : |
| FIRST CORRECTIONAL MEDICAL, | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| GOVERNOR RUTH ANN MINNER, | : |
| COMMISSIONER STANLEY W. TAYLOR, | : |
| BUREAU CHIEF PAUL W. HOWARD, | : |
| MS. GINA WOLKEN, | : |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, | : |
| DR. ANE DOE, CORRECTIONAL MEDICAL | : |
| SERVICES GRIEVANCE HEARING STAFF, | : |
| MS. ROSALIE VARGAS, | : |
| JOHN DOE, AND JANE DOE, | : |
| | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Patrick G Rock, Esquire as attorney for Defendants Correctional Medical Services, Inc., Ms. Gina Wolken and Dr. Niaz. Megan T. Mantzavinos, Esquire will remain as counsel for said Defendant.

                                                    /s/Patrick G. Rock
                                                    Patrick G. Rock, Esquire (4632)
                                                    Marks, O'Neill, O'Brien & Courtney, P.C.
                                                    913 North Market Street, #800
                                                    Wilmington, DE 19801
                                                    (302) 658-6538

DATED: November 26, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR.,,, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-31 - GMS |
| | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| GOVERNOR RUTH ANN MINNER, | : | |
| COMMISSIONER STANLEY W. TAYLOR, | : | |
| BUREAU CHIEF PAUL W. HOWARD, | : | |
| MS. GINA WOLKEN, | : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, | : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL | : | |
| SERVICES GRIEVANCE HEARING STAFF, | : | |
| MS. ROSALIE VARGAS, | : | |
| JOHN DOE, AND JANE DOE, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Megan T. Mantzavinos, Esquire, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **26th** day of **November**, 2007, two copies of the attached **Withdrawal of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual:

> Inmate William Joseph Webb, Jr., *Pro Se*
> SBI #256056
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
State of Delaware
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

                                         */s/ Megan T. Mantzavinos*
                                         Megan T. Mantzavinos, Esquire (3802)