IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-31 - GMS |
| : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| GOVERNOR RUTH ANN MINNER, : | |
| COMMISSIONER STANLEY W. TAYLOR, : | |
| BUREAU CHIEF PAUL W. HOWARD, : | |
| MS. GINA WOLKEN, : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL : | |
| SERVICES GRIEVANCE HEARING STAFF, : | |
| MS. ROSALIE VARGAS, : | |
| JOHN DOE, AND JANE DOE, : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Ryan M. Ernst, Esquire as attorney for Defendant Correctional Medical Services, Inc., Ms. Gina Wolken, and Dr. Niaz.  This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant.  Defendant specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

        **/s/ Ryan M. Ernst**
Ryan M Ernst, Esquire(I. D. No. 4788 )
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendant CMS, Ms. Wolken and Dr. Niaz*

{DE097314.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR.,, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-31 - GMS |
| : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| GOVERNOR RUTH ANN MINNER, : | |
| COMMISSIONER STANLEY W. TAYLOR, : | |
| BUREAU CHIEF PAUL W. HOWARD, : | |
| MS. GINA WOLKEN, : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL : | |
| SERVICES GRIEVANCE HEARING STAFF, : | |
| MS. ROSALIE VARGAS, : | |
| JOHN DOE, AND JANE DOE, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, **Ryan M. Ernst, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **28th** day of **November**, 2007, two copies of the attached **Entry of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual:

> Inmate William Joseph Webb, Jr., *Pro Se*
> SBI #256056
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

>> */s/ Ryan M. Ernst*
>> Ryan M. Ernst (4788)
>> *Attorney for Defendant*

{DE097315.1}