To: Clerk of the U.S. Dist. Ct. For DE

Fr: William Joseph Webb Jr.
#256056 / 17 SHU CL12
1181 Paddock Road
Smyrna, DE 19977

Re: USM-285 Form for Dr. Ali, ~~that~~

Case #: 07-31-GMS

December 6, 2007

FILED
DEC 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

    Enclosed, please find the USM-285 Form for Dr. Ali, where I was under the impression that the attorneys for CMS and other non-State defendants would be representing Dr. Ali as well has come to be false, I would request the court to grant a one time extension before dismissal without prejudice.

Thank you and Happy Holidays to you and your family if you celebrate.

Respectfully,
William Joseph Webb Jr.

I/M William Joseph Webb Jr
SBI# 256056  UNIT 12 SHU CU12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
R-R-W

Clerk of the U.S. District Ct. for DE
844 King Street
Lockbox 18
Wilmington, DE
19801

UNITED STATES POSTAGE
PITNEY BOWES
$00.580
DEC 07 2007
MAILED FROM ZIP CODE 19977
02 1A
0004608975