To: Clerk of the U.S. Dist. Ct.

Fr: William Joseph Webb Jr.
    # 256056 / 17 SHU CL/2
    1181 Paddock Road
    Smyrna, DE 19977

Case #: 07-31-GMS

Re: Filing of Motion and Settlement proposal.

December 4, 2007

Dear Clerk,

Please find the enclosed and docket them in the above-referenced case.

Thank you and Happy Holidays if you celebrate!

Respectfully,

Will J. Webb Jr.

In The United States District Court
For The District Of Delaware

William Joseph Webb Jr.,
    Plaintiff,

V.

First Correctional Medical,
Et. Al.,
    Defendants.

Civ. Act. No. : 07-31-GMS

Jury Trial Requested

## Motion for Default Judgment Against CMS, Dr. Niaz, and Gina Wolken.
(Pursuant to Fed.R. of Civ. Proc. Rule 55)

Comes now, Plaintiff, William Joseph Webb Jr. respectfully requesting the Court grant an Entry of Default Judgment against CMS, Dr. Niaz, and Gina Wolken for the following good cause shown:

1. Failure to answer interrogatories under law means that the Defendant(s) have admitted guilt.

2. Plaintiff explicitly stated that failure to produce would result in an automatic default judgment against said defendants.

3. Plaintiff gave defendants one thirty day extension as a good gesture and defendants still refused to exercise due diligence.

4. Court can grant default where a defendant's culpable conduct and failure to present a meritorious defense can easily resolve the issues presented.

5. Plaintiff has shown good cause for the entry of a default judgment against said defendants.

Relief:

1. Compensatory damages in the amount of the costs for the diagnosis and treatments of Plaintiff's Hepatitis C; also prepayment of health care for Plaintiff prior to His release from prison at a Medical health care provider chosen by Plaintiff.

— 2 —

2. <u>Punitive damages</u> for the deliberate indifference claim in the amount of $500,000.00.

3. <u>Punitive damages</u> for the cruel and unusual punishment claim in the amount of $500,000.00.

4. <u>Injunctive relief</u> from CMS to keep trying to provide health care to Plaintiff by transferring Him to the doctor or specialist that is requested on His sick call slip filed through the in-house mail format.

5. <u>Court costs</u>.

6. <u>Court ordered</u> relief that the Court may deem appropriate.

Therefore, Plaintiff respectfully requests that the Court grant said motion and order an entry of default judgment against defendants, CMS, Dr. Niaz, and Gina Wolken. Also, issue an order for a Pre Trial Conference against the State Defendants.

— 3 —

Dated: November 28, 2007

Respectfully Submitted,

_____
William Joseph Webb Jr.
#256056 / SHU 18 C U6
1181 Paddock Road
Smyrna, DE 19977

— 4 —

## Certificate of Service

I, William J. Webb Jr. hereby certify that I have served a true and correct cop(ies) of the attached Motion for Default Judgment Against CMS, Dr. Niaz, and Gina Wolken upon the following:

To: Catherine Damsvandi
820 North French Street
Wilmington, DE  19801

To: Dr. Ali
1301 East 12th Street
Wilmington, DE 19801

To: Patrick G. Rock
913 Market Street Ste. 800
Wilmington, DE  19801

To: First Correctional Medical
205 Giaconda Way Ste. 115
Tucson, AZ  85704

By placing same in a sealed envelope, and depositing in the U.S. Mail at D.C.C. Smyrna, DE on this 28th day of November, 2007.

_William J. Webb Jr._

I/M William Joseph Webb Jr.
SBI# 256052   UNIT 17 SHU CL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. District Court for Delaware
844 King Street
Lockbox 18
Wilmington, DE
19801

In The United States District Court
For The District of Delaware

William Joseph Webb Jr.,
    Plaintiff,

v.

First Correctional Medical,
Et. Al.,
    Defendants

Civ. Act. No.: 07-31-GMS

Jury Trial Requested

<u>Settlement Proposal For State Defendants</u>
<u>Gov. Ruth Ann Minner and Stanley Taylor.</u>

Comes now, Plaintiff, William Joseph Webb Jr. in making a settlement offer that will benefit State Defendant's Gov. Ruth Ann Minner and State Defendant's Stan Taylor's Honor and Integrity as follows:

1. By accepting this proposal no admittance of

guilt by either party will be incorporated into these proceedings.

2. Plaintiff will sign a confidentiality agreement as to the terms of this settlement.

3. Plaintiff reserves the right to have the case reopened if Defendants Breach Agreement(s) entered into; or an alternative default judgment.

4. Plaintiff makes this agreement as a good gesture and will to preserve the embarassment of a trial where the evidence is overwhelming.

Relief Proposed:

Gov. Ruth Ann Minner — $50,000.00 and an agreement that she will not refuse to sign a pardon, with payments in the amount of $1,000.00 per month.

— 2 —

Stan Taylor — $50,000.00 with the payments being determined so He does not have to suffer a financial hardship and is equitable to these proceedings.

If you agree to the terms, payments shall start after Stan Taylor submits to a payment plan that He can afford per month to start no later then January 31, 2008.

Dated: _____    _____
                                     William J. Webb Jr.

Dated: _____    _____
                                     Governor Ruth Ann Minner

Dated: _____    _____
                                     Stanley W. Taylor

## Certificate of Service

I, William J. Webb Jr. hereby certify that I have served a true and correct cop(ies) of the attached settlement proposal to State Defendants upon the following:

To: Catherine Damavandi
820 North French Street
Wilmington, DE 19801

To: Dr. Ali
1301 East 12th Street
Wilmington, DE 19801

To: Patrick G. Rock
913 Market Street Ste. 800
Wilmington, DE 19801

To: First Correctional Medical
205 Gioconda Way Ste. 115
Tucson, AZ 85704

By placing same in a sealed envelope, and depositing in the U.S. Mail at D.C.C. Smyrna, DE on this 28th Day of November, 2007.

*[signature]*