IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-31 - GMS |
| FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, GOVERNOR RUTH ANN MINNER, COMMISSIONER STANLEY W. TAYLOR, BUREAU CHIEF PAUL W. HOWARD, MS. GINA WOLKEN, DR. ALI, DR. NIAZ, DR. JOHN DOE, DR. ANE DOE, CORRECTIONAL MEDICAL SERVICES GRIEVANCE HEARING STAFF, MS. ROSALIE VARGAS, JOHN DOE, AND JANE DOE, | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Eileen M. Ford, Esquire as attorney for Defendants Correctional Medical Services, Inc., Ms. Gina Wolken, and Dr. Niaz. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

*/s/ Eileen M. Ford*
Megan T. Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford, Esquire (ID No. 2870)
Ryan M. Ernst, Esquire (ID #4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant CMS, Ms. Wolken and Dr. Niaz*

DATED: January 7, 2008

{DE100287.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-31 - GMS |
| : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| GOVERNOR RUTH ANN MINNER, : | |
| COMMISSIONER STANLEY W. TAYLOR, : | TRIAL BY JURY OF |
| BUREAU CHIEF PAUL W. HOWARD, : | TWELVE DEMANDED |
| MS. GINA WOLKEN, : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL : | |
| SERVICES GRIEVANCE HEARING STAFF, : | |
| MS. ROSALIE VARGAS, : | |
| JOHN DOE, AND JANE DOE, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, **Eileen M. Ford**, Esquire hereby certify that on **January 7, 2008,** I electronically filed an **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Catherine Damavandi
Deputy Attorney General
State of Delaware Department of Justice
Carvel State Office Bldg.
820 N. French Street, 6th Floor
Wilmington, DE  19801

{DE100289.1}

      I have served via first class mail two copies of the Entry of Appearance to the Pro Se Plaintiff:

William Joseph Webb, Jr., pro se
SBI # 256056
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

      ***/s/ Eileen M. Ford***
Megan T. Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford,  Esquire (ID No. 2870)
Ryan M. Ernst, Esquire (ID #4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorney for Defendants CMS, Dr. Niaz and Ms. Gina Wolken*

{DE100289.1}