To: Clerk of the U.S. District Court for Delaware
Fr: William Joseph Webb Jr.
   #256056 / 17 SHU CILL
   1181 Paddock Road
   Smyrna, DE 19977

07-31 (Gms)



BD scanned

Re: Potential filing of §1983 Civil Suit for depriving Medical.

January 8, 2008

Dear Clerk,

   Please find the enclosed Official Notice sent to Prison Officials that the medical provider here is denying me medical care.

   Thank you and please send notice of receipt and place same in your Alpha file.

Respectfully,
William Joseph Webb

To: Commissioner Carl Danberg, War. Perry Phelps, Dep. Wars. Pearce and Burris

Fr: William Joseph Webb Jr.

# 256056 / 17 SHU C12L

D.C.C.

Re: Being denied medical care by C.M.S. in various ways.

<u>OFFICIAL NOTICE</u>

January 8, 2008

To Above-mentioned Parties:

On September 17, 2007, I had to be transferred to Kent General Hospital and returned on the 22nd with orders to be sent to a Gastreologist which occurred September 24, 2007, where that Dr's office ordered tests which until this current day they (CMS) have failed to perform and send me back.

On October 5, 2007, I saw Dr. Vardisen who was supposed to order testing for M.R.S.A. and bacterial Meningitis, along with my Liver biopsy which none of these occurred.

On December 8, 2007, I filled out a sick call slip and saw 2 nurses on the 12th who said they were going to put me in to see the Dr. which I have an infection on my left leg,

I'm experiencing a spread of the infection which might be another case of M.R.S.A. getting ready to go into my blood stream again.

Relief: That upon receipt of this letter I be transferred to an outside hospital immediately to receive adequate medical care and necessary tests; finally my liver biopsy performed after I'm declared healthy enough to have it performed.

Respectfully,

William Joseph Webb Jr.

— 2 —

## Certificate of Service

I, William Joseph Webb Jr., hereby certify that I have served a true And correct cop(ies) of the attached: Letter/ official Notice _____ upon the following parties/person (s):

TO: Commissioner Carl Danberg
245 McKee Road
Dover, DE 19901

TO: U.S. Dept. of Justice
Civ. Rights Div. Special Litigation Sect.
950 Pennsylvania Avenue, NW
PHB Room 5908
Washington, D.C. 20530

TO: Warden Perry Phelps, Dep. Wars.
David Pearce, and Elizabeth B. Burris
1181 Paddock Road
Smyrna, DE 19977

TO: Clerk of the U.S. Dist. Ct.
844 King Street Lockbox 18
Wilmington, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 8th day of January, 2008

_William Joseph Webb Jr._

I/M William Joseph Webb Jr.
SBI# 256052   UNIT 17 SHU C12L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. District Ct. for Delaware
844 King Street
Lockbox 18
Wilmington, DE
19801