TO: Correctional Medical Services, Dr. Niaz, and Gina Wolken.

Fr: William Joseph Webb Jr.

# 00256056 / 17 SHU C12L

1181 Paddock Road

Smyrna, DE 19977



Subj.: Good faith attempt to get better answers and answers to Interrogatories, along with discovery intentionally left out.

Case #: 07-31-GMS

January 9, 2008

To CMS:

I have received your answers to my Interrogatories and a set of documents. I'm making a good faith attempt to give you a chance to stop evading answering questions truthfully, not fully, or providing documents that are discoverable such as my Medical file at the prison, the protocols for treating Hepatitis C and tests to be performed prior to, the protocols for treating Cellulitis and M.R.S.A., finally the nurses hired with photos when

`Case 1:07-cv-00031-GMS    Document 72    Filed 01/11/2008    Page 2 of 4`

CMS took over as health care medical provider at D.C.C., and you need to correct the information previously forwarded.

To Dr. Niaz:

This is a good faith attempt being made as to why you have failed to answer my Interrogatories sent to you along with providing discoverable materials. Please forward your answers and discoverable materials.

To Ms. Gina Wolken:

This is a good faith attempt being made as to why you have failed to answer my Interrogatories sent to you along with providing discoverable materials. Please forward your answers and discoverable materials.

This is a 30 day notice before further action is taken.

Respectfully,
Will Joseph Walls

## Certificate of Service

I, William Joseph Webb Jr. hereby certify that I have served true and correct cop(ies) of the attached Letter upon the following:

To: Catherine Damavandi, Esq.
820 North French Street
Wilmington, DE 19801

To: Ryan M. Ernst, Eileen M. Ford, Megan T. Mantzavinos, Esqs.
913 Market Street
Suite 800
Wilmington, DE 19801

By placing same in the mailbox of the U.S. Postal Service at D.C.C. Smyrna, DE on this 9th day of January, 2008.

*William Joseph Webb Jr.*

I/M William Joseph Webb Jr.
SBI# 00256056  UNIT 17 SHU C122
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. District Court for Delaware
844 King Street
Lockbox 18
Wilmington, DE
19801