To: Clerk of the U.S. District Court for Delaware

Fr: William Joseph Webb Jr.
# 256056 / 17 SHU C12L
1181 Paddock Road
Smyrna, DE 19977

Re: Docketing Plaintiff's Response to State Defi.'s Request.

Case #: 07-31-GMS

January 15, 2008



FILED
JAN 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Dear Clerk,

Please find the enclosed and docket it in the above referenced case.

Thank you and have a nice day.

Respectfully,
Will Joseph Webb Jr.