IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-31 – GMS |
| | : |
| FIRST CORRECTIONAL MEDICAL, | : |
| CORRECTIONAL MEDICAL SERVICES, | : TRIAL BY JURY OF TWELVE |
| GOVERNOR RUTH ANN MINNER, | : DEMANDED |
| COMMISSIONER STANLEY W. TAYLOR, | : |
| BUREAU CHIEF PAUL W. HOWARD, | : |
| MS. GINA WOLKEN, | : |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, | : |
| DR. ANE DOE, CORRECTIONAL MEDICAL | : |
| SERVICES GRIEVANCE HEARING STAFF, | : |
| MS. ROSALIE VARGAS, | : |
| JOHN DOE, AND JANE DOE, | : |
| | : |
| Defendants. | : |

**CORRECTIONAL MEDICAL SERVICES' <u>SUPPLEMENTAL RESPONSES</u> TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (RELATED DOCKET #69)**

COMES NOW, Correctional Medical Services pursuant to Fed. R. Civ. P. 26(e) to hereby supplement the responses to the Requests for Production of Documents previously submitted (D.I. 69) as follows:

1.    That Defendant produce and permit Plaintiff to inspect and to copy each of thefollowing documents:

    (n)    A complete copy of insurance information/policies.

**RESPONSE: A copy of the Everest Indemnity Claims Made Insurance Policy # 6500000222-061 is attached hereto. This policy is being produced to you as a CONFIDENTIAL DOCUMENT under the terms and conditions of the Confidentiality Agreement that you executed on August 13, 2007.**

                                        Marks, O'Neill, O'Brien & Courtney, P.C.

                              By: ***/s/ Eileen M. Ford, Esquire #2870***
                                        Eileen M. Ford, Esquire/ID No. 2870
                                        Megan T. Mantzavinos, Esquire/ID No. 3802
                                        913 North Market Street, #800
                                        Wilmington, DE  19801
                                        (302) 658-6538
                                        *Attorneys for Defendants*

DATED:  February 8, 2008

# SEALED DOCUMENT

## CERTIFICATE OF SERVICE

I, **Eileen M. Ford, Esquire**, hereby certify that on **February 8, 2008** I electronically filed **Correctional Medical Services' Supplemental Response to Plaintiff's Request for Production fo Documents**, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to Catherine Damavandi, Esquire. I have served via first class mail two copies of foregoing to the Pro Se Plaintiff as follows:

>William Joseph Webb, Jr., pro se
>SBI#256056
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977
>Via First Class US Mail

>*/s/ Eileen M.Ford*
>Eileen M. Ford, Esquire (ID No. 2870)
>Marks, O'Neill, O'Brien & Courtney, P.C.
>913 North Market Street, #800
>Wilmington, DE 19801
>(302) 658-6538
>*Attorney for Defendant Correctional*
>*Medical Services, Inc.*

{DE102649.1}