IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-31-GMS |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| GOVERNOR RUTH ANN MINNER, | ) |
| COMMISSIONER STANLEY W. | ) |
| TAYLOR, MS. GINA WOLKEN, | ) |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, | ) |
| DR. JANE DOE, JOHN DOE, and | ) |
| JANE DOE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, William Joseph Webb, Jr., a prisoner housed at the Delaware Correctional Center, Smyrna, Delaware, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on January 10, 2008, plaintiff filed a letter/motion with the court which the court construes as a motion for immediate injunctive relief for medical treatment (D.I. 71);

THEREFORE, at Wilmington this 11th day of Feb., 2008, IT IS ORDERED that the defendants shall file a response to the plaintiff's letter/motion on or before February 20, 2008. The defendants shall also provide copies of the plaintiff's pertinent medical records with their response.

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

FEB 1 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE