To: Clerk of the U.S. District Court

Fr: William Joseph Webb Jr.

   # 00256056 / 17 SHV C12L

   1181 Paddock Road

   Smyrna, DE 19977

Re: Refiled USM-285 forms Receipts for Stan Taylor, Dr. Niaz, Ms. Gina Wolken, and Dr. Ali; also enclosed Motion to Compel.

Case #: 07-31-GMS

February 12, 2008



RD scanned

Dear Clerk,

   Today, I received a letter from Eileen M. Ford stating that Dr. Niaz and Ms. Gina Wolken haven't been served in this matter. Where on 5/18/07 the Marshalls form says they have evidence of legal service on Ms. Gina Wolken, plus on 8/14/07 and 10/5/07 I filed new Marshall forms for Stan Taylor, Dr. Niaz, Gina Wolken, and Dr. Ali. So far I have only received the one for Dr. Ali where

it was stated that Patrick G. Rock doesn't have authority to accept service for Dr. Ali.

What has happened to those other forms' receipts?

Finally, please find the enclosed Motion to Compel, and can you please send a certified docket sheet due to I might have to file with the Delaware Bar Association concerning the recent presentation of false answers by CMS; Dr. Niaz's and Ms. Gina Wolken's attorneys.

Also, the Honorable Judge Gregory M. Sleet needs to have dates set to hear all motions filed.

Respectfully,
Will Joseph Wellman

— 2 —