To: Catherine Damavandi, Esq.

Fr: William Joseph Webb Jr.
\# 00256056 / 17 SHU C12L
1181 Paddock Road
Smyrna, DE 19977

OFFICE OF ATTORNEY GENERAL
JAN 15 2008
RECEIVED CORRECTION UNIT

Re: Response to Request for Doc. and things.

Case #: 07-31-GMS

January 15, 2008

Dear Counselor,

Enclosed please find the request and note that I recently got my legal work back due to the power I had to express. I maxout real soon and would like to have a conference or possibly a nice dinner at an Italian restaraunt to rediscuss a settlement offer.

Respectfully,
William Joseph Webb Jr.