OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 21, 2008

To: William Joseph Webb, Jr.
    SBI #256056
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

         **RE:  *Request for Copywork*; CA 07-31(GMS)**

Dear Mr. Webb:

    A letter has been received by the Clerk's Office from you requesting a certified copy of the docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork (including docket sheets) is fifty ($.50) cents per page and the fee for a certification in $9.00. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment in the amount of $15.00 ($6.00 for copywork and $9.00 for certification) shall be required by check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                            Sincerely,

/ead                         PETER T. DALLEO
                             CLERK


cc: The Honorable Gregory M. Sleet