# SEALED DOCUMENT

## (Plaintiff's Medical Records)