To: Clerk of the U.S. District Court for Delaware
Fr: William Joseph Webb Jr.
   # 256056 / 17 S.H.U. C12L
   1181 Paddock Road
   Smyrna, DE 19977
Re: Filing of enclosed Motions and Motion for Default Against "Williams."
Case #: 07-31-GMS  and  06-734-GMS

April 11, 2008

Dear Clerk,

   Please docket the enclosed Motions and notify me if the Court received My Motion for Default Judgment Against Warden "Rafael Williams," dated April 1, 2008.

   Thank you and have a nice day.

Respectfully,
Will Joseph Webb Jr.



RECEIVED
APR 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: William Joseph Webb Jr.
SBI# 00258052   UNIT 17 SHU CELL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. Dist. Ct. for Delaware
844 King Street
Lock box 18
Wilmington, DE
19801


