In The United States District Court

For The District of Delaware

William Joseph Webb Jr.,

    Plaintiff,

v.

First Correctional Medical,

Et. Al.,

    Defendants.

Civ. Act. No. : 07-31- GMS

Jury Trial Requested



## Motion for Default Judgment Against Defendant "FCM"

### (First Correctional Medical).
(Pursuant to Fed. R. of Civ. Pro. Rule 55.)

Comes now, Plaintiff, William Joseph Webb Jr. in presenting His Motion to be heard at the Court's earliest convenience, and in support thereof offering the following:

    i, In a recent Court Order, the Court granted Plaintiff's Motion to Reinstate "FCM", and ordered them to answer by March 1, 2008. Therefore, "FCM" has failed

to defend itself in which would allow for the entry of default.

2. Plaintiff is filing this Motion in good faith and in good cause that it should be granted.

Relief: <u>Compensatory damages</u> the costs of the testing deprived; <u>Punitive damages</u> in the amount of $3,000,000.00 equaling to $1,000,000.00 per claim against this Defendant; <u>Court Costs</u>; and any relief the Court deems appropriate.

Therefore, Plaintiff, William Joseph Webb Jr. requests the Court to grant His request for entry of default judgment and order the U.S. Marshall's Office to seize the U.S. Currency requested.

Dated: <u>April 11, 2008</u>

Respectfully Submitted

William Joseph Webb Jr.
#256-56/17 SHU C12L
1181 Paddock Road
Smyrna, DE 19977

— 2 —

## Certificate of Service

I, _William Joseph Webb Jr._, hereby certify that I have served a true
and correct cop(ies) of the attached: _Motion For Default Judgment_
_____ upon the following

parties/person (s):

TO: _Catherine Damavndi Esq,_
    _820 N. French St,_
    _Wilm, DE  19801_

TO: _First Correctional Medical_
    _205 Giscondo Way_
    _Suite 115_
    _Tuscon, AZ 85704_

TO: _R. Erust, E. Ford, M. Matzestinos_
    _913 Market Street_
    _Suite 800_
    _Wilmington, DE 1980_

TO: _____
    _____
    _____
    _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _11th_ day of _April_ _____, 2008
                                    _Will Joseph Webb Jr._