To: Eileen M. Ford, Esq.
Fr: William Joseph Webb Jr.
   # 256056/17 SHU C12L
   1181 Paddock Road
   Smyrna, DE. 19977

Re: Hindering Prosecution Claim and 6/2005 - 9/2006 Insurance policy for CMS.

Case #: 07-31-GMS

April 11, 2008

Dear Counselor,

Before I file a lawsuit against you and your firm for hindering prosecution of my lawsuit, I would suggest you forward Dr. Niaz's private practice or home address, Ms. Gina Wolken's home address, Dr. Ali's private practice or home address, or alternatively send a copy of the complaint and get some answers to those questions; this is your official notice, 30-days no extensions!

Finally, I need the June, 2005, until September 30, 2006 insurance policy for CMS. Thank You.

Respectfully,
Will Joseph Webb Jr.

XC: U.S. Dist. Ct.
   Eileen M. Ford, Esq.
   Catherine Damavandi, Esq.

## Certificate of Service

I, _William Joseph Webb Jr._, hereby certify that I have served a true and correct cop(ies) of the attached: _Letter to Cms' Attorney_ _____ upon the following parties/person (s):

TO: _Catherine Damavandi, Esq._
_820 North French Street_
_Wilmington, DE 19801_

TO: _____

TO: _Eileen M. Ford, Esq._
_913 Market Street_
_Suite 800_
_Wilmington, DE 19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _11th_ day of _April_, 2008

_William Joseph Webb Jr._

