IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-31 – GMS |
| | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | TRIAL BY JURY OF TWELVE |
| GOVERNOR RUTH ANN MINNER, | : | DEMANDED |
| COMMISSIONER STANLEY W. | : | |
| TAYLOR, BUREAU CHIEF PAUL W. | : | |
| HOWARD,  MS. GINA WOLKEN, | : | |
| DR. ALIE, DR. NIAZ, DR. JOHN DOE, | : | |
| DR. JANE DOE, CORRECTIONAL | : | |
| MEDICAL SERVICES GRIEVANCE | : | |
| HEARING STAFF, MS. ROSALIE | : | |
| VARGAS, JOHN DOE, AND JANE DOE, | : | |
| | : | |
| Defendants. | : | |

**AMENDMENT TO DEFENDANTS' CORRECTIONAL MEDICAL SERVICE, MUHAMMED NIAZ, M.D., SITTA GOMBEH-ALIE, M.D. RESPONSE TO PLAINTIFF'S LETTER DATED APRIL 17, 2008 AND CROSS MOTION TO STRIKE**
{Related Docket #106}

COMES NOW Defendants Correctional Medical Services (CMS), Muhammed Niaz, M.D. (Niaz) and Sitta Gombeh-Ali, M.D. (Ali) to hereby submit amendment to the response to plaintiff's letter dated April 17, 2008 and cross motion to strike (DI 106) that was filed on May 2, 2008 as follows:

    1.    Defendants CMS, Niaz and Alie incorporates as if fully set forth herein the contents of DI 106 and hereby adds to said docket a copy of **Exhibit "A"** which was inadvertently omitted from the original filing on May 2, 2008.

    2.    No other changes to DI 106 are being made in this filing.

{DE108265.1}

WHEREFORE, CMS, Niaz, and Ali respectfully request that Exhibit A attached hereto be fully incorporated into DI 106 that was filed on May 2, 2008.

        Marks, O'Neill, O'Brien & Courtney, P.C.

        By: _/s/ Eileen M. Ford_
        Eileen M. Ford, Esquire/ID No. 2870
        Megan T. Mantzavinos, Esquire/ID No. 3802
        913 North Market Street, #800
        Wilmington, DE 19801
        (302) 658-6538
        Attorneys for Defendants, CMS, Alie & Niaz

**Dated: 5/5/08**

{DE108265.1}

EXHIBIT "A"

<2>
<3>

<2>INSURANCE</2>

*'ype of policy on which* ...
um payment.

...ensive welfare plan est...
...mpulsory in nature, a...
...reads the cost of benefi...
rather than on individu...
...nment began to use soci...
with the passage of th...
...sic federal and state a...
presently in use are: O...
Insurance (*i.e.* social s...
...id; unemployment insur...
...ion.

...of insurance in which th...
dollar between life insu...
...nt for the benefit of the...

Type of insurance in...
from time to time at th...

Form of insurance whic...
...ich protects the insured...
...s, agents and the public...

life insurance having no...
and generally furnishing...
specified or limited peri...
...cy is usually renewable...
*nvertible life; Decreasing...*
*ncome; Group term; Re...*

...ed by a title company...
...enting the state of that...
y of its search against...
e against loss or damage...
...e of title to a particular...
forcement of liens exist...
insurance. This form of...
...haser of the property or...
...e, and is furnished by...
for the purpose, and...
...stracts or duplicates of...
examiners, and prepare...
...sorts. A "certificate of...
...y is merely the formal...
...n of the company's ex...
...e and perfect (or other...
...ny is liable only for a...
the part of its examin...
...e" warrants the validi...
...ents. It is not always...
insurance and a "guar...
...mpany, except that in...
...nit of liability is fixed...
...ase the undertaking is...
...sulting from defect or...
title letter.

...s of which consists in...
...cies.

---

...*loyment insurance.* Form of taxation collected ...business to fund unemployment payments and ...

...*risk insurance.* Insurance offered by the federal ...ment to protect persons against wartime loss of ...and property on the high seas, and death or ...while in the armed forces. Insurance covering ...caused by acts of war. War risk insurance ...to those contracts which were brought into being ...United States government during the first World ...to replace ordinary life and accident insurance ...was no longer available to those in the hazardous ...ation of military service. *See also National service ...insurance, above.*

...*er's compensation insurance.* Type of protection ...ased by employers to cover payments to employees ...are injured in accidents arising out of and in the ...e of their employment; governed by statutes in all ...dictions. *See also Employer's liability insurance, above.*

## Other Insurance Terms

*Aviation clause.* Insurance clause limiting the liability of the insurer in case of death or injury is connected in a specified degree with aviation.

*Blanket policy.* Policy covering more than one type of property in one location, or one or more types of property at more than one location.

*Claims made policy.* Under this type policy the insured is indemnified for claims made during the policy period regardless of when the acts giving rise to those claims occur. Appalachian Ins. Co. v. Liberty Mut. Ins. Co., C.A.Pa., 676 F.2d 56, 59. Also called "discovery" policy. Compare Occurrence policy, below.

*Comprehensive coverage.* A simple and convenient form of indemnity now commonly available in contracts of automobile insurance. It includes not only the conventional coverages against loss caused by fire, theft, wind, water, or malicious mischief, but is generally designed to protect against all damage to the insured vehicle except collision or upset.

*Concurrent insurance.* That which to any extent insures the same interest against the same casualty, at the same time, as the primary insurance, on such terms that the insurers would bear proportionately the loss happening within the provisions of both policies.

*Contract of insurance.* See Contract of insurance.

*Discovery policy.* See Claims made policy, above.

*Double insurance.* See Double.

*Excess insurance.* See Excess insurance, above.

*General and special insurance.* In marine insurance, a general insurance is effected when the perils insured against are such as the law would imply from the nature of the contract considered in itself and supposing none to be specified in the policy. In the case of special

---

insurance, further perils (in addition to implied perils) are expressed in the policy.

*Insurance adjuster.* One undertaking to ascertain and report the actual loss to the subject-matter of insurance due to the peril insured against. The adjuster also settles claims against the insurer. Such adjuster may be employed either by the insurer or the insured. *See* Adjuster.

*Insurance agent.* Person authorized to represent insurer in dealing with third parties in matters relating to insurance. Travelers Indem. Co. v. National Indem. Co., C.A.Minn., 292 F.2d 214, 219. An agent employed by an insurance company to solicit insurance business. Agents of insurance companies are called "general agents" when clothed with the general oversight of the companies' business in a state or large section of country, and "local agents" when their functions are limited and confined to some particular locality. *See also Insurance broker, below.*

*Insurance binder.* A memorandum of the insurance coverage agreement. It extends temporary protection pending issuance of the formal policy, while the insurer is investigating the risks and setting appropriate premium rates. Blackburn v. Crum & Forster, C.A.Tex., 611 F.2d 102, 103.

*Insurance broker.* One who acts as middleman between insured and company, and who solicits insurance from public under no employment from any special company and places order of insurance with company selected by insurer or, in absence of any selection, with company selected by such broker. Broker is agent for insured though at same time for some purposes he may be agent for insurer, and his acts and representations within scope of his authority as such agent are binding on insured. An "insurance agent" is tied to his company, whereas an "insurance broker" is an independent middleman not tied to a particular company. Osborn v. Ozlin, Va., 310 U.S. 53, 60 S.Ct. 758, 761, 84 L.Ed. 1074.

*Insurance commissioner.* A public officer in most states, whose duty is to supervise the business of insurance as conducted in the state by foreign and domestic companies, for the protection and benefit of policy-holders, and especially to issue licenses, approve rates, make periodical examinations into the condition of such companies, and receive, file, and publish periodical statements of their business as furnished by them.

*Insurance company.* A corporation or association whose business is to make contracts of insurance. They are generally either mutual companies or stock companies. A "mutual" insurance company is one whose fund for the payment of losses consists not of capital subscribed or furnished by outside parties, but of premiums mutually contributed by the parties insured, or in other words, one in which all persons insured become members of the association and contribute either cash or assessable premium notes, or both, to a common fund, out of which each is entitled to indemnity in case of loss. A "stock" company is one organized according to the usual form of business corporations, having a capital

# BLACK'S LAW DICTIONARY®

Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern

By

HENRY CAMPBELL BLACK, M. A.

## SIXTH EDITION

BY

**THE PUBLISHER'S EDITORIAL STAFF**

Coauthors

**JOSEPH R. NOLAN**

Associate Justice, Massachusetts Supreme Judicial Court

and

**JACQUELINE M. NOLAN-HALEY**

Associate Clinical Professor,
Fordham University School of Law

Contributing Authors

**M. J. CONNOLLY**
Associate Professor (Linguistics),
College of Arts & Sciences, Boston College

**STEPHEN C. HICKS**
Professor of Law, Suffolk University
Law School, Boston, MA

**MARTINA N. ALIBRANDI**
Certified Public Accountant, Bolton, MA

ST. PAUL, MINN.
WEST PUBLISHING CO.
1990

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 07-31 - GMS |
| | : |
| FIRST CORRECTIONAL MEDICAL, | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| GOVERNOR RUTH ANN MINNER, | : |
| COMMISSIONER STANLEY W. | : |
| TAYLOR, BUREAU CHIEF PAUL W. | : |
| HOWARD, MS. GINA WOLKEN, | : |
| DR. ALIE, DR. NIAZ, DR. JOHN DOE, | : |
| DR. JANE DOE, CORRECTIONAL | : |
| MEDICAL SERVICES GRIEVANCE | : |
| HEARING STAFF, MS. ROSALIE | : |
| VARGAS, JOHN DOE, AND JANE DOE, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, **Eileen M. Ford, Esquire**, hereby certify that on May 5, 2008, I electronically filed the **Amendment Defendants' Correctional Medical Service, Muhammed Niaz, M.D., Sitta Gombeh-Alie, M.D., Response to Plaintiff's Letter Dated April 17, 2008 and Cross Motion to Strike** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: Catherine Damavandi, Esquire. I have served via first class mail two copies of foregoing to the Pro Se Plaintiff:

William Joseph Webb, Jr., pro se
SBI # 256056
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      /s/ Eileen M. Ford
                                      Megan T. Mantzavinos, Esquire (ID No. 3802)
                                      Eileen M. Ford, Esquire (ID No. 2870)
                                      Marks, O'Neill, O'Brien & Courtney, P.C.
                                      913 Market Street, #800
                                      Wilmington, DE 19801
                                      (302) 658-6538
                                      *Attorneys for Defendants CMS, Alie, Niaz*

{DE108292.1}