To: Clerk of the U.S. Dist. Ct, for DE

Fr: William Joseph Webb Jr.
   #00256056 / 17 SHU CI2L
   1181 Paddock Road
   Smyrna, DE   19977



Case #s: 06-734-GMS & 07-31-GMS

Re: Submission of Motions, Declaration, and Mems. of Law to be filed.

                 May 3, 2008

Dear Clerk,
       Please find the enclosed to be docketed in the above-referenced cases.

    The enclosed USM-285 Form is to only be used if the Court grants the Motion for Reinstatement of "CMS" as defendant.

    I still haven't received the other 2 USM-285 receipt for Sherese Carr and the former Warden in 06-734-GMS.

                                    Respectfully,
                                    William Joseph Webb



UNITED STATES POSTAGE
$ 01.48°
MAILED FROM ZIP CODE 19977

TM: William Joseph Webb Jr.
SBI# 00256056   UNIT 17 SHU C.12 L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. Dist. Ct. for DE
844 King Street
Lockbox 18
Wilmington, DE   19801