In The United States District Court
For the District of Delaware

William Joseph Webb Jr.,

  Plaintiff,

v.

First Correctional Medical,

Et. Al.,

  Defendants.

Civ. Acti. N. 07-31-GMS

Jury Trial Requested



FILED
MAY 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Relief from/on Previous Court Order
### (Rule 60(a) Fed. R. of Civ. Proc.)

Comes now, Plaintiff, William Joseph Webb Jr. respectfully requesting to have His Motion heard at the Court's earliest convenience, and in support, the following good cause is shown:

1. Plaintiff has noticed a clerical error in the Complaint; on page 6 at paragraph 5, which should read "Deliberate Indifference: On April 19, 2006, Defendant Dr. Niaz maliciously attempted to inject Plaintiff with a needle containing

the treatment Medication for Hepatitis C with the intention of saving Defendant Correctional Medical Services money rather than follow the normal protocol for a person diagnosed with Hepatitis C. Plaintiff wasn't seen for an extended period of time where when he asked about why the procedures weren't being followed, Defendant Dr. Niaz told the nurse to give Plaintiff educational material."

Relief Requested: That the Court Order that Defendant "CMS" and Dr. Niaz Answer to the Correction stated thereto.

Therefore, Plaintiff Respectfully Requests His Motion Be Granted.

Dated: April 29, 2008

Respectfully Submitted,

_____
# 00256058 / 17 SHU C12L
1181 Paddock Road
Smyrna, DE 19977

— 2 —