In The United States District Court

For The District Of Delaware.

William Joseph Webb Jr.,

    Plaintiff,

V.

First Correction Medical,

Et Al.,

    Defendants.

Civ. Act. No. 07-31-GMS



FILED

MAY 8 2008

U.S. DISTRICT COURT

## Motion for the Appointment Of Counsel.

Plaintiff, William Joseph Webb Jr., pursuant to §1915, requests this Honorable Court to appoint Counsel to represent Him in this case for the following reasons:

1. The Plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The necessity of medical experts, questioning of witnesses outside the prison, the discovery process, and the Plaintiff's segregation with limited access to the law library.

7. Due to the fact that Plaintiff's continuous need for medical attention is leaving Him at risk of possible life threatening injuries.

Dated: April 29, 2008

Respectfully Submitted,

*/s/ William Joseph Webb Jr.*

William Joseph Webb Jr.
SBI# 00236056/17 A192
1181 Paddock Road
Smyrna, DE 19977

- 2 -