IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR.,, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-31 - GMS |
| : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| GOVERNOR RUTH ANN MINNER, : | |
| COMMISSIONER STANLEY W. TAYLOR, : | |
| BUREAU CHIEF PAUL W. HOWARD, : | |
| MS. GINA WOLKEN, : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL : | |
| SERVICES GRIEVANCE HEARING STAFF, : | |
| MS. ROSALIE VARGAS, : | |
| JOHN DOE, AND JANE DOE, : | |
| : | |
| Defendants. : | |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Ryan M. Ernst, Esquire as attorney for Defendants Correctional Medical Services, Inc., Ms. Gina Wolken and Dr. Niaz. Megan T. Mantzavinos, Esquire and Eileen M. Ford will remain as counsel for said Defendant.

                                                  */s/Ryan M. Ernst*
                                                  Ryan M. Ernst, Esquire (4788)
                                                  Marks, O'Neill, O'Brien & Courtney, P.C.
                                                  913 North Market Street, #800
                                                  Wilmington, DE 19801
                                                  (302) 658-6538

DATED: May 15, 2008

{DE108887.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOSEPH WEBB, JR.,, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 07-31 - GMS |
| : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| GOVERNOR RUTH ANN MINNER, : | |
| COMMISSIONER STANLEY W. TAYLOR, : | |
| BUREAU CHIEF PAUL W. HOWARD, : | |
| MS. GINA WOLKEN, : | |
| DR. ALI, DR. NIAZ, DR. JOHN DOE, : | |
| DR. ANE DOE, CORRECTIONAL MEDICAL : | |
| SERVICES GRIEVANCE HEARING STAFF, : | |
| MS. ROSALIE VARGAS, : | |
| JOHN DOE, AND JANE DOE, : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I, **Ryan M. Ernst, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **15th** day of **May**, 2008, two copies of the attached **Withdrawal of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual:

    Inmate William Joseph Webb, Jr., *Pro Se*
    SBI #256056
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Ryan M. Ernst
    Ryan M. Ernst, Esquire (ID No. 4788)
    Marks, O'Neill, O'Brien & Courtney, P.C.
    913 North Market Street, #800
    Wilmington, DE 19801
    (302) 658-6538
    Attorney for Defendants

{DE108888.1}