IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM JOSEPH WEBB, JR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-31 - GMS |
| | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| GOVERNOR RUTH ANN MINNER, | : | |
| COMMISSIONER STANLEY W. | : | |
| TAYLOR, BUREAU CHIEF PAUL W. | : | |
| HOWARD, MS. GINA WOLKEN, DR. | : | |
| ALI, DR. NIAZ, DR. JOHN DOE, DR. | : | |
| JANE DOE, CORRECTIONAL MEDICAL | : | |
| SERVICES GRIEVANCE HEARING | : | |
| STAFF, MS. ROSALIE VARGAS, | : | |
| JOHN DOE, AND JANE DOE, | : | |
| Defendants. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**FOR CORRECTIONAL MEDICAL SERVICES, INC., MUHAMMED NIAZ, M.D.,**
**SITTA GOMBEH-ALIE, M.D. AND GINA WOLKEN**

PLEASE TAKE NOTICE that James Drnec, Esquire hereby substitutes his appearance

in the above matter on behalf of Defendants, Correctional Medical Services, Inc., Muhammed

Niaz, M.D., Sitta Gombeh-Alie, M.D., and Gina Wolken.

The appearances of Megan T. Mantzavinos, Esquire and Eileen M. Ford, Esquire of

Marks, O'Neill, O'Brien and Courtney, P.C. is hereby withdrawn.

　　　　　　　　　　　　　　*/s/ Megan T. Mantzavinos*
　　　　　　　　　　　　　　Megan T. Mantzavinos, Esquire (I.D. No.3802)
　　　　　　　　　　　　　　Marks, O'Neill, O'Brien & Courtney, P.C.
　　　　　　　　　　　　　　913 North Market Street, #800
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　(302) 658-6538
　　　　　　　　　　　　　　Attorney for Defendant

{DE109430.1}

_/s/ Eileen M. Ford_

Eileen M. Ford, Esquire (I.D. No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
Attorney for Defendant


_/s/ James Edward Drnec_

James Edward Drnec, Esquire (I.D. No. 3789)
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Attorney for Defendant


DATED: 5/27/08