In The United States District Court
For The District of Delaware

William Joseph Webb Jr.,

Plaintiff,

v.

First Correctional Medical,

Et. Al.,

Defendants.

Civ. Act. No.: 07-31-GMS

Jury Trial Requested



Withdrawal of Letter and Rule to Order to Show Cause,
(Rule 37(b)(2) and Rule 55(b)(2))

Comes now Plaintiff requesting the Court to withdraw the April 17, 2008 letter and issue an Order to Show Cause why the Court shouldn't issue relief of Plaintiff's Motion for Default Judgment against CMS, Wolken, and Niaz, along with Motion to Compel sanctions at the Court's earliest convenience, in support thereof, Plaintiff offers the following:

1. The withdrawal of Letter issue is moot where the Attorney has filed a Motion to Strike; but as an elite gesture,

Plaintiff will withdraw.

2. CMS, along with their attorney knew of the clear law that I'm not allowed to possess the outstanding Defendants' home or private practice addresses, leaving Plaintiff with no other alternative to serve at their last known place of employment or a Defendant for whom they worked for.

3. "C.M.S." has failed to make full discovery.

4. Hindering prosecution is a clear violation of Title 18 and is pursuable through 42 U.S.C.A. §1983, and Plaintiff doesn't make personal threats, He informs you of your rights before he dissolves them or enforces His right to protect from injustice and false ways.

5. Said attorney had an obligation to accept Service of Process for all Defendants due to a Corporation cannot represent itself and furthermore C.M.S. accepted service for Gina Wolken.

6. Due to it wasn't clear when exactly C.M.S. took over as medical provider and June 6, 2005, Ms. Wolken intentionally denied

— 2 —

medical attention, which would leave the presumption that C.M.S. was the medical provider.

7. Said attorney knew of the law and has continuously tried to hinder the prosecution of this lawsuit, in which Plaintiff did redirect service to said attorney's address to Patrick G. Rock.

8. The Court in good faith should issue an Order.

9. This withdrawal and rule to show cause order is being made in good faith and good cause.

Therefore, the Court should accept the withdrawal and order said attorney to show cause why the Court shouldn't grant relief in Plaintiff's Motion for Default Judgment and Motion to Compel.

Dated: May 23, 2008

Respectfully Submitted,

Will Joseph Wolfe
#00256056/17 SHU C1LL
1181 Paddock Road
Smyrna, DE 19977

— 3 —

## Certificate of Service

I, William Joseph Webb Jr., hereby certify that I have served a true and correct cop(ies) of the attached: Withdrawal of Letter and Rule to Order to Show Cause upon the following parties/person (s):

TO: Catherine Damavandi, Esq.,
820 N. French Street
Wilmington, DE 19801

TO: _____

TO: Eileen M. Ford, Esq.
913 Market Street
Wilmington, DE 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 23rd day of May, 2008

William Joseph Webb Jr.

I/M William Joseph Webb Jr.
SBI# 00238686 UNIT 17 5th CELL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. District Court
844 King Street
Lockbox 18
Wilmington DE
19801

UNITED STATES POSTAGE
$ 00.42⁰
MAILED FROM ZIP CODE