TO: Clerk of the U.S. District Court

Fr: William Joseph Webb Jr.
#256056 / 17 SHU C122
1181 Paddock Road
Smyrna, DE 19977

Re: Judge Sleet's Court Ordered Costs.

Case#: 07-31-GMS

May 29, 2008

Dear Clerk,

I'm filing the enclosed U.S.M.-285 form so that when Judge Sleet determines the other Court Costs associated with the Default Judgment filed by me, it can be attached. Thank you and have a nice day.

Respectfully,
William Joseph Webb Jr.



FILED
JUN - 2 2008
U.S. DISTRICT COURT

