In The United States District Court
For The District Of Delaware

William Joseph Webb Jr.,
    Plaintiff,

V.

First Correctional Medical,
Et. Al.,
    Defendants.

Civ. Act. No.: 07-31-GMS

July Trial Requested



Motion to Strike D.I. 104 thru 107 and Motion to Compel New Counsel Accept Service for Wolken, Niaz, and Gumbsh-Alie / or Submit Addresses to Court.

Comes now, Plaintiff, William Joseph Webb Jr., Pro Se, respectfully requesting the Court to hear this Motion at its earliest convenience, in support, the following good cause is shown;

   1. Plaintiff has already withdrawn the letter.
   2. The attorney who filed the paperwork has withdrawn,

therefore, new counsel should not receive the benefit of the previous counsel's work-product.

3. Plaintiff has filed his own Order to Show Cause why a default judgment and Motion to Compel Sanctions should not be issued.

4. By law, Plaintiff was not allowed to have the personal addresses of the three defendants Wolken, Niaz, and Gumbah-Alie, therefore he served them at their previous employer who by law cannot represent themself, and alternatively should have passed the serviced paperwork to their attorney who has now withdrawn from the case.

5. The Court should order new counsel at a minimum accept service of process or produce the addresses to the proper Court personnel under seal to fill-out the USM-285 forms while extending the filing time.

6. This Motion is being filed in good faith and good cause has been shown.

— 2 —

7. The Court would be following the demands of justice.

Therefore, Plaintiff respectfully requests that the Court direct the clerk to Strike Docket Entries 104 thru 107 from the record and issue an order compelling new counsel to accept service minimally for Wolken, Winz, and Gumbah-Alie /or submit their addresses under seal to the Court while the Court extends the time for service of process.

Dated: June 13, 2008

Respectfully Submitted,

William Joseph Webb Jr.

William Joseph Webb Jr.
# 00256056 / 17 SHU B11L
1181 Paddock Road
Smyrna, DE 19977

— 3 —

## CERTIFICATE OF SERVICE

I, __William Joseph Webb Jr.__, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the __13th__ day of __June__, __2008__.

_____
Deputy Attorney General
Department of Justice
820 North French Street
Wilmington, DE 19801

John Dhnec, Esq.
711 King Street
Wilmington, DE 19801

__June 13 2008__
Date signed

__William Joseph Webb Jr.__
Signature of Movant (Notarization not required)

IM William J. Webb Jr.
SBI# 00256066 UNIT 17 5141 Bill
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the U.S. Dist. Ct. For Delaware
844 King Street
Lockbox 18
Wilmington DE
19801

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 00.42⁰
JUN 21 2008
MAILED FROM ZIP CODE 19977