CA 06- 734 GMS
CA 07- 31 GMS

July 19, 2008

To whom it may concern.

William Webb Jr has

a new change of address:

William g. Webb Jr.
SBI ~~00950~~ 00256056    Unit 4- 424
Central VOP
P.O. Box  5003
Smyrna, DE   19977 - 5003


Sincerely

Miss Elizabeth A. Webb
sister

Old  address
DOC
1181 Paddock Road
Smyrna, DE 19977



FILED

JUL 2 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CC: Betty



William J. Weibson
Elizabeth J. Weibson
34 Herbert Drive
New Castle, DE 19720

WILMINGTON DE 197
24 JUL 2008 PM 3 T

USPS FIRST CLASS FOREVER

Clerk of the Court US Dist.
844 King Street - Lockerbox 18
Wilmington, DE